# Exhibit A

The following exhibit is a text message exchange between Richard Hamilton and Kirk Beebe that mentions "Melynk," a reference to attorney Richard Melnyk, who has represented Flannery Associates LLC in its negotiations with landowners, including with the Conspirators. In emails and other correspondence, the Conspirators sometimes used "Melnyk" or "Melynk" interchangeably with Flannery.

Attorney Client Privilege



Today 3:45 PM

Melynk is bullying the last of the property owners.

In talking with Ian Anderson, he agrees that the remaining property owners should be in agreement on what we would want to sell our properties. So Melynk cannot play owners against owners.

I think we should have a

> meeting in the next two weeks to talk about Flannery.



Agree. I am talking with your attorney tomorrow who represent the gas

Sent from my iPhone

Defendants003956

# Exhibit B

**From:** Christine Mahoney <christine@emlghlivestock.com>
**Sent:** Monday, July 25, 2022 2:05 PM EDT
**To:** Beebe, Kirk @ Walnut Creek <Kirk.Beebe@cbre.com>
**Subject:** Flannery map

**External**

Fyl
you may already have this
It's from last year so I'm sure there is more to add
I heard you talked with Hamiltons, That's great that we can support each other!
Thanks
Christine
--
Christine Mahoney
(707) 374-5585 office
(707) 688-7844 cell

# Exhibit C

**From:** Susan Furay <sfuray@comcast.net>
**Sent:** Monday, August 08, 2022 1:01 PM PDT
**To:** Tal Mcquary <talmcquary@yahoo.com>
**CC:** millersorggroup@sbcglobal.net <millersorggroup@sbcglobal.net>; Dawn Rhoades <dawn@rhoades.us>; Heather Graves <rayheather@sbcglobal.net>; Kirk Beebe <kirk.beebe@cbre.com>
**Subject:** Re: Fannery on Creed Rd.

Hi Tal,
We sent you all a map outlining all their purchases from Travis Air Force base to the Sacramento River in rio vista. Their hyper aggressive behavior seems to indicate that we are in a very good position and it is best not to engage with them at this point.  No one is suggesting that we don't sell, the question is when and at what price. Several of the  other major land owners in the area are basically taking their time as well and not engaging with Flannery.
Please let me know if you want me to resend the map.


Thank you,

Susan
925-451-1508
Sent from my iPhone


> On Aug 8, 2022, at 12:52 PM, Tal Mcquary <talmcquary@yahoo.com> wrote:
>
>
> FYI—In addition to owning the adjacent ranch  to the Barnes Ranch. Fannery has bought 14 ranches, north and south of Creed Rd. [north of the Barnes], totaling 6,038 acres.
>
> Sent from Mail for Windows

# Exhibit D

| | |
|---|---|
| **From**: | Douglas Youmans [dyoumans@wkblaw.com] |
| **Sent**: | 8/8/2022 10:26:17 AM |
| **To**: | Richard Melnyk [rich@custermelnyk.com] |
| **CC**: | ianandersonranch@gmail.com; ianandmargareta@gmail.com |
| **Subject**: | key terms |
| **Attachments**: | image119836.gif; image375448.png; image507718.png; image653529.png |

rich:

the andersons have advised me that they are not interested in continuing negotiations at this point. *I assume* they will be back in touch if/when they are interested in resuming negotiations (they have not offered any indication of if or when that might occur).

thanks for your time and patience.

doug



Douglas Youmans
Attorney at Law
Wagner Kirkman Blaine Klomparens & Youmans LLP

t: (916) 920-5286
e: dyoumans@wkblaw.com | w: www.wkblaw.com
a: 10640 Mather Blvd., Suite 200
   Mather, CA  95655



CONFIDENTIALITY NOTICE. This communication and any accompanying document(s) are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication or otherwise. If you have received this communication in error, please contact our office at (916) 920-5286.

# Exhibit E

**From:** Beebe, Kirk @ Walnut Creek <Kirk.Beebe@cbre.com>
**Sent:** Friday, June 03, 2022 7:02 PM PDT
**To:** Susan Furay <sfuray@comcast.net>
**Subject:** Re: LLC Family Update 6/1/2022

I hope she holds hers until we sell.

Sent from my iPhone

> On Jun 3, 2022, at 6:47 PM, Susan Furay <sfuray@comcast.net> wrote:
>
> External
>
>
>
> Don't hold your breath!
>
> Susan
> 925-451-1508
> Sent from my iPhone
>
>> On Jun 3, 2022, at 6:40 PM, Beebe, Kirk @ Walnut Creek <Kirk.Beebe@cbre.com> wrote:
>>
>> Nice to see they appreciate our work.  Wonder when we will get a note from gassy bitch Leslie or her sister. Lol
>>
>> Sent from my iPhone
>>
>>>> On Jun 3, 2022, at 5:33 PM, Susan furay <sfuray@comcast.net> wrote:
>>>
>>> External
>>>
>>>
>>>
>>> Thank you Heather!
>>>
>>>>> On Jun 1, 2022, at 5:53 PM, Heather Graves <rayheather@sbcglobal.net> wrote:
>>>>
>>>> Susan and Kirk,
>>>> Thank you for the update and for always keeping us informed and keeping the family's best interest foremost! You guys are great! I really appreciate all the work you both do.
>>>> Heather Graves
>>>>
>>>> Sent from my iPhone
>>>>
>>>>>> On Jun 1, 2022, at 5:07 PM, Susan furay <sfuray@comcast.net> wrote:
>>>>>
>>>>> Dear Family Member,
>>>>>
>>>>> You will be receiving a check in the next few days that represents the gas through -put payment from Lodi Holdings LLC for calendar year 2021. This payment is 46% larger than the payment you received last year for 2020. Natural Gas prices continue to rise and supply is more limited than has been seen in many years. Based on the futures markets it appears that there is little that will cause downward prices on natural gas. We are hopeful that this translates into increased demand for natural gas storage over the coming months.
>>>>>
>>>>> As always, should you have any questions or concerns please shoot us a note or call Kirk on his cell at 925-984-6138.
>>>>>
>>>>> We hope everyone has a nice summer and is able to get out and about.
>>>>>
>>>>> Best Regards,
>>>>> Kirk & Susan
>>>>
>>>
>