1  LANCE A. ETCHEVERRY (SBN 199916)
   lance.etcheverry@skadden.com
2  ABRAHAM A. TABAIE (SBN 260727)
   abraham.tabaie@skadden.com
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue
4  Palo Alto, California 94301
   Telephone: (650) 470-4500
5  Facsimile: (650) 470-4570

6  *Attorneys for Plaintiff*
   *FLANNERY ASSOCIATES LLC*
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  Flannery Associates LLC,                | Case No.: 2:23-cv-00927-TLN-AC

11         Plaintiff,                        | **PLAINTIFF FLANNERY ASSOCIATES LLC'S RULE 7.1 DISCLOSURE STATEMENT**

12         v.

13  Barnes Family Ranch Associates, LLC,
14  Lambie Ranch Associates, LLC, Kirby Hill
    Associates, LLC, Barnes Family Ranch
15  Corporation, Lambie Ranch Corporation,
    Kirby Hill Corporation, Kirk Beebe, Susan
16  Beebe Furay, Murray Bankhead (individually
    and as trustee for the Baumbach Family Trust),
17  Michael Rice (individually and as trustee for
    the Rice Family Trust);

18  Christine Mahoney Limited Partnership,
19  Christine Mahoney Limited Partnership
    Management Company, Emigh Land LP, El
20  General Partner, LLC, Christine Mahoney
    (individually and as trustee of the Mahoney
21  2005 Family Trust), Daniel Mahoney
    (individually and as trustee of the Mahoney
22  2005 Family Trust);

23  Ian Anderson (individually and as trustee of the
    Ian and Margaret Anderson Family Trust),
24  Margaret Anderson (individually and as trustee
    of the Ian and Margaret Anderson Family
25  Trust), Neil Anderson, Maryn Anderson,
    William Dietrich (individually and as trustee of
26  the Child's Trust FBO William C. Dietrich, a
    subtrust under the Trust of William C. Dietrich
27  and Ivanna S. Dietrich), Paul Dietrich
    (individually and as trustee of the Child's Trust
28  FBO Paul S. Dietrich, a subtrust under the
    Trust of William C. Dietrich and Ivanna S.

1  Dietrich), John Alsop (individually and as trustee of the John G. Alsop Living Trust),
2  Nancy Roberts (individually and as trustee of the Nancy C. Roberts Living Trust), Janet
3  Zanardi (individually and as trustee of Trust A under the Zanardi Revocable Trust), Ronald
4  Gurule (individually and as trustee of the Ronald Gurule 2013 Family Trust), Richard
5  Anderson (individually and as trustee of the REA Properties Trust), David Anderson
6  (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Deborah
7  Workman (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Carol
8  Hoffman (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Ned
9  Anderson (individually and as trustee of the Ned Kirby Anderson Trust), Neil Anderson,
10 Glenn Anderson, Janet Blegen (individually and as trustee of the Janet Elizabeth Blegen
11 Separate Property Trust), Robert Anderson (individually and as trustee of the Robert Todd
12 Anderson Living Trust), Stan Anderson, Lynne Mahre, Sharon Totman, Amber Bauman,
13 Christopher Wycoff;

14 and JOHN DOES 1-50,

15           Defendants.

16

17

18 **PLAINTIFF FLANNERY ASSOCIATES LLC'S RULE 7.1 DISCLOSURE STATEMENT**

19        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Flannery Associates

20 LLC discloses that Flannery Associates LLC is a wholly owned subsidiary of Flannery Holdings

21 LLC.

22

23 DATED:  May 18, 2023            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

24

25                                By: _____/s/ Abraham A. Tabaie_____
                                        Abraham A. Tabaie
26                                      *Attorneys for Plaintiff*
                                        *Flannery Associates LLC*

27

28

2

_____
FLANNERY ASSOCIATES LLC'S RULE 7.1 DISCLOSURE STATEMENT