| Attorney or Party without Attorney: ABRAHAM A. TABAIE (SBN 260727) SKADDEN ARPS SLATE MEAGHER & FLOM 525 University Ave., Suite 1400, Palo Alto, CA 94301 | | **For Court Use Only** |
|---|---|---|
| Telephone No: 650-470-4500 | | |
| Attorney For: Plaintiff | Ref. No. or File No.: 247420/2 | |
| Insert name of Court, and Judicial District and Branch Court: IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: FLANNERY ASSOCIATES LLC Defendant: BARNES FAMILY RANCH ASSOCIATES, LLC, et al. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: 2:23-AT-00463 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Complaint for Damages and Injunctive Relief; Civil Cover Sheet; Summons in a Civil Action; Initial Pretrial Scheduling Order; Consent/Decline of U.S. Magistrate Judge Jurisdiction; Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP) Pursuant to Local Rule 271

3. a. Party served: Lambie Ranch Associates, LLC
   b. Person served: Kirk Beebe, Registered Agent

4. Address where the party was served: 2732 Falcon View Ct, Alamo, CA 94507

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, May 23 2023 (2) at: 02:45 PM

6. **Person Who Served Papers:**
   a. Essa Ababseh (541, San Mateo)    d. **The Fee** for Service was: $80.50
   b. FIRST LEGAL INVESTIGATIONS
      2070 N. TUSTIN AVENUE, 2ND FLOOR
      SANTA ANA, CA 92705
   c. (714) 550-1375

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

May 29, 2023
(Date)

_Essa Ababseh_



PROOF OF SERVICE

8936335
(120061)