| *Attorney or Party without Attorney:*<br>ABRAHAM A. TABAIE (SBN 260727)<br>SKADDEN ARPS SLATE MEAGHER & FLOM<br>525 University Ave., Suite 1400,<br>Palo Alto, CA 94301<br>  *Telephone No:* 650-470-4500<br><br>  *Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>247420/2 | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | | |
| *Plaintiff:*   FLANNERY ASSOCIATES LLC<br>*Defendant:*   BARNES FAMILY RANCH ASSOCIATES, LLC, et al. | | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:23-AT-00463 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Complaint for Damages and Injunctive Relief; Civil Cover Sheet; Summons in a Civil Action; Initial Pretrial Scheduling Order; Consent/Decline of U.S. Magistrate Judge Jurisdiction; Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP) Pursuant to Local Rule 271

3.   a.  Party served:    Kirby Hill Associates, LLC
       b.  Person served:  Kirk Beebe, Registered Agent

4. Address where the party was served:   2732 Falcon View Ct, Alamo, CA 94507

5. I served the party:
      a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, May 23 2023 (2) at: 02:45 PM

6. **Person Who Served Papers:**
     a. Essa Ababseh (541, San Mateo)         d. **The Fee** for Service was: $1706.77
     b. FIRST LEGAL INVESTIGATIONS
        2070 N. TUSTIN AVENUE, 2ND FLOOR
        SANTA ANA, CA 92705
     c. (714) 550-1375

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

May 29, 2023
      (Date)                          (Signature)



PROOF OF SERVICE

8932180
(120059)