| *Attorney or Party without Attorney:*<br>ABRAHAM A. TABAIE (SBN 260727)<br>SKADDEN ARPS SLATE MEAGHER & FLOM<br>525 University Ave., Suite 1400,<br>Palo Alto, CA 94301<br>*Telephone No:* 650-470-4500<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>247420/2 | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | | |
| *Plaintiff:* FLANNERY ASSOCIATES LLC<br>*Defendant:* BARNES FAMILY RANCH ASSOCIATES, LLC, et al. | | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:23-AT-00463 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the LETTER DATED MAY 19, 2023; SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT; MAGISTRATE CONSENT IN CIVIL CASES: KNOW YOUR RIGHTS!; INITIAL PRETRIAL SCHEDULING ORDER; NOTICE OF AVAILABILITY

3. a. Party served: El General Partner, LLC
   b. Person served: CHRISTINE MAHONEY AGENT FOR SERVICE OF PROCESS , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 7940 Emigh Rd, Rio Vista, CA 94571

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, May 19 2023 (2) at: 04:43 PM

6. **Person Who Served Papers:**
   a. Steven Cox (2023-0001527, San Francisco)      d. *The Fee* for Service was: 107.50
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

05/19/2023                    *Steven Cox*
(Date)                        (Signature)



PROOF OF SERVICE

8899361
(9109385)