| *Attorney or Party without Attorney:*<br>ABRAHAM A. TABAIE (SBN 260727)<br>SKADDEN ARPS SLATE MEAGHER & FLOM<br>525 University Ave., Suite 1400,<br>Palo Alto, CA 94301<br>   *Telephone No:* 650-470-4500<br>   *Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>247420/2 | **For Court Use Only** |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

*Plaintiff:* FLANNERY ASSOCIATES LLC
*Defendant:* BARNES FAMILY RANCH ASSOCIATES, LLC, et al.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:23-AT-00463 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the LETTER DATED MAY 19, 2023; SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT; MAGISTRATE CONSENT IN CIVIL CASES: KNOW YOUR RIGHTS!; INITIAL PRETRIAL SCHEDULING ORDER; NOTICE OF AVAILABILITY

3. a. Party served:    Christine Mahoney (individually and as trustee of the Mahoney 2005 Family Trust)
   b. Person served:   Christine Mahoney (individually and as trustee of the Mahoney 2005 Family Trust), authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   7940 Emigh Rd, Rio Vista, CA 94571

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, May 19 2023 (2) at: 04:43 PM

6. **Person Who Served Papers:**
   a. Steven Cox (2023-0001527, San Francisco)         d. *The Fee* for Service was:   107.50
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

05/19/2023                                             *Steven Cox*
(Date)                                                 (Signature)



PROOF OF SERVICE

8899241
(9109378)