William N. Hannah, SBN 293121
C. Matthew Gaebe, SBN 263240
Thomas E. Hornburg, SBN 201324
HOUK & HORNBURG, INC.
206 S. Mooney Blvd.
Visalia, California 93291
Telephone: 559/733-1065
Facsimile: 559/733-7226

Attorneys for Defendants, David Anderson (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Deborah Workman (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Carol Hoffman (individually and as trustee of the Irwin E. Anderson Survivor's Trust)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Flannery Associates LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Barnes Family Ranch Associates LLC, et al.,<br><br>　　　　　Defendants. | No. 2:23-CV-00927-TLN-AC<br><br>**NOTICE OF APPEARANCE OF WILLIAM N. HANNAH AS COUNSEL OF RECORD FOR DEFENDANTS DAVID ANDERSON (INDIVIDUALLY AND AS TRUSTEE OF THE IRWIN E. ANDERSON SURVIVOR'S TRUST); DEBORAH WORKMAN (INDIVIDUALLY AND AS TRUSTEE OF THE IRWIN E. ANDERSON SURVIVOR'S TRUST) AND CAROL HOFFMAN (INDIVIDUALLY AND AS TRUSTEE OF THE IRWIN E. ANDERSON SURVIVOR'S TRUST)** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that William N. Hannah of HOUK & HORNBURG, INC., who is admitted to practice in this court, hereby appears as counsel of record for Defendants David Anderson (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Deborah Workman (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Carol Hoffman (individually and as trustee of the Irwin E. Anderson Survivor's Trust) and the law firm of HOUK

1

NOTICE OF APPEARANCE
2:23-CV-00927-TLN-AC

& HORNBURG, INC, 206 S. Mooney Blvd., Visalia, CA 93291; telephone number (559) 733-1065; facsimile (559) 733-7226 and e-mail bhannah@houkhornburg.com hereby appears in this matter.

Dated: June 6, 2023

HOUK & HORNBURG, INC.

By: WILLIAM N. HANNAH, Attorneys for Defendants David Anderson (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Deborah Workman (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Carol Hoffman (individually and as trustee of the Irwin E. Anderson Survivor's Trust).

NOTICE OF APPEARANCE
2:23-CV-00927-TLN-AC