William N. Hannah, SBN 293121
C. Matthew Gaebe, SBN 263240
Thomas E. Hornburg, SBN 201324
HOUK & HORNBURG, INC.
206 S. Mooney Blvd.
Visalia, California 93291
Telephone: 559/733-1065
Facsimile: 559/733-7226

Attorneys for Defendants, David Anderson (individually
and as trustee of the Irwin E. Anderson Survivor's Trust),
Deborah Workman (individually and as trustee of the Irwin
E. Anderson Survivor's Trust), Carol Hoffman (individually
and as trustee of the Irwin E. Anderson Survivor's Trust)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Flannery Associates LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Barnes Family Ranch Associates LLC, et al.,<br><br>　　　　Defendants. | No. 2:23-CV-00927-TLN-AC<br><br>**DEFENDANTS DAVID ANDERSON (INDIVIDUALLY AND AS TRUSTEE OF IRWIN E. ANDERSON SURVIVOR'S TRUST), DEBORAH WORKMAN (INDIVIDUALLY AND AS TRUSTEE OF THE IRWIN E. ANDERSON SURVIVOR'S TRUST) AND CAROL HOFFMAN (INDIVIDUALLY AND AS TRUSTEE OF THE IRWIN E. ANDERSON SURVIVOR'S TRUST) EX PARTE APPLICATION FOR EXTENSION OF COMPLAINT RESPONSE DEADLINE AND ORDER** |

Defendants DAVID ANDERSON (individually and as trustee of the Irwin E. Anderson Survivor's Trust) (hereinafter "ANDERSON"), DEBORAH WORKMAN (individually and as trustee of the Irwin E. Anderson Survivor's Trust) (hereinafter "WORKMAN")and CAROL HOFFMAN (individually and as trustee of the Irwin E. Anderson Survivor's Trust) (hereinafter "HOFFMAN") by and through their attorney of record, WILLIAM N. HANNAH, HOUK & HORNBURG, INC., requests an order extending its time to respond to Plaintiff FLANERY ASSOCIATES LLC's complaint. Defendants ANDERSON, WORKMAN and HOFFMAN asks

1

the Court to extend the deadline to July 11, 2023. No prior extensions have been sought.

On May 18, 2023, Plaintiff filed this action in The United States District Court, Eastern District of California. Defendants ANDERSON, WORKMAN and HOFFMAN received Plaintiff's complaint on or around May 23, 2023 and retained HOUK & HORNBURG, INC. to defend them in this action on or around May 31, 2023 and June 3, 2023. Immediately after the complaint was filed, Plaintiff sent Defendants an offer to settle which also included an extension to June 30th to respond to the Complaint if the agreement was signed. Defendants did not agree to the settlement.

On May 31, 2023, WORKMAN and HOFFMAN requested that Plaintiff FLANNERY ASSOCIATES LLC grant a 28-day extension of time to respond to the complaint (to July 11, 2023) pursuant to Local Rule 144(a). Defense counsel subsequently requested that ANDERSON also be granted the same extension. Plaintiff's counsel refused to grant the 28-day extension but offered to stipulate to a one-week extension to June 19th, then possible further extensions if things progressed to their "satisfaction." Plaintiff's and Defendant's counsel have exchanged multiple e-mails and participated in a meet and confer phone call on June 5th in an attempt to gain a more substantial extension. All of which did not result in any movement on Plaintiff's part regarding the extension past June 19th. Hence defendants have been compelled to file this ex parte request with the Court and seeks an extension for the below reasons.

Defendant's counsel has two demurrer hearings in the next two weeks, an upcoming class action trial to prepare for, and multiple attorneys who are going on vacation soon, leaving defense counsel's office very busy. Defendants plan on filing at least a 12(b)(6) and 12(f) motion in this case. Defendants are all elderly, in their 70's, and operate at a slower tempo. Defendant's father recently passed away and they are still in the period of mourning him. Plaintiff has sued roughly 50 different people and entities in a purported $500,000,000.00 lawsuit making a legal analysis of this case time consuming. There is zero prejudice against Plaintiffs by allowing a 28-day extension

2

EX PARTE APPLICATION FOR EXTENSION
OF COMPLAINT RESPONSE DEADLINE
2:23-CV-00927-TLN-AC

to respond to the Complaint in a case this size. Defendants need more time to analyze, review and prepare the Defendants' responsive pleading. Accordingly, Defendants ANDERSON, WORKMAN and HOFFMAN ask the Court to extend their complaint-response deadline to July 11, 2023.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 6, 2023

_____
WILLIAM N. HANNAH, Attorney for
Defendants DAVID ANDERSON ((individually and
as trustee of the Irwin E. Anderson Survivor's
Trust), DEBORAH WORKMAN
(individually and as trustee of the Irwin E. Anderson
Survivor's Trust) and CAROL HOFFMAN
(individually and as trustee of
the Irwin E. Anderson Survivor's Trust)

**ORDER**

IT IS SO ORDERED.

DATED: _____

_____
TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE

3