1  Gabriel G. Gregg (SBN 187333)
   gabriel.gregg@rimonlaw.com
2  RIMON, P.C.
   800 Oak Grove Avenue, Suite 250
3  Menlo Park, California 94025
   Telephone: 650.461.4433
4  Facsimile: 650.461.4433

5  Attorneys for the
   MAHONEY DEFENDANTS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Flannery Associates LLC, | Case No. 2:23-cv-00927-TLN-AC |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND THE MAHONEY DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT** |
| v. | |
| Barnes Family Ranch Associates, LLC, Lambie Ranch Associates, LLC, Kirby Hill Associates, LLC, Barnes Family Ranch Corporation, Lambie Ranch Corporation, Kirby Hill Corporation, Kirk Beebe, Susan Beebe Furay, Murray Bankhead (individually and as trustee for the Baumbach Family Trust), Michael Rice (individually and as trustee for the Rice Family Trust); | |
| Christine Mahoney Limited Partnership, Christine Mahoney Limited Partnership Management Company, Emigh Land LP, El General Partner, LLC, Christine Mahoney (individually and as trustee of the Mahoney 2005 Family Trust), Daniel Mahoney (individually and as trustee of the Mahoney 2005 Family Trust); | |
| Ian Anderson (individually and as trustee of the Ian and Margaret Anderson Family Trust); Margaret Anderson (individually and as trustee of the Ian and Margaret Anderson | |

Family Trust), Neil Anderson, Maryn Anderson, William Dietrich (individually and as trustee of the Child's Trust FBO William C. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich), Paul Dietrich (individually and as trustee of the Child's Trust FBO Paul S. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich), John Alsop (individually and as trustee of the John G. Alsop Living Trust), Nancy Roberts (individually and as trustee of the Nancy C. Roberts Living Trust), Janet Zanardi (individually and as trustee of Trust A under the Zanardi Revocable Trust), Ronald Gurule (individually and as trustee of the Ronald Gurule 2013 Family Trust), Richard Anderson (individually and as trustee of the REA Properties Trust), David Anderson (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Deborah Workman (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Carol Hoffman (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Ned Anderson (individually and as trustee of the Ned Kirby Anderson Trust), Neil Anderson, Glenn Anderson, Janet Blegen (individually and as trustee of the Janet Elizabeth Blegen Separate Property Trust), Robert Anderson (individually and as trustee of the Robert Todd Anderson Living Trust), Stan Anderson, Lynne Mahre, Sharon Totman, Amber Bauman, Christopher Wycoff;

and JOHN DOES 1-50,

        Defendants.

      Plaintiff Flannery Associates LLC ("Plaintiff") and Defendants Christine Mahoney Limited Partnership, Christine Mahoney Limited Partnership Management Company, Emigh Land LP, El General Partner, LLC, Christine Mahoney (individually and as trustee of the Mahoney 2005 Family Trust), and Daniel Mahoney (individually and as trustee of the Mahoney 2005 Family Trust) (collectively the "Mahoney Defendants"), hereby stipulate and jointly request as follows:

| STIPULATION TO EXTEND THE MAHONEY DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT | 1 | 2:23-cv-00927-TLN-AC |
|---|---|---|

WHEREAS, on May 18, 2023, Plaintiff filed its Complaint against various defendants including the Mahoney Defendants (ECF No. 1);

WHEREAS, on June 1, 2023, Plaintiff filed Proofs of Service providing that defendant Daniel Mahoney (individually and as trustee of the Mahoney 2005 Family Trust) had been served with the Complaint and Summons by substituted service, and that the other Mahoney Defendants had been personally served, on May 19, 2023;

WHEREAS, based on these filed Proofs of Service, at least some of the Mahoney Defendants have a current deadline to respond to the Complaint of June 9, 2023;

WHEREAS, on June 6, 2023, this Court granted the Ex Parte Application of Defendants David Anderson (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Deborah Workman (individually and as trustee of the Irwin E. Anderson Survivor's Trust), and Carol Hoffman (individually and as trustee of the Irwin E. Anderson Survivor's Trust) extending the deadline for these defendants to respond to the Complaint until July 11, 2023 (Dkt. No. 44);

WHEREAS, Plaintiff has now agreed to extend the deadline to respond to the Complaint for the other defendants until July 11, 2023;

WHEREAS, this stipulation is made in the interests of justice and not to delay the proceedings; and

WHEREAS, the requested extension will not prejudice any party or impact any other dates already fixed by Court order;

THEREFORE, the Parties, by and through their undersigned counsel of record, hereby stipulate, and jointly propose to the Court for approval, that:

1. The Mahoney Defendants stipulate that each of them have been properly served and the Parties agree that the Mahoney Defendants shall have until July 11, 2023, to file a response to the Complaint.

/ / /

/ / /

/ / /

IT IS SO STIPULATED, AGREED AND REQUESTED.

                                                          Respectfully submitted,

DATED:  June 7, 2023                RIMON, P.C.


By:  */s/ Gabriel G. Gregg*
       Gabriel G. Gregg
       Attorney for the Mahoney Defendants


DATED: June 7, 2023                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


By:  */s/ Abraham A. Tabaie*
       Abraham A. Tabaie
       Attorneys for Flannery Associates LLC

**ATTESTATION**

I, Gabriel G. Gregg, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. I declare under penalty of perjury this 7th day of June 2023, in Menlo Park, California.

Dated: June 7, 2023                    By /s/ Gabriel G. Gregg
                                          Gabriel G. Gregg

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 7, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via email.

／s／ Gabriel G. Gregg
Gabriel G. Gregg