BUCHALTER
A Professional Corporation
KEVIN T. COLLINS (SBN: 185427)
PHILLIP CHAN (SBN: 263907)
ADAM SMITH (SBN: 322035)
NATALIYA SHTEVNINA (SBN: 339094)
500 Capitol Mall, Suite 1900
Sacramento, CA 95814
Telephone: 916.945.5170
Email: kcollins@buchalter.com
pchan@buchalter.com
apsmith@buchalter.com
nshtevnina@buchalter.com

Attorneys for Defendants
Ned Anderson, et al.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Flannery Associates LLC, | Case No. 2:23-cv-00927-TLN-AC |
| Plaintiff, | **STIPULATION TO EXTEND THE DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT** |
| v. | |
| Barnes Family Ranch Associates, LLC, Lambie Ranch Associates, LLC, Kirby Hill Associates, LLC, Barnes Family Ranch Corporation, Lambie Ranch Corporation, Kirby Hill Corporation, Kirk Beebe, Susan Beebe Furay, Murray Bankhead (individually and as trustee for the Baumbach Family Trust), Michael Rice (individually and as trustee for the Rice Family Trust); | |
| Christine Mahoney Limited Partnership, Christine Mahoney Limited Partnership Management Company, Emigh Land LP, El General Partner, LLC, Christine Mahoney (individually and as trustee of the Mahoney 2005 Family Trust), Daniel Mahoney (individually and as trustee of the Mahoney 2005 Family Trust); | |
| Ian Anderson (individually and as trustee of the Ian and Margaret Anderson Family Trust); Margaret Anderson (individually and as trustee | |

| | |
|---|---|
| 1 | of the Ian and Margaret Anderson Family Trust), Neil Anderson, Maryn Anderson, William Dietrich (individually and as trustee of the Child's Trust FBO William C. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich), Paul Dietrich (individually and as trustee of the Child's Trust FBO Paul S. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich), John Alsop (individually and as trustee of the John G. Alsop Living Trust), Nancy Roberts (individually and as trustee of the Nancy C. Roberts Living Trust), Janet Zanardi (individually and as trustee of Trust A under the Zanardi Revocable Trust), Ronald Gurule (individually and as trustee of the Ronald Gurule 2013 Family Trust), Richard Anderson (individually and as trustee of the REA Properties Trust), David Anderson (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Deborah Workman (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Carol Hoffman (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Ned Anderson (individually and as trustee of the Ned Kirby Anderson Trust), Neil Anderson, Glenn Anderson, Janet Blegen (individually and as trustee of the Janet Elizabeth Blegen Separate Property Trust), Robert Anderson (individually and as trustee of the Robert Todd Anderson Living Trust), Stan Anderson, Lynne Mahre, Sharon Totman, Amber Bauman, Christopher Wycoff; and JOHN DOES 1-50, |
| | Defendants. |

Plaintiff Flannery Associates LLC ("Plaintiff") and Defendants Ned Anderson (individually and as trustee of the Ned Kirby Anderson Trust), Neil Anderson, Glenn Anderson, Janet Blegen (individually and as trustee of the Janet Elizabeth Blegen Separate Property Trust), Robert Anderson (individually and as trustee of the Robert Todd Anderson Living Trust), Stan Anderson, Lynne Mahre, Sharon Totman, Amber Bauman and Christopher Wycoff (collectively the "Defendants"), hereby stipulate and jointly request as follows:

WHEREAS, on May 18, 2023, Plaintiff filed its Complaint against various defendants including the above-referenced Defendants (ECF No. 1);

WHEREAS, on June 1, 2023, and June 6, 2023, Plaintiff filed Proofs of Service providing that defendant Janet Blegen (individually and as trustee of the Janet Elizabeth Blegen Separate Property Trust), Stan Anderson and Sharon Totman had been served with the Summons and Complaint and on May 19, 2023; that Amber Bauman and Chrisopher Wycoff had been served with the Summons and Complaint on May 22, 2023; that Lynne Mahre was served with the Summons and Complaint on May 24, 2023; that Ned Anderson (individually and as trustee of the Ned Kirby Anderson Trust), Neil Anderson and Glenn Anderson had been served with the Summons and Complaint on May 30, 2023; and that Robert Anderson was served with the Summons and Complaint on May 31, 2023.

WHEREAS, based on these filed Proofs of Service, at least some of the Defendants have a current deadline to respond to the Complaint of June 9, 2023;

WHEREAS, on June 6, 2023, this Court granted the Ex Parte Application of Defendants David Anderson (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Deborah Workman (individually and as trustee of the Irwin E. Anderson Survivor's Trust), and Carol Hoffman (individually and as trustee of the Irwin E. Anderson Survivor's Trust) extending the deadline for these defendants to respond to the Complaint until July 11, 2023 (Dkt. No. 44);

WHEREAS, Plaintiff agrees to extend the deadline to respond to the Complaint for the other defendants until July 11, 2023;

WHEREAS, this stipulation is made in the interests of justice and not to delay the proceedings; and

WHEREAS, the requested extension will not prejudice any party or impact any other dates already fixed by Court order;

THEREFORE, the Parties, by and through their undersigned counsel of record, hereby stipulate, and jointly propose to the Court for approval, that:

1. The above-referenced Defendants stipulate that each of them have been properly served and the Parties agree that the above-referenced Defendants shall have until July 11, 2023, to file a response to the Complaint.

IT IS SO STIPULATED, AGREED AND REQUESTED.

Respectfully submitted,

DATED: June 9, 2023

BUCHALTER
A Professional Corporation

By: /s/ Kevin T. Collins
KEVIN T. COLLINS
PHILLIP CHAN
ADAM SMITH
NATALIYA SHTEVNINA

Attorneys for Defendants

DATED: June 9, 2023

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Abraham A. Tabaie (authorized 6/8/23)
Abraham A. Tabaie
Attorneys for Flannery Associates LLC

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

BN 76981297v1