BUCHALTER
A Professional Corporation
KEVIN T. COLLINS (SBN: 185427)
PHILLIP CHAN (SBN: 263907)
ADAM SMITH (SBN: 322035)
NATALIYA SHTEVNINA (SBN: 339094)
500 Capitol Mall, Suite 1900
Sacramento, CA 95814
Telephone: 916.945.5170
Email: kcollins@buchalter.com
pchan@buchalter.com
apsmith@buchalter.com
nshtevnina@buchalter.com

Attorneys for Defendants
Ned Anderson, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Flannery Associates LLC, | Case No. 2:23-cv-00927-TLN-AC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND THE DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT** |
| v. | |
| Barnes Family Ranch Associates, LLC, Lambie Ranch Associates, LLC, Kirby Hill Associates, LLC, Barnes Family Ranch Corporation, Lambie Ranch Corporation, Kirby Hill Corporation, Kirk Beebe, Susan Beebe Furay, Murray Bankhead (individually and as trustee for the Baumbach Family Trust), Michael Rice (individually and as trustee for the Rice Family Trust); | |
| Christine Mahoney Limited Partnership, Christine Mahoney Limited Partnership Management Company, Emigh Land LP, El General Partner, LLC, Christine Mahoney (individually and as trustee of the Mahoney 2005 Family Trust), Daniel Mahoney (individually and as trustee of the Mahoney 2005 Family Trust); | |
| Ian Anderson (individually and as trustee of the Ian and Margaret Anderson Family Trust); Margaret Anderson (individually and as trustee | |

| | |
|---|---|
| 1 | of the Ian and Margaret Anderson Family Trust), Neil Anderson, Maryn Anderson, William Dietrich (individually and as trustee of the Child's Trust FBO William C. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich), Paul Dietrich (individually and as trustee of the Child's Trust FBO Paul S. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich), John Alsop (individually and as trustee of the John G. Alsop Living Trust), Nancy Roberts (individually and as trustee of the Nancy C. Roberts Living Trust), Janet Zanardi (individually and as trustee of Trust A under the Zanardi Revocable Trust), Ronald Gurule (individually and as trustee of the Ronald Gurule 2013 Family Trust), Richard Anderson (individually and as trustee of the REA Properties Trust), David Anderson (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Deborah Workman (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Carol Hoffman (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Ned Anderson (individually and as trustee of the Ned Kirby Anderson Trust), Neil Anderson, Glenn Anderson, Janet Blegen (individually and as trustee of the Janet Elizabeth Blegen Separate Property Trust), Robert Anderson (individually and as trustee of the Robert Todd Anderson Living Trust), Stan Anderson, Lynne Mahre, Sharon Totman, Amber Bauman, Christopher Wycoff; and JOHN DOES 1-50,<br><br>        Defendants. |

BUCHALTER
A Professional Corporation
Sacramento

BN 76989909v1

Pursuant to the parties' Stipulation to Extend the Defendants' Deadline to Respond to Complaint, and for good cause shown, the Court hereby orders as follows:

1. The Defendants have each agreed that they have been properly served and shall have until July 11, 2023, to file a response to the Complaint in this action; and

2. The "Defendants" are as follows: Ned Anderson (individually and as trustee of the Ned Kirby Anderson Trust), Neil Anderson, Glenn Anderson, Janet Blegen (individually and as trustee of the Janet Elizabeth Blegen Separate Property Trust), Robert Anderson (individually and as trustee of the Robert Todd Anderson Living Trust), Stan Anderson, Lynne Mahre, Sharon Totman, Amber Bauman and Christopher Wycoff.

IT IS SO ORDERED.

DATED: June ___, 2023

_____
HONORABLE TROY L. NUNLEY
United States District Judge