MICHAEL J. IOANNOU (SBN 95208)
DAVID B. DRAPER (SBN 107790)
KEVIN W. ISAACSON (SBN 281067)
ROPERS MAJESKI PC
333 W. Santa Clara St., Suite 910
San Jose, CA 95113
Telephone: 408.287.6262
Facsimile: 408.918.4501
Email: michael.ioannou@ropers.com
       david.draper@ropers.com
       kevin.isaacson@ropers.com

Attorneys for Defendants Paul Dietrich (individually and as trustee of the Child's Trust FBO Paul S. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich; John Alsop (individually and as trustee of the John G. Alsop Living Trust), Nancy Roberts (individually and as trustee of the Nancy C. Roberts Living Trust), Janet Zanardi (individually and as trustee of Trust A under the Zanardi Revocable Trust)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Flannery Associates LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Barnes Family Ranch Associates, LLC, Lambie Ranch Associates, LLC, Kirby Hill Associates, LLC, Barnes Family Ranch Corporation, Lambie Ranch Corporation, Kirby Hill Corporation, Kirk Beebe, Susan Beebe Furay, Murray Bankhead (individually and as trustee for the Baumbach Family Trust), Michael Rice (individually and as trustee for the Rice Family Trust);<br><br>Christine Mahoney Limited Partnership, Christine Mahoney Limited Partnership Management Company, Emigh Land LP, El General Partner, LLC, Christine Mahoney (individually and as trustee of the Mahoney 2005 Family Trust), Daniel Mahoney (individually and as trustee of the Mahoney 2005 Family Trust); | Case No. 2:23-cv-00927-TLN-AC<br><br>**STIPULATION TO EXTEND THE DEADLINE OF DEFENDANTS PAUL DIETRICH (INDIVIDUALLY AND AS TRUSTEE OF THE CHILD'S TRUST FBO PAUL S. DIETRICH, A SUBTRUST UNDER THE TRUST OF WILLIAM C. DIETRICH AND IVANNA S. DIETRICH; JOHN ALSOP (INDIVIDUALLY AND AS TRUSTEE OF THE JOHN G. ALSOP LIVING TRUST), NANCY ROBERTS (INDIVIDUALLY AND AS TRUSTEE OF THE NANCY C. ROBERTS LIVING TRUST), AND JANET ZANARDI (INDIVIDUALLY AND AS TRUSTEE OF TRUST A UNDER THE ZANARDI REVOCABLE TRUST) TO RESPOND TO COMPLAINT** |

ROPERS MAJESKI
A Professional Corporation
San Jose

| | |
|---|---|
| 1 | Ian Anderson (individually and as trustee of the Ian and Margaret Anderson Family Trust); |
| 2 | Margaret Anderson (individually and as trustee of the Ian and Margaret Anderson Family Trust), |
| 3 | Neil Anderson, Maryn Anderson, William Dietrich (individually and as trustee of the |
| 4 | Child's Trust FBO William C. Dietrich, a subtrust under the Trust of William C. Dietrich |
| 5 | and Ivanna S. Dietrich), Paul Dietrich (individually and as trustee of the Child's Trust |
| 6 | FBO Paul S. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich), |
| 7 | John Alsop (individually and as trustee of the John G. Alsop Living Trust), Nancy Roberts |
| 8 | (individually and as trustee of the Nancy C. Roberts Living Trust), Janet Zanardi |
| 9 | (individually and as trustee of Trust A under the Zanardi Revocable Trust), Ronald Gurule |
| 10 | (individually and as trustee of the Ronald Gurule 2013 Family Trust), Richard Anderson |
| 11 | (individually and as trustee of the REA Properties Trust), David Anderson (individually |
| 12 | and as trustee of the Irwin E. Anderson Survivor's Trust), Deborah Workman |
| 13 | (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Carol Hoffman |
| 14 | (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Ned Anderson |
| 15 | (individually and as trustee of the Ned Kirby Anderson Trust), Neil Anderson, Glenn |
| 16 | Anderson, Janet Blegen (individually and as trustee of the Janet Elizabeth Blegen Separate |
| 17 | Property Trust), Robert Anderson (individually and as trustee of the Robert Todd Anderson |
| 18 | Living Trust), Stan Anderson, Lynne Mahre, Sharon Totman, Amber Bauman, Christopher |
| 19 | Wycoff; |
| 20 | and JOHN DOES 1-50, |
| 21 | Defendants. |

