1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                    **EASTERN DISTRICT OF CALIFORNIA**

8

9    Flannery Associates LLC,                    Case No. 2:23-cv-00927-TLN-AC

10                    Plaintiff,                  **ORDER GRANTING STIPULATION TO
                                                  EXTEND THE DEADLINE OF
                                                  DEFENDANTS PAUL DIETRICH**
11           v.                                   **(INDIVIDUALLY AND AS TRUSTEE OF
                                                  THE CHILD'S TRUST FBO PAUL S.
                                                  DIETRICH, A SUBTRUST UNDER THE
12   Barnes Family Ranch Associates, LLC,         TRUST OF WILLIAM C. DIETRICH
     Lambie Ranch Associates, LLC, Kirby Hill     AND IVANNA S. DIETRICH; JOHN
13   Associates, LLC, Barnes Family Ranch         ALSOP (INDIVIDUALLY AND AS
     Corporation, Lambie Ranch Corporation,       TRUSTEE OF THE JOHN G. ALSOP
14   Kirby Hill Corporation, Kirk Beebe, Susan    LIVING TRUST), NANCY ROBERTS
     Beebe Furay, Murray Bankhead (individually   (INDIVIDUALLY AND AS TRUSTEE OF
15   and as trustee for the Baumbach Family Trust),THE NANCY C. ROBERTS LIVING
     Michael Rice (individually and as trustee for TRUST), AND JANET ZANARDI
16   the Rice Family Trust);                      (INDIVIDUALLY AND AS TRUSTEE OF
                                                  TRUST A UNDER THE ZANARDI
17                                                REVOCABLE TRUST)
     Christine Mahoney Limited Partnership,       TO RESPOND TO COMPLAINT**
18   Christine Mahoney Limited Partnership
     Management Company, Emigh Land LP, El
19   General Partner, LLC, Christine Mahoney
     (individually and as trustee of the Mahoney
20   2005 Family Trust), Daniel Mahoney
     (individually and as trustee of the Mahoney
21   2005 Family Trust);

22   Ian Anderson (individually and as trustee of
     the Ian and Margaret Anderson Family Trust);
23   Margaret Anderson (individually and as
     trustee of the Ian and Margaret Anderson
24   Family Trust), Neil Anderson, Maryn
     Anderson, William Dietrich (individually and
25   as trustee of the Child's Trust FBO William C.
     Dietrich, a subtrust under the Trust of William
26   C. Dietrich and Ivanna S. Dietrich), Paul
     Dietrich (individually and as trustee of the
27   Child's Trust FBO Paul S. Dietrich, a subtrust
     under the Trust of William C. Dietrich and

28

Ivanna S. Dietrich), John Alsop (individually and as trustee of the John G. Alsop Living Trust), Nancy Roberts (individually and as trustee of the Nancy C. Roberts Living Trust), Janet Zanardi (individually and as trustee of Trust A under the Zanardi Revocable Trust), Ronald Gurule (individually and as trustee of the Ronald Gurule 2013 Family Trust), Richard Anderson (individually and as trustee of the REA Properties Trust), David Anderson (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Deborah Workman (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Carol Hoffman (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Ned Anderson (individually and as trustee of the Ned Kirby Anderson Trust), Neil Anderson, Glenn Anderson, Janet Blegen (individually and as trustee of the Janet Elizabeth Blegen Separate Property Trust), Robert Anderson (individually and as trustee of the Robert Todd Anderson Living Trust), Stan Anderson, Lynne Mahre, Sharon Totman, Amber Bauman, Christopher Wycoff;

and JOHN DOES 1-50,

Defendants.

Pursuant to the parties' Stipulation to Extend the Deadline of Defendants Paul Dietrich (individually and as trustee of the Child's Trust FBO Paul S. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich) (hereinafter "P. DIETRICH"), John Alsop (individually and as trustee of the John G. Alsop Living Trust) (hereinafter "ALSOP"), Nancy Roberts (individually and as trustee of the Nancy C. Roberts Living Trust) (hereinafter "ROBERTS"), and Janet Zanardi (individually and as trustee of Trust A under the Zanardi Revocable Trust) (hereinafter "ZANARDI") to Respond to Complaint, and for good cause shown, the Court hereby orders as follows:

1.      Defendants P. DIETRICH, ALSOP, ROBERTS, and ZANARDI have each agreed they have been properly served and shall have until July 11, 2023, to file a response to the Complaint in this action.

///

///

1      IT IS SO ORDERED.

2

3     DATED:  June 12, 2023

4                                                       Troy L. Nunley
                                                        United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28