| Attorney or Party without Attorney:<br>ABRAHAM A. TABAIE (SBN 260727)<br>SKADDEN ARPS SLATE MEAGHER & FLOM<br>525 University Ave., Suite 1400,<br>Palo Alto, CA 94301 | | **For Court Use Only** |
|---|---|---|
| *Telephone No:* 650-470-4500 | | |
| *Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>247420/2 | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Eastern District of California | | |
| *Plaintiff:* Flannery Associates LLC<br>*Defendant:* Barnes Family Ranch Associates, LLC, et al. | | |
| **PROOF OF SERVICE** | *Hearing Date:*  *Time:*  *Dept/Div:* | *Case Number:*<br>2:23-CV-00927-TLN-AC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Letter Dated May 19, 2023 - Preservation Notice (Robert T. Anderson); Summons in a Civil Action; Complaint; Civil Cover Sheet; Magistrate Consent In Civil Cases; Initial Pretrial Scheduling Order; Notice of Availability

3. a. *Party served:* Robert Anderson, individually
   b. *Person served:* Party in item 3.a

4. *Address where the party was served:* 90 OSTEGO AVENUE, SAN FRANCISCO, CA 94112

5. *I served the party:*
   a. **by substituted service.** On: Wed, May 31 2023 at: 02:00 PM by leaving the copies with or in the presence of: Jerry " Doe", Co-Occupant , Caucasian , Male , Age: 80s , Weight: 110 .

   (1) [X] **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [ ] **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X] **(Declaration of Mailing)** is attached.
   (4) [X] **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



PROOF OF SERVICE

*8974408*
*(120202)*
Page 1 of 2

| Attorney or Party without Attorney: <br> ABRAHAM A. TABAIE (SBN 260727) <br> SKADDEN ARPS SLATE MEAGHER & FLOM <br> 525 University Ave., Suite 1400, <br> Palo Alto, CA 94301 | | | | For Court Use Only |
|---|---|---|---|---|
| *Telephone No:* 650-470-4500 | | | | |
| *Attorney For:* Plaintiff | *Ref. No. or File No.:* <br> 247420/2 | | | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> United States District Court, Eastern District of California | | | | |
| *Plaintiff:* Flannery Associates LLC <br> *Defendant:* Barnes Family Ranch Associates, LLC, et al. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:23-CV-00927-TLN-AC |

6. **Person Who Served Papers:**
   a. Brian Banks (1689, Contra Costa)  
   b. FIRST LEGAL INVESTIGATIONS  
      2070 N. TUSTIN AVENUE, 2ND FLOOR  
      SANTA ANA, CA 92705  
   c. (714) 550-1375

   d. *The Fee* for Service was: $4113.30

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                June 7, 2023                                   [signature]
                  (Date)                                        (Signature)



PROOF OF SERVICE

8974408
(120202)
Page 2 of 2

| Attorney or Party without Attorney:<br>ABRAHAM A. TABAIE (SBN 260727)<br>SKADDEN ARPS SLATE MEAGHER & FLOM<br>525 University Ave., Suite 1400,<br>Palo Alto, CA 94301<br>*Telephone No:* 650-470-4500<br>*Attorney For:* Plaintiff | Ref. No. or File No.:<br>247420/2 | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Eastern District of California | | |
| *Plaintiff:* Flannery Associates LLC<br>*Defendant:* Barnes Family Ranch Associates, LLC, et al. | | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:23-CV-00927-TLN-AC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Letter Dated May 19, 2023 - Preservation Notice (Robert T. Anderson); Summons in a Civil Action; Complaint; Civil Cover Sheet; Magistrate Consent In Civil Cases; Initial Pretrial Scheduling Order; Notice of Availability

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Fri, Jun 2, 2023
   b. Place of Mailing: CANYON COUNTRY, CA 91387
   c. Addressed as follows: Robert Anderson, individually
   90 OSTEGO AVENUE, SAN FRANCISCO, CA 94112

4. *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri, Jun 2, 2023 in the ordinary course of business.*

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. Jaime Mariscal
   b. FIRST LEGAL INVESTIGATIONS
      2070 N. TUSTIN AVENUE, 2ND FLOOR
      SANTA ANA, CA 92705
   c. (714) 550-1375

   d. **The Fee** for Service was:
   e. I am: Not a Registered California Process Server

