Steven J. Kahn (SBN 234104)
steven.kahn@hogefenton.com
Alexander H. Ramon (SBN 282867)
alex.ramon@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
6801 Koll Center Parkway, Suite 210
Pleasanton, California 94566-7047
Phone: 925.224.7780
Fax: 925.224.7782

Attorneys for Defendant,
Ronald Gurule (individually and as trustee of the
Ronald Gurule 2013 Family Trust)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Flannery Associates LLC, | Case No. 2:23-cv-00927-TLN-AC |
| Plaintiff, | STIPULATION EXTENDING DEADLINE OF DEFENDANT RONALD GURULE (INDIVIDUALLY AND AS TRUSTEE OF THE RONALD GURULE 2013 FAMILY TRUST) TO RESPOND TO COMPLAINT |
| v. | |
| Barnes Family Ranch Associates, LLC, Lambie Ranch Associates, LLC, Kirby Hill Associates, LLC, Barnes Family Ranch Corporation, Lambie Ranch Corporation, Kirby Hill Corporation, Kirk Beebe, Susan Beebe Furay, Murray Bankhead (individually and as trustee for the Baumbach Family Trust), Michael Rice (individually and as trustee for the Rice Family Trust); | |
| Christine Mahoney Limited Partnership, Christine Mahoney Limited Partnership Management Company, Emigh Land LP, El General Partner, LLC, Christine Mahoney (individually and as trustee of the Mahoney 2005 Family Trust), Daniel Mahoney (individually and as trustee of the Mahoney 2005 Family Trust); | |
| Ian Anderson (individually and as trustee of the Ian and Margaret Anderson Family Trust), Margaret Anderson (individually and as trustee of the Ian and Margaret Anderson Family Trust), Neil Anderson, Maryn Anderson, William Dietrich (individually and as trustee of subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich), Paul Dietrich (individually and as trustee of the Child's | |

1  Trust FBO Paul S. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S.
2  Dietrich), John Alsop (individually and as trustee of the John G. Alsop Living Trust),
3  Nancy Roberts (individually and as trustee of the Nancy C. Roberts Living Trust), Janet
4  Zanardi (individually and as trustee of Trust A under the Zanardi Revocable Trust), Ronald
5  Gurule (individually and as trustee of the Ronald Gurule 2013 Family Trust), Richard
6  Anderson (individually and as trustee of the REA Properties Trust), David Anderson
7  (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Deborah
8  Workman (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Carol
9  Hoffman (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Ned
10 Anderson (individually and as trustee of the Ned Kirby Anderson Trust), Neil Anderson,
11 Glenn Anderson, Janet Blegen (individually and as trustee of the Janet Elizabeth Blegen
12 Separate Property Trust), Robert Anderson (individually and as trustee of the Robert Todd
13 Anderson Living Trust), Stan Anderson, Lynne Mahre, Sharon Totman, Amber
14 Bauman, Christopher Wycoff;

15 and JOHN DOES 1-50,

16           Defendants.

17

18         Plaintiff Flannery Associates LLC ("Plaintiff") and Defendant Ronald Gurule (individually

19 and as trustee of the Ronald Gurule 2013 Family Trust) ("Gurule"), hereby stipulate and request as

20 follows:

21         WHEREAS, on May 18, 2023, Plaintiff filed its Complaint against various defendants

22 including Gurule (ECF No. 1);

23         WHEREAS, Gurule was personally served with Plaintiff's Complaint on May 19, 2023, and

24 based thereon Gurule's deadline to respond to Plaintiff's Complaint is June 9, 2023;

25         WHEREAS, counsel for Plaintiff and Gurule previously agreed to extend Gurule's deadline

26 to respond to Plaintiff's Complaint to June 16, 2023;

27         WHEREAS, on June 6, 2023, this Court granted the Ex Parte Application of Defendants

28 David Anderson (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Deborah

Workman (individually and as trustee of the Irwin E. Anderson Survivor's Trust), and Carol Hoffman (individually and as trustee of the Irwin E. Anderson Survivor's Trust) extending the deadline for those defendants to respond to the Complaint until July 11, 2023 (ECF No. 44);

WHEREAS, Plaintiff agrees to extend Gurule's deadline  respond to the Complaint until July 11, 2023;

WHEREAS, this stipulation is made in the interests of justice and not to delay the proceedings; and

WHEREAS, the requested extension will not prejudice any party or impact any other dates already fixed by Court order;

THEREFORE, the Parties, by and through their undersigned counsel of record, hereby stipulate, and jointly propose to the Court for approval, that:

1. Gurule has been properly served with Plaintiff's Complaint;

2. Plaintiff and Gurule stipulate and agree that Gurule shall have until July 11, 2023, to file a response to the Complaint.

IT IS SO STIPULATED, AGREED, AND REQUESTED.

Respectfully submitted,

DATED: June 12,  2023           HOGE, FENTON, JONES & APPEL, INC.
                                By:  /s/ Steven J. Kahn
                                    Steven J. Kahn
                                    Attorneys for Ronald Gurule
                                    (individually and as trustee of the Ronald Gurule 2013 Family Trust)

DATED: June 11, 2023            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                By:  /s/ Abraham A. Tabaie (authorized on 6/11/23)
                                    Abraham A. Tabaie
                                    Attorneys for Flannery Associates LLC