| | |
|---|---|
| DAVID J. BOWIE (CA SBN 50167)<br>dave@bowieschafferlaw.com<br>BOWIE & SCHAFFER<br>2255 Contra Costa Blvd, Suite 305<br>Pleasant Hill, California 94523<br>Telephone:   925.939.5300<br>Facsimile:    925.609.9670<br><br>Attorney for Defendants<br>BARNES FAMILY RANCH ASSOCIATES, LLC, LAMBIE RANCH ASSOCAITES, LLC, KIRBY HILL ASSOCIATES, LLC, BARNES FAMILY RANCH CORPORATION, LAMBIE RANCH CORPORATION, KIRBY HILL CORPORATION, KIRK BEEBE and SUSAN BEEBE FURAY, MURRAY BANKHEAD (individually and as trustee for the Baumbach Family Trust), and MICHAEL RICE (individually and as trustee for the Rice Family)<br><br>*Additional appearances of counsel on next page* | MATTHEW M. MARTINO (*pro hac vice*)<br>matthew.martino@skadden.com<br>MICHAEL H. MENITOVE (*pro hac vice*)<br>michael.menitove@skadden.com<br>SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, New York 10001<br>Telephone: (212) 735-3000<br>Facsimile: (917) 777-3000<br><br>LANCE A. ETCHEVERRY (SBN 199916)<br>lance.etcheverry@skadden.com<br>ABRAHAM A. TABAIE (SBN 260727)<br>abraham.tabaie@skadden.com<br>SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP<br>525 University Avenue<br>Palo Alto, California 94301<br>Telephone: (650) 470-4500<br>Facsimile: (650) 470-4570<br><br>Attorneys for Plaintiff<br>FLANNERY ASSOCIATES LLC |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLANNERY ASSOCIATES LLC,<br><br>             Plaintiff,<br><br>       v.<br><br>BARNES FAMILY RANCH ASSOCIATES, LLC, et al.,<br><br>             Defendants. | Case No. 2:23-CV-00927-TLN-AC<br><br>**JOINT STIPULATION TO EXTEND THE BLKBR DEFENDANTS' TIME TO RESPOND TO COMPLAINT**<br><br>Compl. Filed:  May 18, 2023 |

1               JOINT STIPULATION TO EXTEND TIME
                                  TO RESPOND TO COMPLAINT

sf-5573444

ELIOT A. ADELSON (CA SBN 205284)
EAdelson@mofo.com
MARGARET A. WEBB (CA SBN 319269)
MWebb@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

Attorneys for Defendants
BARNES FAMILY RANCH ASSOCIATES, LLC, LAMBIE RANCH ASSOCAITES, LLC, KIRBY HILL ASSOCIATES, LLC, BARNES FAMILY RANCH CORPORATION, LAMBIE RANCH CORPORATION, KIRBY HILL CORPORATION, KIRK BEEBE and SUSAN BEEBE FURAY

Plaintiff Flannery Associates LLC ("Plaintiff") and Defendants Barnes Family Ranch Associates, LLC, Lambie Ranch Associates, LLC, Kirby Hill Associates, LLC, Barnes Family Ranch Corporation, Lambie Ranch Corporation, Kirby Hill Corporation, Kirk Beebe, and Susan Beebe Furay (collectively the "BLK Defendants"), Murray Bankhead (individually and as trustee for the Baumbach Family Trust), and Michael Rice (individually and as a trustee for the Rice Family Trust) (collectively with the BLK Defendants, the "BLKBR Defendants"), hereby stipulate and jointly request as follows:

WHEREAS, on May 18, 2023, Plaintiff filed its Complaint against various defendants, including the BLKBR Defendants (ECF No. 1);

WHEREAS, on June 1, 2023, Plaintiff filed Proofs of Service providing that:

- Defendants Barnes Family Ranch Corporation, Lambie Ranch Corporation, Kirby Hill Corporation, and Susan Beebe Furay had been served with the Complaint and Summons by substituted service on May 21, 2023;
- Defendants Barnes Family Ranch Associates, LLC, Lambie Ranch Associates, LLC, Kirby Hill Associates, LLC, and Kirk Beebe had been served with the Complaint and Summons by substituted service on May 23, 2023;
- Defendant Michael Rice had been served with the Complaint and Summons by substituted service on May 24, 2023; and
- Defendant Murray Bankhead had been served with the Complaint and Summons by substituted service on May 26, 2023.

