UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLANNERY ASSOCIATES LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BARNES FAMILY RANCH ASSOCIATES, LLC, et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-00927-TLN-AC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND THE BLKBR DEFENDANTS' TIME TO RESPOND TO COMPLAINT** |

Pursuant to the parties' Joint Stipulation to Extend the BLKBR Defendants' Time to Respond to Complaint, and for good cause shown, the Court hereby orders as follows:

　　1.　　Defendants Barnes Family Ranch Associates, LLC, Lambie Ranch Associates, LLC, Kirby Hill Associates, LLC, Barnes Family Ranch Corporation, Lambie Ranch Corporation, Kirby Hill Corporation, Kirk Beebe, Susan Beebe Furay, Murray Bankhead (individually and as trustee for the Baumbach Family Trust), and Michael Rice (individually and as a trustee for the Rice Family Trust) have each agreed that they have been properly served and shall have until July 11, 2023 to file a response to the Complaint in this action.

　　IT IS SO ORDERED.

DATED: June ___, 2023　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE TROY L. NUNLEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1