1    GLYNN, FINLEY, MORTL,
     HANLON & FRIEDENBERG, LLP
2    CLEMENT L. GLYNN, Bar No. 57117
     cglynn@glynnfinley.com
3    ADAM FRIEDENBERG, Bar No. 205778
     afriedenberg@glynnfinley.com
4    ROBERT C. PHELPS, Bar No. 106666
     bphelps@glynnfinley.com
5    MORGAN K. LOPEZ, Bar No. 215513
     mlopez@glynnfinley.com
6    One Walnut Creek Center
     100 Pringle Avenue, Suite 500
7    Walnut Creek, CA 94596
     Telephone: (925) 210-2800
8    Facsimile: (925) 945-1975

9    Attorneys for Defendants Ian Anderson (Individually and as
     Trustee of the Ian and Margaret Anderson Family Trust),
10   Margaret Anderson (Individually and as Trustee of the Ian
     and Margaret Anderson Family Trust), Neil Anderson,
11   and Maryn Anderson

12

13                   UNITED STATES DISTRICT COURT

14                  EASTERN DISTRICT OF CALIFORNIA

15

16   FLANNERY ASSOCIATES LLC,               ) Case No. 2:23-cv-00927-TLN-AC
                                            )
17                    Plaintiff,            ) **STIPULATION TO EXTEND THE**
                                            ) **IAN ANDERSON DEFENDANTS'**
18        vs.                               ) **DEADLINE TO RESPOND TO**
                                            ) **COMPLAINT**
19   BARNES FAMILY RANCH                    )
     ASSOCIATES, LLC, LAMBIE RANCH          )
20   ASSOCIATES, LLC, KIRBY HILL            )
     ASSOCIATES, LLC, BARNES FAMILY         )
21   RANCH CORPORATION, LAMBIE              )
     RANCH CORPORATION, KIRBY HILL          )
22   CORPORATION, KIRK BEEBE, SUSAN         )
     BEEBE FURAY, MURRAY BANKHEAD           )
23   (INDIVIDUALLY AND AS TRUSTEE           )
     FOR THE BAUMBACH FAMILY TRUST),        )
24   MICHAEL RICE (INDIVIDUALLY AND         )
     AS TRUSTEE FOR THE RICE FAMILY         )
25   TRUST); CHRISTINE MAHONEY              )
     LIMITED PARTNERSHIP, CHRISTINE         )
26   MAHONEY LIMITED PARTNERSHIP            )
     MANAGEMENT COMPANY, EMIGH              )
27   LAND LP, EL GENERAL PARTNER, LLC,      )
     CHRISTINE MAHONEY                      )
28   (INDIVIDUALLY AND AS TRUSTEE OF        )

                                   - 1 -

| | |
|---|---|
| 1 | THE MAHONEY 2005 FAMILY TRUST), ) |
| | DANIEL MAHONEY (INDIVIDUALLY ) |
| 2 | AND AS TRUSTEE OF THE MAHONEY |
| | 2005 FAMILY TRUST); |
| 3 | IAN ANDERSON (INDIVIDUALLY AND ) |
| | AS TRUSTEE OF THE IAN AND ) |
| 4 | MARGARET ANDERSON FAMILY ) |
| | TRUST), MARGARET ANDERSON ) |
| 5 | (INDIVIDUALLY AND AS TRUSTEE OF ) |
| | THE IAN AND MARGARET ANDERSON ) |
| 6 | FAMILY TRUST), NEIL ANDERSON, ) |
| | MARYN ANDERSON, WILLIAM ) |
| 7 | DIETRICH (INDIVIDUALLY AND AS ) |
| | TRUSTEE OF THE CHILD'S TRUST FBO ) |
| 8 | WILLIAM C. DIETRICH, A SUBTRUST ) |
| | UNDER THE TRUST OF WILLIAM C. ) |
| 9 | DIETRICH AND IVANNA S. DIETRICH), ) |
| | PAUL DIETRICH (INDIVIDUALLY AND ) |
| 10 | AS TRUSTEE OF THE CHILD'S TRUST ) |
| | FBO PAUL S. DIETRICH, A SUBTRUST ) |
| 11 | UNDER THE TRUST OF WILLIAM C. ) |
| | DIETRICH AND IVANNA S. DIETRICH), ) |
| 12 | JOHN ALSOP (INDIVIDUALLY AND AS ) |
| | TRUSTEE OF THE JOHN G. ALSOP ) |
| 13 | LIVING TRUST), NANCY ROBERTS ) |
| | (INDIVIDUALLY AND AS TRUSTEE OF ) |
| 14 | THE NANCY C. ROBERTS LIVING ) |
| | TRUST), JANET ZANARDI ) |
| 15 | (INDIVIDUALLY AND AS TRUSTEE OF ) |
| | TRUST A UNDER THE ZANARDI ) |
| 16 | REVOCABLE TRUST), RONALD ) |
| | GURULE (INDIVIDUALLY AND AS ) |
| 17 | TRUSTEE OF THE RONALD GURULE ) |
| | 2013 FAMILY TRUST), RICHARD ) |
| 18 | ANDERSON (INDIVIDUALLY AND AS ) |
| | TRUSTEE OF THE REA PROPERTIES ) |
| 19 | TRUST), DAVID ANDERSON ) |
| | (INDIVIDUALLY AND AS TRUSTEE OF ) |
| 20 | THE IRWIN E. ANDERSON SURVIVOR'S ) |
| | TRUST), DEBORAH WORKMAN ) |
| 21 | (INDIVIDUALLY AND AS TRUSTEE OF ) |
| | THE IRWIN E. ANDERSON SURVIVOR'S ) |
| 22 | TRUST), CAROL HOFFMAN ) |
| | (INDIVIDUALLY AND AS TRUSTEE OF ) |
| 23 | THE IRWIN E. ANDERSON SURVIVOR'S ) |
| | TRUST), NED ANDERSON ) |
| 24 | (INDIVIDUALLY AND AS TRUSTEE OF ) |
| | THE NED KIRBY ANDERSON TRUST), ) |
| 25 | NEIL ANDERSON, GLENN ANDERSON, ) |
| | JANET BLEGEN (INDIVIDUALLY AND ) |
| 26 | AS TRUSTEE OF THE JANET ) |
| | ELIZABETH BLEGEN SEPARATE ) |
| 27 | PROPERTY TRUST), ROBERT ) |
| | ANDERSON (INDIVIDUALLY AND AS ) |
| 28 | TRUSTEE OF THE ROBERT TODD ) |

