ALLISON A. DAVIS (State Bar No. 139203)
   allisondavis@dwt.com
SANJAY NANGIA (State Bar No. 264986)
   sanjaynangia@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California 94111
Telephone: (415) 276-6500
Fax: (415) 276-6599

Attorneys for Defendant
WILLIAM DIETRICH (individually and as trustee
of the Child's Trust FBO William C. Dietrich,
a subtrust under the Trust of William C. Dietrich
and Ivanna S. Dietrich)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Flannery Associates LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Barnes Family Ranch Associates, LLC, Lambie Ranch Associates, LLC, Kirby Hill Associates, LLC, Barnes Family Ranch Corporation, Lambie Ranch Corporation, Kirby Hill Corporation, Kirk Beebe, Susan Beebe Furay, Murray Bankhead (individually and as trustee for the Baumbach Family Trust), Michael Rice (individually and as trustee for the Rice Family Trust);<br><br>Christine Mahoney Limited Partnership, Christine Mahoney Limited Partnership Management Company, Emigh Land LP, El General Partner, LLC, Christine Mahoney (individually and as trustee of the Mahoney 2005 Family Trust), Daniel Mahoney (individually and as trustee of the Mahoney 2005 Family Trust);<br><br>Ian Anderson (individually and as trustee of the Ian and Margaret Anderson Family | Case No. 2:23-cv-00927-TLN-AC<br><br>**STIPULATION TO EXTEND WILLIAM DIETRICH'S DEADLINE TO RESPOND TO COMPLAINT** |

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
Case No. 2:23-cv-00927-TLN-AC

| | |
|---|---|
| 1 | Trust); Margaret Anderson (individually and as trustee of the Ian and Margaret Anderson Family Trust), Neil Anderson, Maryn Anderson, William Dietrich (individually and as trustee of the Child's Trust FBO William C. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich), Paul Dietrich (individually and as trustee of the Child's Trust FBO Paul S. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich), John Alsop (individually and as trustee of the John G. Alsop Living Trust), Nancy Roberts (individually and as trustee of the Nancy C. Roberts Living Trust), Janet Zanardi (individually and as trustee of Trust A under the Zanardi Revocable Trust), Ronald Gurule (individually and as trustee of the Ronald Gurule 2013 Family Trust), Richard Anderson (individually and as trustee of the REA Properties Trust), David Anderson (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Deborah Workman (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Carol Hoffman (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Ned Anderson (individually and as trustee of the Ned Kirby Anderson Trust), Neil Anderson, Glenn Anderson, Janet Blegen (individually and as trustee of the Janet Elizabeth Blegen Separate Property Trust), Robert Anderson (individually and as trustee of the Robert Todd Anderson Living Trust), Stan Anderson, Lynne Mahre, Sharon Totman, Amber Bauman, Christopher Wycoff; and JOHN DOES 1-50, Defendants. |

Plaintiff Flannery Associates LLC ("Plaintiff") and Defendant William Dietrich, individually and as trustee of the Child's Trust FBO William C. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich (collectively "William Dietrich"), hereby stipulate and jointly request as follows:

WHEREAS, on May 18, 2023, Plaintiff filed its Complaint against various defendants including the William Dietrich;

WHEREAS, Plaintiff filed a Proof of Service providing that defendant William Dietrich had been served with the Complaint and Summons by substituted service;

WHEREAS, on June 6, 2023, this Court granted the Ex Parte Application of Defendants David Anderson (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Deborah Workman (individually and as trustee of the Irwin E. Anderson Survivor's Trust), and Carol Hoffman (individually and as trustee of the Irwin E. Anderson Survivor's Trust) extending the deadline for these defendants to respond to the Complaint until July 11, 2023 (Dkt. No. 44);

WHEREAS, Plaintiff has now agreed to extend the deadline to respond to the Complaint for the other defendants until July 11, 2023;

WHEREAS, this stipulation is made in the interests of justice and not to delay the proceedings; and

WHEREAS, the requested extension will not prejudice any party or impact any other dates already fixed by Court order;

THEREFORE, the Parties, by and through their undersigned counsel of record, hereby stipulate, and jointly propose to the Court for approval, that:

1. William Dietrich stipulates that he has been properly served and the Parties agree that William Dietrich shall have until July 11, 2023, to file a response to the Complaint.

///

IT IS SO STIPULATED, AGREED AND REQUESTED.

Respectfully submitted,

DATED: June 14, 2023         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/Abraham A. Tabaie*
    ABRAHAM A. TABAIE

Attorneys for Plaintiff
FALNNERY ASSOCIATES, LLC

DATED: June 14, 2023         DAVIS WRIGHT TREMAINE LLP

By: */s/Allison A. Davis*
    ALLISON A. DAVIS
    SANJAY NANGIA

Attorneys for Defendant
WILLIAM DIETRICH
(individually and as trustee of the Child's Trust FBO William C. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich)