Steven J. Kahn (SBN 234104)
steven.kahn@hogefenton.com
Alexander H. Ramon (SBN 282867)
alex.ramon@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
6801 Koll Center Parkway, Suite 210
Pleasanton, California 94566-7047
Phone: 925.224.7780
Fax: 925.224.7782

Attorneys for Defendant,
Ronald Gurule (individually and as trustee of the
Ronald Gurule 2013 Family Trust)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Flannery Associates LLC, | Case No. 2:23-cv-00927-TLN-AC |
| Plaintiff, | ORDER GRANTING STIPULATION EXTENDING DEADLINE OF DEFENDANT RONALD GURULE (INDIVIDUALLY AND AS TRUSTEE OF THE RONALD GURULE 2013 FAMILY TRUST) TO RESPOND TO COMPLAINT |
| v. | |
| Barnes Family Ranch Associates, LLC, Lambie Ranch Associates, LLC, Kirby Hill Associates, LLC, Barnes Family Ranch Corporation, Lambie Ranch Corporation, Kirby Hill Corporation, Kirk Beebe, Susan Beebe Furay, Murray Bankhead (individually and as trustee for the Baumbach Family Trust), Michael Rice (individually and as trustee for the Rice Family Trust); | |
| Christine Mahoney Limited Partnership, Christine Mahoney Limited Partnership Management Company, Emigh Land LP, El General Partner, LLC, Christine Mahoney (individually and as trustee of the Mahoney 2005 Family Trust), Daniel Mahoney (individually and as trustee of the Mahoney 2005 Family Trust); | |
| Ian Anderson (individually and as trustee of the Ian and Margaret Anderson Family Trust), Margaret Anderson (individually and as trustee of the Ian and Margaret Anderson Family Trust), Neil Anderson, Maryn Anderson, William Dietrich (individually and as trustee of subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich), Paul Dietrich (individually and as trustee of the Child's | |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16 | Trust FBO Paul S. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich), John Alsop (individually and as trustee of the John G. Alsop Living Trust), Nancy Roberts (individually and as trustee of the Nancy C. Roberts Living Trust), Janet Zanardi (individually and as trustee of Trust A under the Zanardi Revocable Trust), Ronald Gurule (individually and as trustee of the Ronald Gurule 2013 Family Trust), Richard Anderson (individually and as trustee of the REA Properties Trust), David Anderson (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Deborah Workman (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Carol Hoffman (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Ned Anderson (individually and as trustee of the Ned Kirby Anderson Trust), Neil Anderson, Glenn Anderson, Janet Blegen (individually and as trustee of the Janet Elizabeth Blegen Separate Property Trust), Robert Anderson (individually and as trustee of the Robert Todd Anderson Living Trust), Stan Anderson, Lynne Mahre, Sharon Totman, Amber Bauman, Christopher Wycoff;<br><br>and JOHN DOES 1-50,<br><br>        Defendants. |

Pursuant to the parties' Stipulation Extending Deadline of Defendant Ronald Gurule (individually and as trustee of the Ronald Gurule 2013 Family Trust) to Respond to Complaint, for good cause shown, the Court hereby orders as follows:

    1.    Defendant Ronald Gurule (individually and as trustee of the Ronald Gurule 2013 Family Trust) has agreed that the Complaint in this action has been properly served and shall have until July 11, 2023, to file a response to the Complaint in this action.

    IT IS SO ORDERED.

DATED: June 14, 2023

                                    Troy L. Nunley
                                    United States District Judge