1
2
3
4
5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  FLANNERY ASSOCIATES LLC,                Case No. 2:23-cv-00927-TLN-AC

10            Plaintiff,                   **ORDER GRANTING JOINT
                                           STIPULATION TO EXTEND THE
11     v.                                  BLKBR DEFENDANTS' TIME TO
                                           RESPOND TO COMPLAINT**
12  BARNES FAMILY RANCH ASSOCIATES,
    LLC, et al.,
13
              Defendants.
14

15

16        Pursuant to the parties' Joint Stipulation to Extend the BLKBR Defendants' Time to

17  Respond to Complaint, and for good cause shown, the Court hereby orders as follows:

18        1.      Defendants Barnes Family Ranch Associates, LLC, Lambie Ranch Associates,

19  LLC, Kirby Hill Associates, LLC, Barnes Family Ranch Corporation, Lambie Ranch

20  Corporation, Kirby Hill Corporation, Kirk Beebe, Susan Beebe Furay, Murray Bankhead

21  (individually and as trustee for the Baumbach Family Trust), and Michael Rice (individually and

22  as a trustee for the Rice Family Trust) have each agreed that they have been properly served and

23  shall have until July 11, 2023 to file a response to the Complaint in this action.

24        IT IS SO ORDERED.

25   DATED: June 14, 2023

26
                                           _____
27                                         Troy L. Nunley
                                           United States District Judge
28

                                           1