William N. Hannah, SBN 293121
C. Matthew Gaebe, SBN 263240
Thomas E. Hornburg, SBN 201324
HOUK & HORNBURG, INC.
206 S. Mooney Blvd.
Visalia, California 93291
Telephone: 559/733-1065
Facsimile: 559/733-7226

Attorneys for Defendants, David Anderson (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Deborah Workman (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Carol Hoffman (individually and as trustee of the Irwin E. Anderson Survivor's Trust), Richard Anderson, individually, and as Trustee of the REA Properties Trust

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Flannery Associates, LLC, | No. 2:23-CV-00927-TLN-AC |
| Plaintiff, | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY |
| v. | |
| Barnes Family Ranch Associates, LLC, et al., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN THAT, subject to approval by the court, Defendant, RICHARD ANDERSON, individually, and as Trustee of the REA Properties Trust, substitutes WILLIAM N. HANNAH, State Bar No. 293121 as counsel of record in place of LEN REIDREYNOSO.

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | HOUK & HORNBURG, INC. |
| Address: | 206 S. Mooney Blvd. |
| | Visalia, CA 93291 |
| Telephone: | (559) 733-1065    Facsimile:    (559) 733-7226 |
| E-Mail: | bhannah@houkhornburg.com |

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY
2:23-CV-00927-TLN-AC

1

I consent to the above substitution.

                        /s/ Richard Anderson, individually (original Signature maintained by Attorney William N. Hannah)

Date: June 14, 2023          RICHARD ANDERSON, individually, Party

Date: June 14, 2023          REA PROPERTIES TRUST

                        /s/ Richard Anderson, Trustee (original Signature maintained by Attorney William N. Hannah)

                        RICHARD ANDERSON, Trustee, Party

I consent to being substituted.

                        /s/ LEN REIDREYNOSO (as authorized on June 15, 2023)

Date:                        LEN REIDREYNOSO, Former Attorney

I consent to the above substitution.

Date: June 15, 2023          HOUK & HORNBURG, INC.

                        /s/ William N. Hannah
                        WILLIAM N. HANNAH, New Attorney

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

                        Judge

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY
2:23-CV-00927-TLN-AC        2