1  William N. Hannah, SBN 293121
   C. Matthew Gaebe, SBN 263240
2  Thomas E. Hornburg, SBN 201324
   HOUK & HORNBURG, INC.
3  206 S. Mooney Blvd.
   Visalia, California 93291
4  Telephone: 559/733-1065
   Facsimile:  559/733-7226
5
   Attorneys for Defendants, David Anderson (individually
6  and as trustee of the Irwin E. Anderson Survivor's Trust),
   Deborah Workman (individually and as trustee of the Irwin
7  E. Anderson Survivor's Trust), Carol Hoffman (individually
   and as trustee of the Irwin E. Anderson Survivor's Trust),
8  Richard Anderson, individually, and as Trustee of the REA
   Properties Trust
9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

12
   | Flannery Associates, LLC, | No. 2:23-CV-00927-TLN-AC |
   |---|---|
   | Plaintiff, | ORDER GRANTING SUBSTITUTION OF ATTORNEY |
   | v. | |
   | Barnes Family Ranch Associates, LLC, et al., | |
   | Defendants. | |

18
       NOTICE IS HEREBY GIVEN THAT, subject to approval by the court, Defendant,
19
   RICHARD ANDERSON, individually, and as Trustee of the REA Properties Trust, substitutes
20
   WILLIAM N. HANNAH, State Bar No. 293121 as counsel of record in place of LEN
21
   REIDREYNOSO.
22

23     Contact information for new counsel is as follows:

24     Firm Name:    HOUK & HORNBURG, INC.
       Address:      206 S. Mooney Blvd.
25                   Visalia, CA  93291
26     Telephone:    (559) 733-1065     Facsimile:    (559) 733-7226
       E-Mail:       bhannah@houkhornburg.com
27

28
   CONSENT ORDER GRANTING SUBSTITUTION OF                1
   ATTORNEY
   2:23-CV-00927-TLN-AC

I consent to the above substitution.

|  |  |
|---|---|
|  | /s/ Richard Anderson, individually (original Signature maintained by Attorney William N. Hannah |
| Date: June 14, 2023 | RICHARD ANDERSON, individually, Party |
| Date: June 14, 2023 | REA PROPERTIES TRUST |
|  | /s/ Richard Anderson, Trustee (original Signature maintained by Attorney William N. Hannah |
|  | RICHARD ANDERSON, Trustee, Party |

I consent to being substituted.

|  |  |
|---|---|
|  | /s/ LEN REIDREYNOSO (as authorized on June 15  2023 |
| Date: | LEN REIDREYNOSO, Former Attorney |

I consent to the above substitution.

|  |  |
|---|---|
| Date: June 15, 2023 | HOUK & HORNBURG, INC. |
|  | /s/ William N. Hannah |
|  | WILLIAM N. HANNAH, New Attorney |

The substitution of attorney is hereby approved and so ORDERED.

Date: June 15, 2023

Troy L. Nunley
United States District Judge