MATTHEW M. MARTINO (*pro hac vice*)
matthew.martino@skadden.com
MICHAEL H. MENITOVE (*pro hac vice*)
michael.menitove@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (917) 777-3000

LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
ABRAHAM A. TABAIE (SBN 260727)
abraham.tabaie@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Attorneys for Plaintiff*
FLANNERY ASSOCIATES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Flannery Associates LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>Barnes Family Ranch Associates, LLC, et al.,<br><br>    Defendants. | Case No. 2:23-cv-00927-TLN-AC<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DAVID ANDERSON (INDIVIDUALLY AND AS TRUSTEE OF THE IRWIN E. ANDERSON SURVIVOR'S TRUST), CAROL HOFFMAN (INDIVIDUALLY AND AS TRUSTEE OF THE IRWIN E. ANDERSON SURVIVOR'S TRUST), AND DEBORAH WORKMAN (INDIVIDUALLY AND AS TRUSTEE OF THE IRWIN E. ANDERSON SURVIVOR'S TRUST)** |

Pursuant to Local Rule 160(a), Plaintiff Flannery Associates LLC ("Flannery") hereby notifies the Court that it has settled its claims in this action against defendants David Anderson (individually and as trustee of the Irwin E. Anderson Survivor's Trust) (hereinafter "Anderson"), Carol Hoffman (individually and as trustee of the Irwin E. Anderson Survivor's Trust) (hereinafter

1

NOTICE OF SETTLEMENT AND
VOLUNTARY DISMISSAL WITH PREJUDICE

Case No. 2:23-cv-00927-TLN-AC

"Hoffman"), and Deborah Workman (individually and as trustee of the Irwin E. Anderson Survivor's Trust) (hereinafter "Workman").

Accordingly, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Flannery voluntarily dismisses with prejudice its claims against defendants Anderson, Hoffman, and Workman, who have neither answered Flannery's complaint nor filed a motion for summary judgment.

DATED:  June 27, 2023                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                         By:  /s/ Abraham A. Tabaie
                                             Abraham A. Tabaie
                                             *Attorney for Plaintiff*
                                             *Flannery Associates LLC*