ALLISON A. DAVIS (State Bar No. 139203)
   allisondavis@dwt.com
SANJAY NANGIA (State Bar No. 264986)
   sanjaynangia@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California 94111
Telephone: (415) 276-6500
Fax: (415) 276-6599

Attorneys for Defendant
WILLIAM DIETRICH (individually and as trustee
of the Child's Trust FBO William C. Dietrich,
a subtrust under the Trust of William C. Dietrich
and Ivanna S. Dietrich)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Flannery Associates LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Barnes Family Ranch Associates, LLC, et al.,<br><br>    Defendants. | Case No. 2:23-cv-00927-TLN-AC<br><br>**NOTICE OF APPEARANCE OF SANJAY NANGIA** |

NOTICE OF APPEARANCE
Case No. 2:23-cv-00927-TLN-AC

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Sanjay Nangia of DAVIS WRIGHT TREMAINE LLP who is admitted to practice in this court, hereby appears as counsel of record for Defendant William Dietrich (individually and as trustee of the Child's Trust FBO William C. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich), and the law firm of DAVIS WRIGHT TREMAINE LLP, 50 California Street, 23rd Floor, San Francisco, CA 94111; telephone (415) 276-6500 and email sanjaynangia@dwt.com hereby appears in this matter.

DATED: July 5, 2023        DAVIS WRIGHT TREMAINE LLP

By: */s/ Sanjay Nangia*
    SANJAY NANGIA

Attorneys for Defendant
WILLIAM DIETRICH
(individually and as trustee of the Child's Trust FBO William C. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich)