| | |
|---|---|
| ELIOT A. ADELSON (CA SBN 205284) | MATTHEW M. MARTINO (*pro hac vice*) |
| EAdelson@mofo.com | matthew.martino@skadden.com |
| MARGARET A. WEBB (CA SBN 319269) | MICHAEL H. MENITOVE (*pro hac vice*) |
| MWebb@mofo.com | michael.menitove@skadden.com |
| MORRISON & FOERSTER LLP | SKADDEN, ARPS, SLATE, |
| 425 Market Street, |   MEAGHER & FLOM LLP |
| San Francisco, California  94105-2482 | One Manhattan West |
| Telephone:     415.268.7000 | New York, New York 10001 |
| Facsimile:     415.268.7522 | Telephone: (212) 735-3000 |
| | Facsimile: (917) 777-3000 |

Attorneys for Defendants
BARNES FAMILY RANCH ASSOCIATES, LLC, LAMBIE RANCH ASSOCIATES, LLC, KIRBY HILL ASSOCIATES, LLC, BARNES FAMILY RANCH CORPORATION, LAMBIE RANCH CORPORATION, KIRBY HILL CORPORATION, KIRK BEEBE and SUSAN BEEBE FURAY

*Additional appearances of counsel on next page*

LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
ABRAHAM A. TABAIE (SBN 260727)
abraham.tabaie@skadden.com
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for Plaintiff
FLANNERY ASSOCIATES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLANNERY ASSOCIATES LLC, | Case No. 2:23-CV-00927-TLN-AC |
|           Plaintiff, | **JOINT NOTICE OF SETTLEMENT REGARDING BLK DEFENDANTS AND MOTION FOR STAY** |
|       v. | |
| BARNES FAMILY RANCH ASSOCIATES, LLC, et al., | |
|           Defendants. | |

1

| | |
|---|---|
| DAVID J. BOWIE (CA SBN 50167)<br>dave@bowieschafferlaw.com<br>BOWIE & SCHAFFER<br>2255 Contra Costa Blvd, Suite 305<br>Pleasant Hill, California 94523<br>Telephone:   925.939.5300<br>Facsimile:    925.609.9670<br><br>Attorney for Defendants<br>BARNES FAMILY RANCH ASSOCIATES, LLC, LAMBIE RANCH ASSOCIATES, LLC, KIRBY HILL ASSOCIATES, LLC, BARNES FAMILY RANCH CORPORATION, LAMBIE RANCH CORPORATION, KIRBY HILL CORPORATION, KIRK BEEBE and SUSAN BEEBE FURAY, MURRAY BANKHEAD (individually and as trustee for the Baumbach Family Trust), and MICHAEL RICE (individually and as trustee for the Rice Family) | JAMES R. LANCE (CA SBN 147713)<br>jlance@noonanlance.com<br>NOONAN LANCE BOYER & BANACH LLP<br>701 Island Avenue, Suite 400<br>San Diego, CA 92101<br>Telephone: 619-557-4416<br><br>Attorney for Defendant MURRAY BANKHEAD (individually and as trustee for the Baumbach Family Trust) |

1    Pursuant to Local Rule 160(a), Plaintiff Flannery Associates LLC ("Flannery") and
2 Defendants Barnes Family Ranch Associates, LLC, Lambie Ranch Associates, LLC, Kirby Hill
3 Associates, LLC, Barnes Family Ranch Corporation, Lambie Ranch Corporation, Kirby Hill
4 Corporation, Kirk Beebe, Susan Beebe Furay, Murray Bankhead (individually and as trustee for
5 the Baumbach Family Trust), and Michael Rice (individually and as a trustee for the Rice Family
6 Trust) (collectively, the "BLK Defendants"), hereby notify the Court that they have reached a
7 contingent agreement to settle Flannery's claims against BLK Defendants.
8    In order to avoid unnecessary litigation, expense, and burden on the parties and the Court,
9 Flannery and BLK Defendants respectfully request that the Court stay all proceedings and
10 deadlines relating to Flannery's claims against BLK Defendants, including BLK Defendants' July
11 11, 2023 deadline to respond to the complaint, while the parties finalize their settlement.
12    The parties anticipate that their settlement, which includes the purchase and sale of the
13 BLK Properties (as defined in the complaint), will be finalized by no later than October 17, 2023.
14 Within three days after the settlement is finalized, Flannery will dismiss with prejudice all of its
15 claims against BLK Defendants. In the unlikely event that the parties do not finalize their
16 settlement, the parties will promptly notify the Court.
17    Thus, for the reasons explained above, the parties jointly request that the Court stay all
18 deadlines relating to Flannery's claims against BLK Defendants until October 20, 2023.

| | | |
|---|---|---|
| 1 | Dated: July 6, 2023 | MORRISON & FOERSTER LLP |

By: */s/ Eliot Adelson*
ELIOT A. ADELSON (CA SBN 205284)
EAdelson@mofo.com
MARGARET A. WEBB (CA SBN 319269)
MWebb@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California  94105-2482

Attorneys for Defendants
BARNES FAMILY RANCH ASSOCIATES, LLC, LAMBIE RANCH ASSOCAITES, LLC, KIRBY HILL ASSOCIATES, LLC, BARNES FAMILY RANCH CORPORATION, LAMBIE RANCH CORPORATION, KIRBY HILL CORPORATION, KIRK BEEBE and SUSAN BEEBE FURAY

Dated: July 6, 2023    BOWIE & SCHAFFER

By: */s/ David J. Bowie*
DAVID J. BOWIE (CA SBN 50167)
dave@bowieschafferlaw.com
BOWIE & SCHAFFER
2255 Contra Costa Blvd, Suite 305
Pleasant Hill, California 9452
Attorney for Defendants
BARNES FAMILY RANCH ASSOCIATES, LLC, LAMBIE RANCH ASSOCAITES, LLC, KIRBY HILL ASSOCIATES, LLC, BARNES FAMILY RANCH CORPORATION, LAMBIE RANCH CORPORATION, KIRBY HILL CORPORATION, KIRK BEEBE and SUSAN BEEBE FURAY, MURRAY BANKHEAD (individually and as trustee for the Baumbach Family Trust), and MICHAEL RICE (individually and as trustee for the Rice Family)

| | | |
|---|---|---|
| 1 | Dated:  July 6, 2023 | NOONAN LANCE BOYER & BANACH LLP |
| 3 | | By:  /s/ James R. Lance |
| 4 | | JAMES R. LANCE (CA SBN 147713) |
| | | jlance@noonanlance.com |
| | | NOONAN LANCE BOYER & BANACH LLP |
| 5 | | 701 Island Avenue, Suite 400 |
| | | San Diego, CA 92101 |
| 6 | | Telephone: 619-557-4416 |
| 7 | | Attorney for Defendant MURRAY BANKHEAD (individually and as trustee for the Baumbach |
| 8 | | Family Trust) |
| 9 | Dated:  July 6, 2023 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 11 | | By:  /s/ Abraham A. Tabaie |
| 12 | | ABRAHAM A. TABAIE (SBN 260727) |
| | | abraham.tabaie@skadden.com |
| 13 | | SKADDEN, ARPS, SLATE, |
| | | MEAGHER & FLOM LLP |
| 14 | | 525 University Avenue |
| | | Palo Alto, California 94301 |
| 15 | | Attorney for Plaintiff |
| 16 | | FLANNERY ASSOCIATES LLC |

5

JOINT NOTICE OF SETTLEMENT                                                         CASE NO. 2:23-CV-00927-TLN-AC
AND MOTION TO STAY