UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FLANNERY ASSOCIATES LLC,

          Plaintiff,

     v.

BARNES FAMILY RANCH ASSOCIATES,
LLC, et al.,

          Defendants.

Case No. 2:23-CV-00927-TLN-AC

**[PROPOSED] ORDER GRANTING
JOINT MOTION FOR STAY
REGARDING BLK DEFENDANTS**

Pursuant to the parties' Joint Notice of Settlement Regarding BLK Defendants and Motion for Stay, the Court hereby orders as follows:

1.     All pending deadlines in this case are STAYED as to Defendants Barnes Family Ranch Associates, LLC, Lambie Ranch Associates, LLC, Kirby Hill Associates, LLC, Barnes Family Ranch Corporation, Lambie Ranch Corporation, Kirby Hill Corporation, Kirk Beebe, Susan Beebe Furay, Murray Bankhead (individually and as trustee for the Baumbach Family Trust), and Michael Rice (individually and as a trustee for the Rice Family Trust) (collectively, the "BLK Defendants"), including BLK Defendants' July 11, 2023 deadline to respond to the complaint;

2.     The stay relating to BLK Defendants shall remain in effect until October 20, 2023, given the parties' expectation that their settlement will be finalized by no later than October 17, 2023; and

3.     On or before October 20, 2023, either:

    (a)     Plaintiff Flannery Associates LLC shall file a dismissal of its claims against BLK Defendants in this lawsuit with prejudice; or

    (b)     If the pending settlement is not finalized, the parties shall request a telephonic hearing to reset the remaining deadlines and hearing dates in this matter.

    IT IS SO ORDERED.

1  DATED:  July ___, 2023

2  _____

   HONORABLE TROY L. NUNLEY

   United States District Judge