MATTHEW M. MARTINO (*pro hac vice*)
matthew.martino@skadden.com
MICHAEL H. MENITOVE (*pro hac vice*)
michael.menitove@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (917) 777-3000

LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
ABRAHAM A. TABAIE (SBN 260727)
abraham.tabaie@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Attorneys for Plaintiff*
FLANNERY ASSOCIATES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Flannery Associates LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Barnes Family Ranch Associates, LLC, et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-00927-TLN-AC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

1

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that the following attorney is no longer counsel of record in this action, and is hereby withdrawn in the above-captioned case as counsel for Plaintiff Flannery Associates LLC ("Plaintiff").

> Abraham A. Tabaie
> Skadden, Arps, Slate, Meagher & Flom LLP
> 525 University Ave.
> Palo Alto, CA 94301

Plaintiff respectfully requests that the above counsel be removed from all notification of any documents filed by or with this Court in the above-captioned case. All other counsel at Skadden, Arps, Slate, Meagher & Flom LLP who have appeared in this matter shall remain as counsel of record for Plaintiff Flannery Associates LLC.

DATED: July 17, 2023             SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____*/s/ Lance A. Etcheverry*_____
    Lance A. Etcheverry
    *Attorney for Plaintiff*
    *Flannery Associates LLC*