MATTHEW M. MARTINO (*pro hac vice*)
matthew.martino@skadden.com
MICHAEL H. MENITOVE (*pro hac vice*)
michael.menitove@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (917) 777-3000

LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Attorneys for Plaintiff*
*FLANNERY ASSOCIATES LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Flannery Associates LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>Barnes Family Ranch Associates, LLC, *et al.*,<br><br>  Defendants. | Case No. 2:23-cv-00927-TLN-AC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST BLK DEFENDANTS** |

Pursuant to the Joint Notice of Settlement dated July 6, 2023 (ECF No. 76) and the Minute Order dated July 7, 2023 (ECF No. 77), Plaintiff Flannery Associates LLC ("Flannery") hereby notifies the Court that Flannery has finalized its settlement with Defendants Barnes Family Ranch Associates, LLC, Lambie Ranch Associates, LLC, Kirby Hill Associates, LLC, Barnes Family Ranch Corporation, Lambie Ranch Corporation, Kirby Hill Corporation, Kirk Beebe, Susan Beebe Furay, Murray Bankhead (individually and as trustee for the Baumbach Family Trust), and Michael Rice (individually and as a trustee for the Rice Family Trust) (collectively, the "BLK Defendants").

Accordingly, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Flannery voluntarily dismisses with prejudice its claims against the BLK Defendants, who have

1 | neither answered Flannery's complaint nor filed a motion for summary judgment.

3 | DATED:  October 17, 2023           SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ *Michael H. Menitove*_____
   Michael H. Menitove
   *Attorney for Plaintiff*
   *Flannery Associates LLC*