C. Matthew Gaebe, SBN 263240
Thomas E. Hornburg, SBN201324
William N. Hannah, SBN 293121
HOUK & HORNBURG, INC.
206 S. Mooney Blvd.
Visalia, California 93291
Telephone: 559/733-1065
Facsimile: 559/733-7226

Attorneys for Defendant Richard Anderson, (Individually and as Trustee of the REA Properties Trust)

BUCHALTER
A Professional Corporation
KEVIN T. COLLINS (SBN: 185427)
ADAM SMITH (SBN: 322035)
NATALIYA SHTEVNINA (SBN: 339094)
500 Capitol Mall, Suite 1900
Sacramento, CA 95814
Telephone: 916.945.5170
Email: kcollins@buchalter.com
       apsmith@buchalter.com
       nshtevnina@buchalter.com

Attorneys for Defendants
Ned Anderson (individually and as trustee of the Ned Kirby Anderson Trust), Neil Anderson, Glenn Anderson, Janet Blegen (individually and as trustee of the Janet Elizabeth Blegen Separate Property Trust), Robert Anderson (individually and as trustee of the Robert Todd Anderson Living Trust), Stan Anderson, Lynne Mahre, Sharon Totman, Amber Bauman and Christopher Wycoff

HOGE, FENTON, JONES & APPEL, INC.
STEVEN J. KAHN
ALEXANDER H. RAMON
6801 Koll Center Parkway, Suite 210
Pleasanton, CA 94566
Telephone: (925) 224-7780
steven.kahn@hogefenton.com
alex.ramon@hogefenton.com

Attorneys for Defendant
Ronald Gurule (individually and as trustee of the Ronald Gurule 2013 Family Trust)

DAVIS WRIGHT TREMAINE LLP
ALLISON A. DAVIS
SANJAY M. NANGIA
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
allisondavis@dwt.com
sanjaynangia@dwt.com

Attorneys for Defendant
WILLIAM DIETRICH
(individually and as trustee of the Child's Trust FBO William C. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich)

///

///

Case No. 2:23-cv-00927-TLN-AC

DEFENDANTS' MOTION FOR PROTECTIVE ORDER

| | |
|---|---|
| RIMON, P.C.<br>GABRIEL G. GREGG (SBN 187333)<br>gabriel.gregg@rimonlaw.com<br>800 Oak Grove Avenue, Suite 250<br>Menlo Park, California 94025<br>Telephone: 650.461.4433<br>Facsimile: 650.461.4433<br><br>Attorneys for the<br>MAHONEY DEFENDANTS | ROPERS MAJESKI PC<br>MICHAEL J. IOANNOU (SBN: 95208)<br>DAVID B. DRAPER (SBN: 107790)<br>KEVIN W. ISAACSON (SBN: 281067)<br>333 West Santa Clara St., Suite 910<br>San Jose CA 95113<br>Telephone: (650) 814 5987<br>david.draper@ropers.com<br>Attorneys for Defendants<br>Paul Dietrich (individually and as trustee of the Child's Trust FBO Paul S. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich; John Alsop (individually and as trustee of the John G. Alsop Living Trust), Nancy Roberts (individually and as trustee of the Nancy C. Roberts Living Trust), Janet Zanardi (individually and as trustee of Trust A under the Zanardi Revocable Trust) |

GLYNN, FINLEY, MORTL,
HANLON & FRIEDENBERG, LLP
CLEMENT L. GLYNN, Bar No. 57117
cglynn@glynnfinley.com
ADAM FRIEDENBERG, Bar No. 205778
afriedenberg@glynnfinley.com
ROBERT C. PHELPS, Bar No. 106666
bphelps@glynnfinley.com
MORGAN K. LOPEZ, Bar No. 215513
mlopez@glynnfinley.com
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

Attorneys for Defendants Ian Anderson (Individually and as Trustee of the Ian and Margaret Anderson Family Trust), Margaret Anderson (Individually and as Trustee of the Ian and Margaret Anderson Family Trust), Neil Anderson, and Maryn Anderson

///

///

CASE NO. 2:23-cv-00927-TLN-AC

DEFENDANTS' MOTION FOR PROTECTIVE ORDER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLANNERY ASSOCIATES LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BARNES FAMILY RANCH ASSOCIATES, LLC, LAMBIE RANCH ASSOCIATES, LLC, KIRBY HILL ASSOCIATES, LLC, BARNES FAMILY RANCH CORPORATION, LAMBIE RANCH CORPORATION, KIRBY HILL CORPORATION, KIRK BEEBE, SUSAN BEEBE FURAY, MURRAY BANKHEAD (INDIVIDUALLY AND AS TRUSTEE FOR THE BAUMBACH FAMILY TRUST), MICHAEL RICE (INDIVIDUALLY AND AS TRUSTEE FOR THE RICE FAMILY TRUST); CHRISTINE MAHONEY LIMITED PARTNERSHIP, CHRISTINE MAHONEY LIMITED PARTNERSHIP MANAGEMENT COMPANY, EMIGH LAND LP, EL GENERAL PARTNER, LLC, CHRISTINE MAHONEY (INDIVIDUALLY AND AS TRUSTEE OF THE MAHONEY 2005 FAMILY TRUST), DANIEL MAHONEY (INDIVIDUALLY AND AS TRUSTEE OF THE MAHONEY 2005 FAMILY TRUST); IAN ANDERSON (INDIVIDUALLY AND AS TRUSTEE OF THE IAN AND MARGARET ANDERSON FAMILY TRUST), MARGARET ANDERSON (INDIVIDUALLY AND AS TRUSTEE OF THE IAN AND MARGARET ANDERSON FAMILY TRUST), NEIL ANDERSON, MARYN ANDERSON, WILLIAM DIETRICH (INDIVIDUALLY AND AS TRUSTEE OF THE CHILD'S TRUST FBO WILLIAM C. DIETRICH, A SUBTRUST UNDER THE TRUST OF WILLIAM C. DIETRICH AND IVANNA S. DIETRICH), PAUL DIETRICH (INDIVIDUALLY AND AS TRUSTEE OF THE CHILD'S TRUST FBO PAUL S. DIETRICH, A SUBTRUST UNDER THE TRUST OF WILLIAM C. DIETRICH AND IVANNA S. DIETRICH), JOHN ALSOP (INDIVIDUALLY AND AS TRUSTEE OF THE JOHN G. ALSOP LIVING TRUST), NANCY ROBERTS (INDIVIDUALLY AND AS TRUSTEE OF THE NANCY C. ROBERTS LIVING TRUST), JANET ZANARDI (INDIVIDUALLY AND AS TRUSTEE OF | Case No. 2:23-CV-00927-TLN-AC<br><br>**DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION FOR A PROTECTIVE ORDER PURSUANT TO FED. R. CIV. P. 26**<br><br>**Date:** December 6, 2023<br>**Time:** 10 a.m.<br>**Dept.:** Courtroom 26, 8th Floor<br>**Before:** Hon. Allison Claire<br><br>Trial Date: None Set |

| | |
|---|---|
| 1 | TRUST A UNDER THE ZANARDI REVOCABLE TRUST), RONALD GURULE (INDIVIDUALLY AND AS TRUSTEE OF THE RONALD GURULE 2013 FAMILY TRUST), RICHARD ANDERSON (INDIVIDUALLY AND AS TRUSTEE OF THE REA PROPERTIES TRUST), DAVID ANDERSON (INDIVIDUALLY AND AS TRUSTEE OF THE IRWIN E. ANDERSON SURVIVOR'S TRUST), DEBORAH WORKMAN (INDIVIDUALLY AND AS TRUSTEE OF THE IRWIN E. ANDERSON SURVIVOR'S TRUST), CAROL HOFFMAN (INDIVIDUALLY AND AS TRUSTEE OF THE IRWIN E. ANDERSON SURVIVOR'S TRUST), NED ANDERSON (INDIVIDUALLY AND AS TRUSTEE OF THE NED KIRBY ANDERSON TRUST), NEIL ANDERSON, GLENN ANDERSON, JANET BLEGEN (INDIVIDUALLY AND AS TRUSTEE OF THE JANET ELIZABETH BLEGEN SEPARATE PROPERTY TRUST), ROBERT ANDERSON (INDIVIDUALLY AND AS TRUSTEE OF THE ROBERT TODD ANDERSON LIVING TRUST), STAN ANDERSON, LYNNE MAHRE, SHARON TOTMAN, AMBER BAUMAN, CHRISTOPHER WYCOFF; AND JOHN DOES 1-50,<br><br>                     Defendants. |

**TO FLANNERY ASSOCIATES LLC AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 6, 2023 at 10 a.m., or as soon thereafter as the matter may be heard by the Honorable Allison Claire, in Courtroom 26 on the 8th floor of the U.S. District Court for the Eastern District of California, Sacramento Division, 501 I Street, Sacramento, California 95814, defendants Christine Mahoney Limited Partnership, Christine Mahoney Limited Partnership Management Company, Emigh Land LP, El General Partner, LLC, Christine Mahoney (individually and as trustee of the Mahoney 2005 Family Trust), Daniel Mahoney (individually and as trustee of the Mahoney 2005 Family Trust, Ian Anderson (individually and as trustee of the Ian and Margaret Anderson Family Trust); Margaret Anderson (individually and as trustee of the Ian and Margaret Anderson Family Trust), Neil Anderson, Maryn Anderson, William Dietrich (individually and as trustee of the Child's Trust FBO William C. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich), Paul Dietrich (individually and as trustee of the Child's Trust FBO Paul S. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich), John Alsop (individually and as trustee of the John G. Alsop Living Trust), Nancy Roberts (individually and as trustee of the Nancy C. Roberts Living Trust), Janet Zanardi (individually and as trustee of Trust A under the Zanardi Revocable Trust), Ronald Gurule (individually and as trustee of the Ronald Gurule 2013 Family Trust), Ned Anderson (individually and as trustee of the Ned Kirby Anderson Trust), Neil Anderson, Glenn Anderson, Janet Blegen (individually and as trustee of the Janet Elizabeth Blegen Separate Property Trust), Robert Anderson (individually and as trustee of the Robert Todd Anderson Living Trust), Stan Anderson, Lynne Mahre, Sharon Totman, Amber Bauman, Christopher Wycoff ("Defendants"), and Richard Anderson (Individually and as Trustee of the REA Properties Trust), will and hereby do move this Court under Federal Rule of Civil Procedure 26(c) and Local Rule 251 for a protective order relieving them of the obligation to respond to Plaintiff's Requests for Production of Documents pending resolution of Defendants' motion to dismiss filed July 11, 2023 (ECF No. 78).

As Defendants will demonstrate in their Joint Statement re Discovery Disagreement ("Joint Statement") all discovery should be stayed pending Defendants' dispositive Motion to Dismiss.

*See Pac. Lumber Co. v. Nat'l Union Fire Ins. Co. of Pittsburgh, PA*, 220 F.R.D. 349, 352 (N.D. Cal. 2003) (discovery may be stayed pending a dispositive motion if the "pending motion is potentially dispositive of the entire case, or at least dispositive on the issue at which the discovery is directed . . . and the pending dispositive motion can be decided absent additional discovery.") Furthermore, the Court should issue a protective order to protect Defendants from the annoyance, embarrassment, oppression, undue burden or expense associated with the discovery served by Plaintiff to date. Both the burden and expense of such discovery outweighs its likely benefit. Fed R. Civ. P. 26(b)(2)(C).

      This motion is based upon this notice and motion; the parties Joint Statement that will be filed not later than 14 days prior to the hearing date, as well as the pleadings, records, and files in this action and any other matters that may properly come before this Court.

Dated:  October 18, 2023

          HOUK & HORNBURG, INC.
          WILLIAM N. HANNAH
          C. MATTHEW GAEBE
          206 S. Mooney Blvd.
          Visalia, CA  93291

          By     /s/
          (*as authorized on October 18, 2023*)
          Attorneys for Defendant Richard Anderson, (Individually and as Trustee of the REA Properties Trust)

Dated:  October 18, 2023

          GLYNN, FINLEY, MORTL,
          HANLON & FRIEDENBERG, LLP
          CLEMENT L. GLYNN
          ADAM FRIEDENBERG
          ROBERT C. PHELPS
          MORGAN K. LOPEZ
          One Walnut Creek Center
          100 Pringle Avenue, Suite 500
          Walnut Creek, CA  94596

          By     /s/
          (*as authorized on October 18, 2023*)
          Attorneys for Defendants Ian Anderson (Individually and as Trustee of the Ian and Margaret Anderson Family Trust), Margaret Anderson (Individually and as

Trustee of the Ian and Margaret Anderson Family Trust), Neil Anderson, and Maryn Anderson

Dated: October 18, 2023

DAVIS WRIGHT TREMAINE LLP
ALLISON A. DAVIS
SANJAY M. NANGIA
50 California Street, 23rd Floor
San Francisco, CA 94111

By: /s/Allison A. Davis
(*as authorized on October 18, 2023*)
Attorneys for Defendant
WILLIAM DIETRICH
(individually and as trustee of the Child's Trust FBO William C. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich)

Dated: October 18, 2023

BUCHALTER
KEVIN T. COLLINS
PHILLIP CHAN
ADAM SMITH
NATALIYA SHTEVNINA
A Professional Corporation
500 Capitol Mall, Suite 1900
Sacramento, CA  95814

By   /s/ Kevin T. Collins
(*as authorized on October 18, 2023*)
Attorneys for Defendants
Ned Anderson (individually and as trustee of the Ned Kirby Anderson Trust), Neil Anderson, Glenn Anderson, Janet Blegen (individually and as trustee of the Janet Elizabeth Blegen Separate Property Trust), Robert Anderson (individually and as trustee of the Robert Todd Anderson Living Trust), Stan Anderson, Lynne Mahre, Sharon Totman, Amber Bauman and Christopher Wycoff

Dated: October 18, 2023

RIMON, P.C.
GABRIEL G. GREGG
A Professional Corporation
800 Oak Grove Avenue, Suite 250
Menlo Park, California 94025

By   /s/
(*as authorized on October 18, 2023*)
Attorneys for the Mahoney Defendants

Dated: October 18, 2023

HOGE FENTON JONES & APPEL INC.
STEVEN J. KAHN
ALEXANDER H. RAMON

By   /s/
(*as authorized on October 18, 2023*)
Attorneys for Defendant Ronald Gurule (individually and as trustee of the Ronald Gurule 2013 Family Trust)

Dated: October 18, 2023

ROPERS MAJESKI PC
MICHAEL J. IOANNOU (SBN: 95208)
DAVID B. DRAPER (SBN: 107790)
KEVIN W. ISAACSON (SBN: 281067)
333 West Santa Clara St., Suite 910
San Jose CA 95113

By   /s/
(*as authorized on October 18, 2023*)
Attorneys for Paul Dietrich (individually and as trustee of the Child's Trust FBO Paul S. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich; John Alsop (individually and as trustee of the John G. Alsop Living Trust), Nancy Roberts (individually and as trustee of the Nancy C. Roberts Living Trust), Janet Zanardi (individually and as trustee of Trust A under the Zanardi Revocable Trust)

## ATTESTATION

I, William N. Hannah, attest that for all conformed signatures indicated by a "/s/," the signatory has concurred in the filing of this document.

DATED: October 18, 2023

  /s/
(as authorized on October 18, 2023)
WILLIAM N. HANNAH