# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Flannery Associates LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:23-cv-00927-TLN-AC |
| Barnes Family Ranch Associates, LLC, et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Paul Dietrich (individually and as trustee of the Child's Trust FBO Paul S. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich; John Alsop (individually and as trustee of the John G. Alsop Living Trust); Nancy Roberts (individually and as trustee of the Nancy C. Roberts Living Trust); and Janet Zanardi (individually and as trustee of Trust A under the Zanardi Revocable Trust)

Date: October 23, 2023

*/s/ David B. Draper*
*Attorney's signature*

David B. Draper SBN 107790
*Printed name and bar number*

Ropers Majeski PC
333 W. Santa Clara Street, Suite 910
San Jose, CA  95113
*Address*

david.draper@ropers.com
*E-mail address*

(408) 287-6262
*Telephone number*

(408) 918-4501
*FAX number*