1

BUCHALTER
A Professional Corporation
KEVIN T. COLLINS (SBN: 185427)
ADAM SMITH (SBN: 322035)
NATALIYA SHTEVNINA (SBN: 339094)
500 Capitol Mall, Suite 1900
Sacramento, CA 95814
Telephone: 916.945.5170
Email: kcollins@buchalter.com
        apsmith@buchalter.com
        nshtevnina@buchalter.com

2

3

4

5

6

7

Attorneys for Defendants
Ned Anderson (individually and as trustee of the Ned Kirby Anderson Trust), Neil Anderson, Glenn Anderson, Janet Blegen (individually and as trustee of the Janet Elizabeth Blegen Separate Property Trust), Robert Anderson (individually and as trustee of the Robert Todd Anderson Living Trust), Stan Anderson, Lynne Mahre, Sharon Totman, Amber Bauman and Christopher Wycoff

8

9

10

11

C. Matthew Gaebe, SBN 263240
Thomas E. Hornburg, SBN201324
William N. Hannah, SBN 293121
HOUK & HORNBURG, INC.
206 S. Mooney Blvd.
Visalia, California 93291
Telephone: 559/733-1065
Facsimile: 559/733-7226

Attorneys for Defendant Richard Anderson, (Individually and as Trustee of the REA Properties Trust)

HOGE, FENTON, JONES & APPEL, INC.
STEVEN J. KAHN
ALEXANDER H. RAMON
6801 Koll Center Parkway, Suite 210
Pleasanton, CA 94566
Telephone: (925) 224-7780
steven.kahn@hogefenton.com
alex.ramon@hogefenton.com

Attorneys for Defendant
Ronald Gurule (individually and as trustee of the Ronald Gurule 2013 Family Trust)

DAVIS WRIGHT TREMAINE LLP
ALLISON A. DAVIS
SANJAY M. NANGIA
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
allisondavis@dwt.com
sanjaynangia@dwt.com

Attorneys for Defendant
William C. Dietrich
(individually and as trustee of the Child's Trust FBO William C. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

///

26

///

27

28

DEFENDANTS' JOINT AMENDED MOTION FOR PROTECTIVE ORDER

RIMON, P.C.
GABRIEL G. GREGG (SBN 187333)
gabriel.gregg@rimonlaw.com
800 Oak Grove Avenue, Suite 250
Menlo Park, California 94025
Telephone: 650.461.4433
Facsimile: 650.461.4433

Attorneys for the
MAHONEY DEFENDANTS

ROPERS MAJESKI PC
MICHAEL J. IOANNOU (SBN: 95208)
DAVID B. DRAPER (SBN: 107790)
KEVIN W. ISAACSON (SBN: 281067)
333 West Santa Clara St., Suite 910
San Jose CA 95113
Telephone: (650) 814 5987
david.draper@ropers.com
Attorneys for Defendants
Paul Dietrich (individually and as trustee of the
Child's Trust FBO Paul S. Dietrich, a subtrust
under the Trust of William C. Dietrich and
Ivanna S. Dietrich; John Alsop (individually
and as trustee of the John G. Alsop Living
Trust), Nancy Roberts (individually and as
trustee of the Nancy C. Roberts Living Trust),
Janet Zanardi (individually and as trustee of
Trust A under the Zanardi Revocable Trust)

GLYNN, FINLEY, MORTL,
HANLON & FRIEDENBERG, LLP
CLEMENT L. GLYNN, Bar No. 57117
cglynn@glynnfinley.com
ADAM FRIEDENBERG, Bar No. 205778
afriedenberg@glynnfinley.com
ROBERT C. PHELPS, Bar No. 106666
bphelps@glynnfinley.com
MORGAN K. LOPEZ, Bar No. 215513
mlopez@glynnfinley.com
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

Attorneys for Defendants Ian Anderson
(Individually and as Trustee of the Ian and
Margaret Anderson Family Trust), Margaret
Anderson (Individually and as Trustee of the
Ian
and Margaret Anderson Family Trust), Neil
Anderson, and Maryn Anderson

///

///

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLANNERY ASSOCIATES LLC, | **Case No. 2:23-CV-00927-TLN-AC** |
| Plaintiff, | **DEFENDANTS' JOINT AMENDED NOTICE OF MOTION, REQUEST FOR INFORMAL TELEPHONIC DISCOVERY CONFERENCE, AND MOTION FOR A PROTECTIVE ORDER PURSUANT TO FED. R. CIV. P. 26** |
| vs. | |
| BARNES FAMILY RANCH ASSOCIATES, LLC, LAMBIE RANCH ASSOCIATES, LLC, KIRBY HILL ASSOCIATES, LLC, BARNES FAMILY RANCH CORPORATION, LAMBIE RANCH CORPORATION, KIRBY HILL CORPORATION, KIRK BEEBE, SUSAN BEEBE FURAY, MURRAY BANKHEAD (INDIVIDUALLY AND AS TRUSTEE FOR THE BAUMBACH FAMILY TRUST), MICHAEL RICE (INDIVIDUALLY AND AS TRUSTEE FOR THE RICE FAMILY TRUST); CHRISTINE MAHONEY LIMITED PARTNERSHIP, CHRISTINE MAHONEY LIMITED PARTNERSHIP MANAGEMENT COMPANY, EMIGH LAND LP, EL GENERAL PARTNER, LLC, CHRISTINE MAHONEY (INDIVIDUALLY AND AS TRUSTEE OF THE MAHONEY 2005 FAMILY TRUST), DANIEL MAHONEY (INDIVIDUALLY AND AS TRUSTEE OF THE MAHONEY 2005 FAMILY TRUST); IAN ANDERSON (INDIVIDUALLY AND AS TRUSTEE OF THE IAN AND MARGARET ANDERSON FAMILY TRUST), MARGARET ANDERSON (INDIVIDUALLY AND AS TRUSTEE OF THE IAN AND MARGARET ANDERSON FAMILY TRUST), NEIL ANDERSON, MARYN ANDERSON, WILLIAM DIETRICH (INDIVIDUALLY AND AS TRUSTEE OF THE CHILD'S TRUST FBO WILLIAM C. DIETRICH, A SUBTRUST UNDER THE TRUST OF WILLIAM C. DIETRICH AND IVANNA S. DIETRICH), PAUL DIETRICH (INDIVIDUALLY AND AS TRUSTEE OF THE CHILD'S TRUST FBO PAUL S. DIETRICH, A SUBTRUST UNDER THE TRUST OF WILLIAM C. DIETRICH AND IVANNA S. DIETRICH), JOHN ALSOP (INDIVIDUALLY AND AS TRUSTEE OF THE JOHN G. ALSOP LIVING TRUST), NANCY ROBERTS (INDIVIDUALLY AND AS TRUSTEE OF THE NANCY C. ROBERTS LIVING TRUST), JANET ZANARDI (INDIVIDUALLY AND AS TRUSTEE OF | **Date:**      **December 20, 2023**<br>**Time:**      **10 a.m.**<br>**Dept.:**      Courtroom 26, 8th Floor<br>**Before:**   Hon. Allison Claire<br><br>Trial Date:   None Set |

TRUST A UNDER THE ZANARDI
REVOCABLE TRUST), RONALD GURULE
(INDIVIDUALLY AND AS TRUSTEE OF
THE RONALD GURULE 2013 FAMILY
TRUST), RICHARD ANDERSON
(INDIVIDUALLY AND AS TRUSTEE OF
THE REA PROPERTIES TRUST), DAVID
ANDERSON (INDIVIDUALLY AND AS
TRUSTEE OF THE IRWIN E. ANDERSON
SURVIVOR'S TRUST), DEBORAH
WORKMAN (INDIVIDUALLY AND AS
TRUSTEE OF THE IRWIN E. ANDERSON
SURVIVOR'S TRUST), CAROL HOFFMAN
(INDIVIDUALLY AND AS TRUSTEE OF
THE IRWIN E. ANDERSON SURVIVOR'S
TRUST), NED ANDERSON (INDIVIDUALLY
AND AS TRUSTEE OF THE NED KIRBY
ANDERSON TRUST), NEIL ANDERSON,
GLENN ANDERSON, JANET BLEGEN
(INDIVIDUALLY AND AS TRUSTEE OF
THE JANET ELIZABETH BLEGEN
SEPARATE PROPERTY TRUST), ROBERT
ANDERSON (INDIVIDUALLY AND AS
TRUSTEE OF THE ROBERT TODD
ANDERSON LIVING TRUST), STAN
ANDERSON, LYNNE MAHRE, SHARON
TOTMAN, AMBER BAUMAN,
CHRISTOPHER WYCOFF;
AND JOHN DOES 1-50,

Defendants.

DEFENDANTS' JOINT AMENDED MOTION FOR PROTECTIVE ORDER

**TO FLANNERY ASSOCIATES LLC AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 20, 2023, at 10:00 a.m., or as soon thereafter as the matter may be heard by the Honorable Allison Claire, in Courtroom 26 on the 8th floor of the U.S. District Court for the Eastern District of California, Sacramento Division, 501 I Street, Sacramento, California 95814, Defendants Christine Mahoney Limited Partnership, Christine Mahoney Limited Partnership Management Company, Emigh Land LP, El General Partner, LLC, Christine Mahoney (individually and as trustee of the Mahoney 2005 Family Trust), Daniel Mahoney (individually and as trustee of the Mahoney 2005 Family Trust,  Ian Anderson (individually and as trustee of the Ian and Margaret Anderson Family Trust); Margaret Anderson (individually and as trustee of the Ian and Margaret Anderson Family Trust), Neil Anderson, Maryn Anderson, William Dietrich (individually and as trustee of the Child's Trust FBO William C. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich), Paul Dietrich (individually and as trustee of the Child's Trust FBO Paul S. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich), John Alsop (individually and as trustee of the John G. Alsop Living Trust), Nancy Roberts (individually and as trustee of the Nancy C. Roberts Living Trust), Janet Zanardi (individually and as trustee of Trust A under the Zanardi Revocable Trust), Ronald Gurule (individually and as trustee of the Ronald Gurule 2013 Family Trust), Ned Anderson (individually and as trustee of the Ned Kirby Anderson Trust), Neil Anderson, Glenn Anderson, Janet Blegen (individually and as trustee of the Janet Elizabeth Blegen Separate Property Trust), Robert Anderson (individually and as trustee of the Robert Todd Anderson Living Trust), Stan Anderson, Lynne Mahre, Sharon Totman, Amber Bauman, Christopher Wycoff, and Richard Anderson (Individually and as Trustee of the REA Properties Trust) ("Defendants"), will and hereby do move this Court under Federal Rule of Civil Procedure 26(c) and Local Rule 251 for a protective order (1) relieving them of the obligation to respond to Plaintiff's Requests for Production of Documents, and (2) staying all third-party discovery, pending resolution of the motion to dismiss filed July 11, 2023 (ECF No. 78).

Following extensive meet and confer between the parties, Plaintiff agreed to the filing of this amended notice so that the parties' joint statement could also address pending third-party

discovery - 11 subpoenas to former parties and third parties – which was served after Defendants had filed their initial motion.  Because the subpoenas' return date is before the stipulated hearing date on this motion, Defendants asked Plaintiff to agree to hold the third-party discovery in abeyance until the Court could hear and decide the motion.  Plaintiff refused to agree to this proposal, and also refused to stipulate to a joint telephonic conference with Judge Claire.  Notwithstanding Plaintiff's refusal to stipulate, Defendants respectfully request the opportunity to convene an informal telephonic conference in advance of December 11, which is the return date on the majority of the subpoenas.  Additionally, Defendants have filed herewith a declaration requesting oral argument on this motion so that an attorney with fewer than four years of experience may argue the motion.

As Defendants will demonstrate in their Joint Statement re Discovery Disagreement ("Joint Statement") all discovery should be stayed pending Defendants' dispositive Motion to Dismiss.  *See Pac. Lumber Co. v. Nat'l Union Fire Ins. Co. of Pittsburgh, PA*, 220 F.R.D. 349, 352 (N.D. Cal. 2003) (discovery may be stayed pending a dispositive motion if the "pending motion is potentially dispositive of the entire case, or at least dispositive on the issue at which the discovery is directed . . . and the pending dispositive motion can be decided absent additional discovery.")  Furthermore, the Court should issue a protective order to protect Defendants from the annoyance, embarrassment, oppression, undue burden or expense associated with the discovery served by Plaintiff to date, including third-party discovery to non-parties and parties that Plaintiff previously dismissed with prejudice.  Both the burden and expense of such discovery outweighs its likely benefit.  Fed R. Civ. P. 26(b)(2)(C).

DEFENDANTS' JOINT AMENDED MOTION FOR PROTECTIVE ORDER

This motion is based upon this amended notice and motion; the parties Joint Statement that will be filed not later than 14 days prior to the hearing date, as well as the pleadings, records, and files in this action and any other matters that may properly come before this Court.

Dated: November 21, 2023

BUCHALTER
KEVIN T. COLLINS
PHILLIP CHAN
ADAM SMITH
NATALIYA SHTEVNINA
A Professional Corporation
500 Capitol Mall, Suite 1900
Sacramento, CA  95814

By ___/s/ *Kevin T. Collins*___
  Attorneys for Defendants
  Ned Anderson (individually and as trustee of the Ned Kirby Anderson Trust), Neil Anderson, Glenn Anderson, Janet Blegen (individually and as trustee of the Janet Elizabeth Blegen Separate Property Trust), Robert Anderson (individually and as trustee of the Robert Todd Anderson Living Trust), Stan Anderson, Lynne Mahre, Sharon Totman, Amber Bauman and Christopher Wycoff

Dated:  November 21, 2023

HOUK & HORNBURG, INC.
WILLIAM N. HANNAH
C. MATTHEW GAEBE
206 S. Mooney Blvd.
Visalia, CA  93291

By ___/s/ *William N. Hannah*___
  (*authorized on November 21, 2023*)
  Attorneys for Defendant Richard Anderson, (Individually and as Trustee of the REA Properties Trust)

DEFENDANTS' JOINT AMENDED MOTION FOR PROTECTIVE ORDER

Dated:  November 21, 2023

GLYNN, FINLEY, MORTL,
HANLON & FRIEDENBERG, LLP
CLEMENT L. GLYNN
ADAM FRIEDENBERG
ROBERT C. PHELPS
MORGAN K. LOPEZ
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA  94596

By _____/s/ Morgan K. Lopez_____
(*authorized on November 21,2023*)
Attorneys for Defendants Ian Anderson
(Individually and as Trustee of the Ian and
Margaret Anderson Family Trust),
Margaret Anderson (Individually and as
Trustee of the Ian and Margaret Anderson
Family Trust), Neil Anderson, and Maryn
Anderson

Dated: November 21, 2023

DAVIS WRIGHT TREMAINE LLP
ALLISON A. DAVIS
SANJAY M. NANGIA
50 California Street, 23rd Floor
San Francisco, CA 94111

By: */s/Allison A. Davis*_____
(*authorized on November 21, 2023*)
Attorneys for Defendant
WILLIAM DIETRICH
(individually and as trustee of the Child's
Trust FBO William C. Dietrich, a subtrust
under the Trust of William C. Dietrich and
Ivanna S. Dietrich)

Dated: November 21, 2023

RIMON, P.C.
GABRIEL G. GREGG
A Professional Corporation
800 Oak Grove Avenue, Suite 250
Menlo Park, California 94025

By _____/s/ Gabriel G. Gregg_____
(*authorized on November 21, 2023*)
Attorneys for the Mahoney Defendants

Dated:  November 21, 2023

HOGE FENTON JONES & APPEL INC.
STEVEN J. KAHN
ALEXANDER H. RAMON

By _____/s/ *Steven J. Kahn*_____
(*authorized on November 21, 2023*)
Attorneys for Defendant Ronald Gurule
(individually and as trustee of the Ronald
Gurule 2013 Family Trust)

Dated:  November 21, 2023

ROPERS MAJESKI PC
MICHAEL J. IOANNOU (SBN: 95208)
DAVID B. DRAPER (SBN: 107790)
KEVIN W. ISAACSON (SBN: 281067)
333 West Santa Clara St., Suite 910
San Jose CA 95113

By _____/s/ *David B. Draper*_____
(*authorized on November 21, 2023*)
Attorneys for Paul Dietrich (individually
and as trustee of the Child's Trust FBO Paul
S. Dietrich, a subtrust under the Trust of
William C. Dietrich and Ivanna S. Dietrich;
John Alsop (individually and as trustee of
the John G. Alsop Living Trust), Nancy
Roberts (individually and as trustee of the
Nancy C. Roberts Living Trust), Janet
Zanardi (individually and as trustee of Trust
A under the Zanardi Revocable Trust)

## ATTESTATION

I, Kevin T. Collins, attest that for all conformed signatures indicated by a "/s/," the signatory has concurred in the filing of this document.

DATED: November 21, 2023

_____/s/ *Kevin T. Collins*_____
KEVIN T. COLLINS