BUCHALTER
A Professional Corporation
KEVIN T. COLLINS (SBN: 185427)
ADAM SMITH (SBN: 322035)
NATALIYA SHTEVNINA (SBN: 339094)
500 Capitol Mall, Suite 1900
Sacramento, CA 95814
Telephone: 916.945.5170
Email: kcollins@buchalter.com
       apsmith@buchalter.com
       nshtevnina@buchalter.com

Attorneys for Defendants
Ned Anderson (individually and as trustee of the Ned Kirby Anderson Trust), Neil Anderson, Glenn Anderson, Janet Blegen (individually and as trustee of the Janet Elizabeth Blegen Separate Property Trust), Robert Anderson (individually and as trustee of the Robert Todd Anderson Living Trust), Stan Anderson, Lynne Mahre, Sharon Totman, Amber Bauman and Christopher Wycoff

C. Matthew Gaebe, SBN 263240
Thomas E. Hornburg, SBN 201324
William N. Hannah, SBN 293121
HOUK & HORNBURG, INC.
206 S. Mooney Blvd.
Visalia, California 93291
Telephone: 559/733-1065
Facsimile: 559/733-7226

Attorneys for Defendant Richard Anderson, (Individually and as Trustee of the REA Properties Trust)

HOGE, FENTON, JONES & APPEL, INC.
STEVEN J. KAHN
ALEXANDER H. RAMON
6801 Koll Center Parkway, Suite 210
Pleasanton, CA 94566
Telephone: (925) 224-7780
steven.kahn@hogefenton.com
alex.ramon@hogefenton.com

Attorneys for Defendant
Ronald Gurule (individually and as trustee of the Ronald Gurule 2013 Family Trust)

DAVIS WRIGHT TREMAINE LLP
ALLISON A. DAVIS
SANJAY M. NANGIA
50 California Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 276-6500
allisondavis@dwt.com
sanjaynangia@dwt.com

Attorneys for Defendant
William C. Dietrich
(individually and as trustee of the Child's Trust FBO William C. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich)

BN 79644119v1

1

**DECLARATION OF NATALIYA SHTEVNINA REQUESTING IN PERSON ORAL ARGUMENT IN SUPPORT OF DEFENDANTS' AMENDED MOTION FOR PROTECTIVE ORDER**

| | | |
|---|---|---|
| 1 | RIMON, P.C.<br>GABRIEL G. GREGG (SBN 187333) | ROPERS MAJESKI PC<br>MICHAEL J. IOANNOU (SBN: 95208) |
| 2 | gabriel.gregg@rimonlaw.com<br>800 Oak Grove Avenue, Suite 250 | DAVID B. DRAPER (SBN: 107790)<br>KEVIN W. ISAACSON (SBN: 281067) |
| 3 | Menlo Park, California 94025<br>Telephone: 650.461.4433 | 333 West Santa Clara St., Suite 910<br>San Jose CA 95113 |
| 4 | Facsimile: 650.461.4433 | Telephone: (650) 814 5987<br>david.draper@ropers.com |
| 5 | Attorneys for the<br>MAHONEY DEFENDANTS | Attorneys for Defendants<br>Paul Dietrich (individually and as trustee of the |
| 6 | | Child's Trust FBO Paul S. Dietrich, a subtrust<br>under the Trust of William C. Dietrich and |
| 7 | | Ivanna S. Dietrich; John Alsop (individually<br>and as trustee of the John G. Alsop Living |
| 8 | | Trust), Nancy Roberts (individually and as<br>trustee of the Nancy C. Roberts Living Trust), |
| 9 | | Janet Zanardi (individually and as trustee of<br>Trust A under the Zanardi Revocable Trust) |
| 10 | GLYNN, FINLEY, MORTL,<br>HANLON & FRIEDENBERG, LLP | |
| 11 | CLEMENT L. GLYNN, Bar No. 57117<br>cglynn@glynnfinley.com | |
| 12 | ADAM FRIEDENBERG, Bar No. 205778<br>afriedenberg@glynnfinley.com | |
| 13 | ROBERT C. PHELPS, Bar No. 106666<br>bphelps@glynnfinley.com | |
| 14 | MORGAN K. LOPEZ, Bar No. 215513<br>mlopez@glynnfinley.com | |
| 15 | One Walnut Creek Center<br>100 Pringle Avenue, Suite 500 | |
| 16 | Walnut Creek, CA 94596<br>Telephone: (925) 210-2800 | |
| 17 | Facsimile: (925) 945-1975 | |
| 18 | Attorneys for Defendants Ian Anderson<br>(Individually and as Trustee of the Ian and | |
| 19 | Margaret Anderson Family Trust), Margaret<br>Anderson (Individually and as Trustee of the | |
| 20 | Ian<br>and Margaret Anderson Family Trust), Neil | |
| 21 | Anderson, and Maryn Anderson | |
| 22 | /// | |
| 23 | /// | |

BUCHALTER<br>A PROFESSIONAL CORPORATION<br>SACRAMENTO

BN 79644119v1

2

**DECLARATION OF NATALIYA SHTEVNINA REQUESTING IN PERSON ORAL ARGUMENT IN SUPPORT OF DEFENDANTS' JOINT AMENDED MOTION FOR PROTECTIVE ORDER**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLANNERY ASSOCIATES LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BARNES FAMILY RANCH ASSOCIATES, LLC, LAMBIE RANCH ASSOCIATES, LLC, KIRBY HILL ASSOCIATES, LLC, BARNES FAMILY RANCH CORPORATION, LAMBIE RANCH CORPORATION, KIRBY HILL CORPORATION, KIRK BEEBE, SUSAN BEEBE FURAY, MURRAY BANKHEAD (INDIVIDUALLY AND AS TRUSTEE FOR THE BAUMBACH FAMILY TRUST), MICHAEL RICE (INDIVIDUALLY AND AS TRUSTEE FOR THE RICE FAMILY TRUST); CHRISTINE MAHONEY LIMITED PARTNERSHIP, CHRISTINE MAHONEY LIMITED PARTNERSHIP MANAGEMENT COMPANY, EMIGH LAND LP, EL GENERAL PARTNER, LLC, CHRISTINE MAHONEY (INDIVIDUALLY AND AS TRUSTEE OF THE MAHONEY 2005 FAMILY TRUST), DANIEL MAHONEY (INDIVIDUALLY AND AS TRUSTEE OF THE MAHONEY 2005 FAMILY TRUST); IAN ANDERSON (INDIVIDUALLY AND AS TRUSTEE OF THE IAN AND MARGARET ANDERSON FAMILY TRUST), MARGARET ANDERSON (INDIVIDUALLY AND AS TRUSTEE OF THE IAN AND MARGARET ANDERSON FAMILY TRUST), NEIL ANDERSON, MARYN ANDERSON, WILLIAM DIETRICH (INDIVIDUALLY AND AS TRUSTEE OF THE CHILD'S TRUST FBO WILLIAM C. DIETRICH, A SUBTRUST UNDER THE TRUST OF WILLIAM C. DIETRICH AND IVANNA S. DIETRICH), PAUL DIETRICH (INDIVIDUALLY AND AS TRUSTEE OF THE CHILD'S TRUST FBO PAUL S. DIETRICH, A SUBTRUST UNDER THE TRUST OF WILLIAM C. DIETRICH AND IVANNA S. DIETRICH), JOHN ALSOP (INDIVIDUALLY AND AS TRUSTEE OF THE JOHN G. ALSOP LIVING TRUST), | **Case No. 2:23-CV-00927-TLN-AC**<br><br>**DECLARATION OF NATALIYA SHTEVNINA REQUESTING IN PERSON ORAL ARGUMENT IN SUPPORT OF DEFENDANTS' JOINT AMENDED MOTION FOR PROTECTIVE ORDER PURSUANT TO FED. R. CIV. P. 26**<br><br>**Date:**     December 20, 2023<br>**Time:**     10 a.m.<br>**Dept.:**    Courtroom 26, 8th Floor<br>**Before:**  Hon. Allison Claire<br><br>Trial Date:   None Set |

BN 79644119v1                                3
DECLARATION OF NATALIYA SHTEVNINA REQUESTING IN PERSON ORAL ARGUMENT IN SUPPORT OF DEFENDANTS' JOINT AMENDED MOTION FOR PROTECTIVE ORDER

BUCHALTER
A Professional Corporation
Sacramento

NANCY ROBERTS (INDIVIDUALLY AND AS TRUSTEE OF THE NANCY C. ROBERTS LIVING TRUST), JANET ZANARDI (INDIVIDUALLY AND AS TRUSTEE OF TRUST A UNDER THE ZANARDI REVOCABLE TRUST), RONALD GURULE (INDIVIDUALLY AND AS TRUSTEE OF THE RONALD GURULE 2013 FAMILY TRUST), RICHARD ANDERSON (INDIVIDUALLY AND AS TRUSTEE OF THE REA PROPERTIES TRUST), DAVID ANDERSON (INDIVIDUALLY AND AS TRUSTEE OF THE IRWIN E. ANDERSON SURVIVOR'S TRUST), DEBORAH WORKMAN (INDIVIDUALLY AND AS TRUSTEE OF THE IRWIN E. ANDERSON SURVIVOR'S TRUST), CAROL HOFFMAN (INDIVIDUALLY AND AS TRUSTEE OF THE IRWIN E. ANDERSON SURVIVOR'S TRUST), NED ANDERSON (INDIVIDUALLY AND AS TRUSTEE OF THE NED KIRBY ANDERSON TRUST), NEIL ANDERSON, GLENN ANDERSON, JANET BLEGEN (INDIVIDUALLY AND AS TRUSTEE OF THE JANET ELIZABETH BLEGEN SEPARATE PROPERTY TRUST), ROBERT ANDERSON (INDIVIDUALLY AND AS TRUSTEE OF THE ROBERT TODD ANDERSON LIVING TRUST), STAN ANDERSON, LYNNE MAHRE, SHARON TOTMAN, AMBER BAUMAN, CHRISTOPHER WYCOFF; AND JOHN DOES 1-50,

                  Defendants.

BN 79644119v1

4

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

**DECLARATION OF NATALIYA SHTEVNINA REQUESTING IN PERSON ORAL ARGUMENT IN SUPPORT OF DEFENDANTS' JOINT AMENDED MOTION FOR PROTECTIVE ORDER**

# DECLARATION OF NATALIYA SHTEVNINA

I, NATALIA SHTEVNINA, declare as follows:

1. I am making this Declaration based upon my personal knowledge and state affirmatively, that if called as a witness, I can testify competently to the facts set forth herein. I am over 18 years of age.

2. I am an attorney at law licensed to practice before all of the courts of the State of California. I am an Associate with Buchalter, A Professional Corporation and counsel of record for Defendants Ned Anderson (individually and as trustee of the Ned Kirby Anderson Trust), Neil Anderson, Glenn Anderson, Janet Blegen (individually and as trustee of the Janet Elizabeth Blegen Separate Property Trust), Robert Anderson (individually and as trustee of the Robert Todd Anderson Living Trust), Stan Anderson, Lynne Mahre, Sharon Totman, Amber Bauman and Christopher Wycoff.

3. I graduated University of Pacific, McGeorge School of Law in May 2021. I was admitted into the State Bar of California on November 16, 2021. I have been out of law school for fewer than four years.

4. I submit this declaration to request in person oral argument as allowed by the Court's Standing Orders in support of Defendants' Joint Amended Motion for Protective Order Pursuant to Fed. R. Civ. P. 26 and Request for Informal Telephonic Discovery Conference ("Motion"). I will be arguing the Motion at the hearing on December 20, 2023.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 21, 2023, at Sacramento, California.

_____
NATALIYA SHTEVNINA

BN 79644119v1   5
DECLARATION OF NATALIYA SHTEVNINA REQUESTING IN PERSON ORAL ARGUMENT IN SUPPORT OF DEFENDANTS' JOINT AMENDED MOTION FOR PROTECTIVE ORDER

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO