MATTHEW M. MARTINO (*pro hac vice*)
matthew.martino@skadden.com
MICHAEL H. MENITOVE (*pro hac vice*)
michael.menitove@skadden.com
EVAN LEVICOFF (*pro hac vice*)
evan.levicoff@skadden.com
THOMAS J. SMITH (*pro hac vice*)
thomas.smith@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (917) 777-3000

LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Attorneys for Plaintiff*
*FLANNERY ASSOCIATES LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Flannery Associates LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>Barnes Family Ranch Associates, LLC, *et al.*,<br><br>          Defendants. | Case No. 2:23-cv-00927-TLN-AC<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST MAHONEY DEFENDANTS** |

Pursuant to Local Rule 160(a), Plaintiff Flannery Associates LLC ("Flannery") hereby notifies the Court that it has settled its claims in this action against Defendants Christine Mahoney Limited Partnership, Christine Mahoney Limited Partnership Management Company, Emigh Land LP, El General Partner, LLC, Christine Mahoney (individually and as trustee of the Mahoney 2005 Family Trust), and Daniel Mahoney (individually and as trustee of the Mahoney 2005 Family Trust) (collectively, the "Mahoney Defendants").

Accordingly, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

Flannery voluntarily dismisses with prejudice its claims against the Mahoney Defendants, who have neither answered Flannery's complaint nor filed a motion for summary judgment.

DATED: January 19, 2024          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ *Michael H. Menitove*_____
　　　Michael H. Menitove
　　　*Attorney for Plaintiff*
　　　*Flannery Associates LLC*