Plaintiff Flannery Associates LLC ("Plaintiff") and Defendants Paul Dietrich (individually and as trustee of the Child's Trust FBO Paul S. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich) (hereinafter "P. DIETRICH"), John Alsop (individually and as trustee of the John G. Alsop Living Trust) (hereinafter "ALSOP"), Nancy Roberts (individually and as trustee of the Nancy C. Roberts Living Trust) (hereinafter "ROBERTS"), and Janet Zanardi (individually and as trustee of Trust A under the Zanardi Revocable Trust)

STIPULATION TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND     - 2 -     CASE NO. 2:23-CV-00927-TLN-AC
TO COMPLAINT

(hereinafter "ZANARDI") hereby stipulate and jointly request as follows:

WHEREAS, on May 18, 2023, Plaintiff filed its Complaint against various defendants including Defendants DIETRICH, ALSOP, ROBERTS, and ZANARDI (ECF No. 1);

WHEREAS, on June 1, 2023, Plaintiff filed Proofs of Service providing that Defendant P. DIETRICH had been served with the Complaint and Summons by substituted service on May 19, 2023; Defendant ALSOP had been served with the Complaint and Summons by substituted service on May 21 2023; Defendant ROBERTS had been personally served on May 23, 2023; and Defendant ZANARDI had been personally served on May 23, 2023.

WHEREAS, based on these filed Proofs of Service, the current deadline for Defendant P. DIETRICH to respond to the Complaint is June 9, 2023; the current deadline for Defendant ALSOP to respond to the Complaint is June 12, 2023; the current deadline for Defendant ROBERTS to respond to the Complaint is June 13, 2023; and the current deadline for Defendant ZANARDI to respond to the Complaint is June 13, 2023.

WHEREAS, on June 6, 2023, this Court granted the Ex Parte Application of Defendants David Anderson (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Deborah Workman (individually and as trustee of the Irwin E. Anderson Survivor's Trust), and Carol Hoffman (individually and as trustee of the Irwin E. Anderson Survivor's Trust) extending the deadline for these defendants to respond to the Complaint until July 11, 2023 (Dkt. No. 44);

WHEREAS, in a phone call on June 6, 2023, counsel for Defendants DIETRICH, ALSOP, ROBERTS, and ZANARDI requested from counsel for Plaintiff an extension of the deadline to respond to the Complaint until July 11, 2023, to which counsel for Plaintiff agreed;

WHEREAS, this stipulation is made in the interests of justice and not to delay the proceedings; and

WHEREAS, the requested extension will not prejudice any party or impact any other dates already fixed by Court order;

THEREFORE, the Parties, by and through their undersigned counsel of record, hereby stipulate, and jointly propose to the Court for approval, that:

1. Defendants DIETRICH, ALSOP, ROBERTS, and ZANARDI stipulate that each

of them have been properly served and the Parties agree that Defendants DIETRICH, ALSOP, ROBERTS, and ZANARDI shall have until July 11, 2023, to file a response to the Complaint.

IT IS SO STIPULATED, AGREED AND REQUESTED.

DATED: June 9, 2023　　　　　　　　　SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ Abraham A. Tabaie*
　　*(as authorized on June 8, 2023)*
ABRAHAM A. TABAIE
Attorneys for Plaintiff
Flannery Associates LLC

Dated: June 9, 2023　　　　　　　　　ROPERS MAJESKI PC

By: */s/ Michael J. Ioannou*
MICHAEL J. IOANNOU
DAVID B. DRAPER
KEVIN W. ISAACSON
Attorneys for Defendants
Paul Dietrich (individually and as trustee of the Child's Trust FBO Paul S. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich; John Alsop (individually and as trustee of the John G. Alsop Living Trust), Nancy Roberts (individually and as trustee of the Nancy C. Roberts Living Trust), Janet Zanardi (individually and as trustee of Trust A under the Zanardi Revocable Trust)