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

06/09/2023                               *Jaime Mariscal*
(Date)                                        (Signature)



| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>BY MAIL | 8974408<br>(120202) |

| Attorney or Party without Attorney: <br> ABRAHAM A. TABAIE (SBN 260727) <br> SKADDEN ARPS SLATE MEAGHER & FLOM <br> 525 University Ave., Suite 1400, <br> Palo Alto, CA 94301 <br>    *Telephone No:* 650-470-4500 <br><br>    *Attorney For:* Plaintiff | *Ref. No. or File No.:* <br> 247420/2 | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:* <br> United States District Court, Eastern District of California | | |
| *Plaintiff:* Flannery Associates LLC <br> *Defendant:* Barnes Family Ranch Associates, LLC, et al. | | |
| **PROOF OF SERVICE**    *Hearing Date:*    *Time:*    *Dept/Div:* | *Case Number:* <br> 2:23-CV-00927-TLN-AC | |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Letter Dated May 19, 2023 - Preservation Notice (Robert T. Anderson); Summons in a Civil Action; Complaint; Civil Cover Sheet; Magistrate Consent In Civil Cases; Initial Pretrial Scheduling Order; Notice of Availability

3. a.    Party served:     Robert Anderson, as trustee of the Robert Todd Anderson Living Trust
       b.    Person served:    Party in item 3.a

4. *Address where the party was served:*    90 OSTEGO AVENUE, SAN FRANCISCO, CA 94112

5. *I served the party:*
   a. **by substituted service.**    On: Wed, May 31 2023 at: 02:00 PM by leaving the copies with or in the presence of:
          Jerry " Doe", Co-Occupant , Caucasian , Male , Age: 80s , Weight: 110 .

   (1)    [X]    **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2)    [ ]    **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3)    [X]    **(Declaration of Mailing)** is attached.
   (4)    [X]    **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



| Attorney or Party without Attorney:<br>ABRAHAM A. TABAIE (SBN 260727)<br>SKADDEN ARPS SLATE MEAGHER & FLOM<br>525 University Ave., Suite 1400,<br>Palo Alto, CA 94301 | | | | For Court Use Only |
|---|---|---|---|---|
| *Telephone No:* 650-470-4500 | | | | |
| *Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>247420/2 | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Eastern District of California | | | | |
| *Plaintiff:* Flannery Associates LLC<br>*Defendant:* Barnes Family Ranch Associates, LLC, et al. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:23-CV-00927-TLN-AC |

6. **Person Who Served Papers:**
   a. Brian Banks (1689, Contra Costa)
   b. FIRST LEGAL INVESTIGATIONS
      2070 N. TUSTIN AVENUE, 2ND FLOOR
      SANTA ANA, CA 92705
   c. (714) 550-1375

   d. *The Fee* for Service was: $82.00

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   6/7/23

   (Date)　　　　　　　　　　(Signature)



PROOF OF
SERVICE

*8975005*
*(120203)*
**Page 2 of 2**

| Attorney or Party without Attorney:<br>ABRAHAM A. TABAIE (SBN 260727)<br>SKADDEN ARPS SLATE MEAGHER & FLOM<br>525 University Ave., Suite 1400,<br>Palo Alto, CA 94301<br>　Telephone No: 650-470-4500<br>　Attorney For: Plaintiff | Ref. No. or File No.:<br>247420/2 | **For Court Use Only** |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Eastern District of California |
|---|
| Plaintiff: Flannery Associates LLC<br>Defendant: Barnes Family Ranch Associates, LLC, et al. |

| **PROOF OF SERVICE**<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:23-CV-00927-TLN-AC |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Letter Dated May 19, 2023 - Preservation Notice (Robert T. Anderson); Summons in a Civil Action; Complaint; Civil Cover Sheet; Magistrate Consent In Civil Cases; Initial Pretrial Scheduling Order; Notice of Availability

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Fri, Jun 2, 2023
   b. Place of Mailing: CANYON COUNTRY, CA 91387
   c. Addressed as follows: Robert Anderson, as trustee of the Robert Todd Anderson Living Trust
   　　　　　　　90 OSTEGO AVENUE, SAN FRANCISCO, CA 94112

4. *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri, Jun 2, 2023 in the ordinary course of business.*

　　　　　　　　　　　　　　　　　　　　　　Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. Jaime Mariscal
   b. FIRST LEGAL INVESTIGATIONS
   　2070 N. TUSTIN AVENUE, 2ND FLOOR
   　SANTA ANA, CA 92705
   c. (714) 550-1375

   d. **The Fee** for Service was:
   e. I am: Not a Registered California Process Server

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

　　　　　　　　　　　　　06/09/2023　　　　　　　　*Jaime Mariscal*
　　　　　　　　　　　　　(Date)　　　　　　　　　　(Signature)



| Judicial Council Form | PROOF OF SERVICE | 8975005 |
| Rule 2.150.(a)&(b) Rev January 1, 2007 | BY MAIL | (120203) |