WHEREAS, based on this filed Proof of Service, the BLKBR Defendants currently have deadlines to respond to the Complaint ranging from June 13, 2023 to June 16, 2023;

WHEREAS, on June 6, 2023, this Court granted the Ex Parte Application of Defendants David Anderson (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Deborah Workman (individually and as trustee of the Irwin E. Anderson Survivor's Trust), and Carol Hoffman (individually and as trustee of the Irwin E. Anderson Survivor's Trust) extending the deadline for those defendants to respond to the Complaint until July 11, 2023 (ECF No. 44);

1    WHEREAS, Plaintiff has now agreed to extend the deadline to respond to the Complaint
2 for the BLKBR Defendants until July 11, 2023;
3    WHEREAS, this stipulation is made in the interests of justice and not to delay the
4 proceedings;
5    WHEREAS, the requested extension will not prejudice any party or impact any other
6 dates already fixed by Court order and;
7    THEREFORE, the Parties, by and through their undersigned counsel of record, hereby
8 stipulate, and jointly propose to the Court for approval, that:
9    1.   The BLKBR Defendants stipulate that each of them has been properly served, and
10 the Parties agree that the BLKBR Defendants shall have until July 11, 2023 to file a response to
11 the Complaint.

| | | |
|---|---|---|
| 1 | Dated:  June 9, 2023 | BOWIE & SCHAFFER |
| 2 | | |
| 3 | | By: */s/ David J. Bowie* |
| 4 | | DAVID J. BOWIE (CA SBN 50167)<br>dave@bowieschafferlaw.com |
| 5 | | BOWIE & SCHAFFER<br>2255 Contra Costa Blvd, Suite 305 |
| 6 | | Pleasant Hill, California 9452<br>Attorney for Defendants |
| 7 | | BARNES FAMILY RANCH ASSOCIATES, LLC, LAMBIE RANCH ASSOCAITES, LLC, KIRBY |
| 8 | | HILL ASSOCIATES, LLC, BARNES FAMILY RANCH CORPORATION, LAMBIE RANCH |
| 9 | | CORPORATION, KIRBY HILL CORPORATION, KIRK BEEBE and SUSAN BEEBE FURAY, |
| 10 | | MURRAY BANKHEAD (individually and as trustee for the Baumbach Family Trust), and MICHAEL |
| 11 | | RICE (individually and as trustee for the Rice Family) |
| 12 | | |
| 13 | Dated:  June 9, 2023 | MORRISON & FOERSTER LLP |
| 14 | | |
| 15 | | By: */s/ Eliot Adelson* (as authorized on June 9, 2023*)* |
| 16 | | ELIOT A. ADELSON (CA SBN 205284)<br>EAdelson@mofo.com |
| 17 | | MARGARET A. WEBB (CA SBN 319269)<br>MWebb@mofo.com |
| 18 | | MORRISON & FOERSTER LLP<br>425 Market Street, |
| 19 | | San Francisco, California  94105-2482 |
| 20 | | Attorneys for Defendants<br>BARNES FAMILY RANCH ASSOCIATES, LLC, |
| 21 | | LAMBIE RANCH ASSOCAITES, LLC, KIRBY HILL ASSOCIATES, LLC, BARNES FAMILY |
| 22 | | RANCH CORPORATION, LAMBIE RANCH CORPORATION, KIRBY HILL CORPORATION, |
| 23 | | KIRK BEEBE and SUSAN BEEBE FURAY |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1  Dated: June 9, 2023              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

2

3                                    By:   /s/ *Abraham A. Tabaie* (as authorized on June 9, 2023)
                                           ABRAHAM A. TABAIE (SBN 260727)
4                                          abraham.tabaie@skadden.com
                                           SKADDEN, ARPS, SLATE,
5                                           MEAGHER & FLOM LLP
                                           525 University Avenue
6                                          Palo Alto, California 94301

7                                          Attorney for Plaintiff
                                           FLANNERY ASSOCIATES LLC
8