| | |
|---|---|
| 1 | ANDERSON LIVING TRUST), STAN ) |
| | ANDERSON, LYNNE MAHRE, SHARON ) |
| 2 | TOTMAN, AMBER BAUMAN, ) |
| | CHRISTOPHER WYCOFF; ) |
| 3 | AND JOHN DOES 1-50, ) |
| | ) |
| 4 | Defendant. ) |
| | ) |
| 5 | _____ ) |

Plaintiff Flannery Associates LLC ("Plaintiff") and Defendants Ian Anderson (Individually and as Trustee of the Ian and Margaret Anderson Family Trust), Margaret Anderson (Individually and as Trustee of the Ian and Margaret Anderson Family Trust), Neil Anderson, and Maryn Anderson (collectively the "Ian Anderson Defendants"), hereby stipulate as follows:

WHEREAS, on May 18, 2023, Plaintiff filed its Complaint against various defendants including the Ian Anderson Defendants (ECF No. 1);

WHEREAS, certain of the Ian Anderson Defendants have a current deadline to respond to the Complaint of June 14, 2023;

WHEREAS, on June 6, 2023, this Court granted the Ex Parte Application of Defendants David Anderson (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Deborah Workman (individually and as trustee of the Irwin E. Anderson Survivor's Trust), and Carol Hoffman (individually and as trustee of the Irwin E. Anderson Survivor's Trust) extending the deadline for these defendants to respond to the Complaint until July 11, 2023 (Dkt. No. 44);

WHEREAS, Plaintiff agrees to extend the deadline to respond to the Complaint for the Ian Anderson Defendants until July 11, 2023;

WHEREAS the stipulation extending the deadline to respond to the Complaint until July 11, 2023, is no more than twenty-eight (28) days and signed on behalf of all parties who have appeared in the action and are affected by the stipulation, in compliance with Local Rule 144(a);

///

///

///

///

STIPULATION TO EXTEND IAN ANDERSON DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT

1  THEREFORE, Plaintiff and the Ian Anderson Defendants, by and through their

2  undersigned counsel of record, hereby stipulate that:

3  The Ian Anderson Defendants agree that they each have been properly served and

4  Plaintiff and the Ian Anderson Defendants agree that the Ian Anderson Defendants shall have

5  until July 11, 2023, to file a response to the Complaint.

6  IT IS SO STIPULATED.

7  Dated:  June 14, 2023

8                                                     GLYNN, FINLEY, MORTL,
                                                      HANLON & FRIEDENBERG, LLP
                                                      CLEMENT L. GLYNN
9                                                     ADAM FRIEDENBERG
                                                      ROBERT C. PHELPS
10                                                    MORGAN K. LOPEZ
                                                      One Walnut Creek Center
11                                                    100 Pringle Avenue, Suite 500
                                                      Walnut Creek, CA  94596

12

13

                                                      By _____/s/ Morgan K. Lopez_____
14                                                    Attorneys for Defendants Ian Anderson
                                                      (Individually and as Trustee of the Ian
15                                                    and Margaret Anderson Family Trust),
                                                      Margaret Anderson (Individually and as
16                                                    Trustee of the Ian and Margaret
                                                      Anderson Family Trust), Neil Anderson,
17                                                    and Maryn Anderson

18

19  Dated:  June 14, 2023

20                                                    SKADDEN, ARPS, SLATE, MEAGHER
                                                      & FLOM LLP
21                                                    ABRAHAM A. TABAIE

22

                                                      By /s/ Abraham A. Tabaie_____
23                                                    *(as authorized on June 14, 2023)*
                                                      Attorneys for Plaintiff
24                                                    Flannery Associates LLC

25

26

27

28

STIPULATION TO EXTEND IAN ANDERSON DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT