1  BUCHALTER
   A Professional Corporation
2  KEVIN T. COLLINS (SBN: 185427)
   ADAM P. SMITH (SBN: 322035)
3  NATALIYA SHTEVNINA (SBN: 339094)
   500 Capitol Mall, Suite 1900
4  Sacramento, CA 95814
   Telephone: 916.945.5170
5  Email: kcollins@buchalter.com
          apsmith@buchalter.com
6          nshtevnina@buchalter.com

7  Attorneys for Defendants
   Janet Blegen, individually and as Trustee of the
8  Janet Elizabeth Blegen Separate Property Trust;
   Robert Anderson, individually and as Trustee
9  of the Robert Todd Anderson Living Trust;
   Ned Anderson, individually and as Trustee
10 of the Ned Kirby Anderson Trust;
   Stan Anderson; Neil Anderson; Lynn Mahre;
11 Glenn Anderson; Sharon Totman;
   Christopher Wycoff; Amber Bauman

12

13                **UNITED STATES DISTRICT COURT**

14          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

15 FLANNERY ASSOCIATES LLC,          CASE NO. 23-cv-00927-TLN-AC

16            Plaintiff,              **ANSWER TO COMPLAINT**

17       vs.

18 BARNES FAMILY RANCH ASSOCIATES,
   LLC, et al.,
19
              Defendants.
20

21

22

23

24

25

26

27

28

Defendants Ned Anderson (individually and as trustee of the Ned Kirby Anderson Trust), Neil Anderson, Glenn Anderson, Janet Blegen (individually and as trustee of the Janet Elizabeth Blegen Separate Property Trust), Robert Anderson (individually and as trustee of the Robert Todd Anderson Living Trust), Stan Anderson, Lynne Mahre, Sharon Totman, Amber Bauman, and Christopher Wycoff ("Defendants"), by and through their attorneys of record answering for these Defendants alone, respond to the Complaint filed by Plaintiff Flannery Associates LLC ("Plaintiff"), as follows:

## **JURISDICTION**

1.   The allegations contained in paragraph 1 of Plaintiff's Complaint constitute legal conclusions which require no response. To the extent a response is required, Defendants deny the allegations contained in paragraph 1 of Plaintiff's Complaint.

2.   The allegations contained in paragraph 2 of Plaintiff's Complaint constitute legal conclusions which require no response. To the extent a response is required, Defendants deny the allegations contained in paragraph 2 of Plaintiff's Complaint.

3.   Defendants deny the allegations contained in paragraph 3 of Plaintiff's Complaint.

## **VENUE**

4.   The allegations contained in paragraph 4 of Plaintiff's Complaint constitute legal conclusions which require no response. To the extent a response is required, Defendants admit only that several of the Defendants reside in this district. Defendants deny the remainder of the allegations contained in paragraph 4, including the allegations that Plaintiff suffered any legally cognizable injury, Defendants engaged in anticompetitive conduct in this district, or that Defendants engaged in an illegal price-fixing conspiracy regarding the sale of their properties located in this district.

## **NATURE OF THE CASE**

5.   Defendants admit only that Flannery approached Defendants to buy their properties in Solano County, California, and that Solano County hosts energy infrastructure and environmental conservation and mitigation projects. Defendants deny the remainder of the allegations contained

in paragraph 5, including the allegations that Defendants conspired, colluded, price fixed, and illegally overcharged Plaintiff.

6.    Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 6, and deny them on that basis. After initial contact, Defendants did not engage in further substantive discussions regarding the sale of their land with Plaintiff because Defendants did not wish to sell their land. Defendants therefore cannot know how much Plaintiff would have actually paid for their land. Further, given that Plaintiff has sued several landowners in an apparent attempt to renegotiate or recover its purchase price, any promise of "millions in profits" appears illusory.

7.    Defendants deny the allegations contained in paragraph 7 of Plaintiff's Complaint.

8.    The allegations contained in paragraph 8 of Plaintiff's Complaint constitute legal conclusions which require no response. To the extent a response is required, Defendants deny the allegations contained in paragraph 8 of Plaintiff's Complaint.

9.    The allegations contained in paragraph 9 of Plaintiff's Complaint constitute legal conclusions which require no response. To the extent a response is required, Defendants deny the allegations contained in paragraph 9 of Plaintiff's Complaint.

10.  Defendants deny the allegations contained in paragraph 10 of Plaintiff's Complaint, including the allegation that any purported communications between Kirk Beebe, Richard Hamilton, Ian Anderson, Christine Mahoney, Susan Beebe Furay, and Michael Rice evidence an unlawful price-fixing conspiracy, or that Defendants had any purported involvement in such alleged conspiracy.

11.  Defendants deny the allegations contained in paragraph 11 of Plaintiff's Complaint, including the allegations that Defendants engaged in price-fixing, or that Defendants caused Plaintiff to overpay for properties, that Plaintiff was harmed by Defendants, or that Defendants are liable to Plaintiff in any manner.

12.  Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 12, and deny them on that basis.

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

**ANSWER TO COMPLAINT**

13. Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 13, and deny them on that basis.

14. Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 14, and deny them on that basis.

15. Defendants deny the allegations contained in paragraph 15 of Plaintiff's Complaint, including the allegation that Defendants' refusal to engage in negotiations with Plaintiff "made no sense." Defendants were not looking to sell their land in the first instance. Plaintiff's solicitations to purchase Defendants' land were aggressive, shrouded in mystery, and appeared intended to divide the property interests of Defendants. Defendants' conduct thus "made sense."

16. Defendants deny the allegations contained in paragraph 16 of Plaintiff's Complaint, including the allegation that Defendants wanted to sell their property.

17. Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 17, and deny them on that basis.

18. Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 18, and deny them on that basis. Defendants specifically deny that they countered Plaintiff's offers by demanding higher payments.

19. Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 19, and deny them on that basis.

20. Defendants deny the allegations contained in paragraph 20 of Plaintiff's Complaint.

21. Defendants deny the allegations contained in paragraph 21 of Plaintiff's Complaint.

22. The Exhibit summarized in paragraph 22 of Plaintiff's Complaint speaks for itself, and does not require a response. To the extent a response is required, Defendants deny the Exhibit evidences any price-fixing conspiracy, or implicated Defendants in any manner.

23. The Exhibit summarized in paragraph 23 of Plaintiff's Complaint speaks for itself, and does not require a response. To the extent a response is required, Defendants deny the Exhibit evidences any price-fixing conspiracy, or implicated Defendants in any manner.

24. Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 24, and deny them on that basis.

25. The Exhibit summarized in paragraph 25 of Plaintiff's Complaint speaks for itself, and does not require a response. To the extent a response is required, Defendants deny the Exhibit evidences any price-fixing conspiracy, or implicated Defendants in any manner.

26. The Exhibit summarized in paragraph 26 of Plaintiff's Complaint speaks for itself, and does not require a response. To the extent a response is required, Defendants deny the Exhibit evidences any price-fixing conspiracy, or implicated Defendants in any manner.

27. The Exhibit summarized in paragraph 27 of Plaintiff's Complaint speaks for itself, and does not require a response. To the extent a response is required, Defendants deny the Exhibit evidences any price-fixing conspiracy, or implicated Defendants in any manner.

28. Defendants deny the allegations contained in paragraph 28 of Plaintiff's Complaint.

29. Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 29, and deny them on that basis.

30. Defendants deny the allegations contained in paragraph 30 of Plaintiff's Complaint.

31. The Exhibit summarized in paragraph 31 of Plaintiff's Complaint speaks for itself, and does not require a response. To the extent a response is required, Defendants deny the Exhibit evidences any price-fixing conspiracy, or implicated Defendants in any manner.

32. Defendants deny the allegations contained in paragraph 32 of Plaintiff's Complaint, including the allegations that Defendants engaged in a price-fixing conspiracy, that Defendants harmed Plaintiff, or that Defendants are liable to Plaintiff in any manner.

33. The allegations contained in paragraph 33 of Plaintiff's Complaint constitute legal conclusions which require no response. To the extent a response is required, Defendants deny the allegations contained in paragraph 33 of Plaintiff's Complaint, including the allegations that Defendants engaged in a price-fixing conspiracy, that Defendants harmed Plaintiff, or that Defendants are liable to Plaintiff in any manner.

## THE PARTIES

### A. Flannery

34. Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 24, and deny them on that basis. Plaintiff has concealed its true

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

ownership structure through numerous undisclosed shell entities, and Plaintiff thus does not know Plaintiff's ownership structure or whether Plaintiff has been assigned any claims purportedly belonging to another entity.

**B.  BLK Defendants**

35. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 35, and deny them on that basis.

36. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 36, and deny them on that basis.

37. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 37, and deny them on that basis.

38. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 38, and deny them on that basis.

39. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 39, and deny them on that basis.

40. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 40, and deny them on that basis.

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

**ANSWER TO COMPLAINT**

41. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 41, and deny them on that basis.

42. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 42, and deny them on that basis.

43. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 43, and deny them on that basis.

44. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 44, and deny them on that basis.

45. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 45, and deny them on that basis.

46. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 46, and deny them on that basis.

47. Paragraph 47 of Plaintiff's Complaint defines the "BLK Defendants" and does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 47, and deny them on that basis.

**ANSWER TO COMPLAINT**

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

### C. <u>Mahoney Defendants</u>

48. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 48, and deny them on that basis.

49. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 49, and deny them on that basis.

50. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 50, and deny them on that basis.

51. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 51, and deny them on that basis.

52. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 52, and deny them on that basis.

53. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 53, and deny them on that basis.

54. Paragraph 54 of Plaintiff's Complaint defines the "Mahoney Defendants" and does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

**ANSWER TO COMPLAINT**

information to form a belief about the truth of the allegations contained in paragraph 54, and deny them on that basis.

**D. <u>Anderson Defendants</u>**

55. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 55, and deny them on that basis.

56. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 56, and deny them on that basis.

57. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 57, and deny them on that basis.

58. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 58, and deny them on that basis.

59. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 59, and deny them on that basis.

60. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 60, and deny them on that basis.

61. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 61, and deny them on that basis.

62. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 62, and deny them on that basis.

63. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 63, and deny them on that basis.

64. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 64, and deny them on that basis.

65. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 65, and deny them on that basis.

66. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 66, and deny them on that basis.

67. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 67, and deny them on that basis.

68. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 68, and deny them on that basis.

69. The allegations contained in paragraph 69 of Plaintiff's Complaint constitute legal conclusions which require no response. To the extent a response is required, Defendants admit only that Ned Anderson resides in California and is the trustee of the Ned Kirby Anderson Trust.

70. Defendants admit the allegations contained in paragraph 70 of Plaintiff's Complaint.

71. Defendants admit the allegations contained in paragraph 71 of Plaintiff's Complaint.

72. The allegations contained in paragraph 72 of Plaintiff's Complaint constitute legal conclusions which require no response. To the extent a response is required, Defendants admit only that Janet Blegen resides in California and is the trustee of the Janet Elizabeth Blegen Separate Property Trust.

73. The allegations contained in paragraph 73 of Plaintiff's Complaint constitute legal conclusions which require no response. To the extent a response is required, Defendants admit only that Robert Anderson resides in California and is the trustee of the Robert Todd Anderson Living Trust.

74. Defendants admit the allegations contained in paragraph 74 of Plaintiff's Complaint.

75. Defendants admit the allegations contained in paragraph 75 of Plaintiff's Complaint.

76. Defendants admit the allegations contained in paragraph 76 of Plaintiff's Complaint.

77. Defendants admit the allegations contained in paragraph 77 of Plaintiff's Complaint.

78. Defendants admit the allegations contained in paragraph 78 of Plaintiff's Complaint.

79. Paragraph 79 of Plaintiff's Complaint defines the "Mahoney Defendants" and does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 79, and deny them on that basis.

### E.  The Hamilton Conspirators

80. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 80, and deny them on that basis.

81. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 81, and deny them on that basis.

82. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 82, and deny them on that basis.

83. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 83, and deny them on that basis.

84. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 84, and deny them on that basis.

85. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 85, and deny them on that basis.

86. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or

**ANSWER TO COMPLAINT**

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

information to form a belief about the truth of the allegations contained in paragraph 86, and deny them on that basis.

87. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 87, and deny them on that basis.

88. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 88, and deny them on that basis.

89. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 89, and deny them on that basis.

90. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 90, and deny them on that basis.

91. Paragraph 91 of Plaintiff's Complaint defines the "Hamilton Conspirators" and does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 91, and deny them on that basis.

**F.  <u>JOHN DOES 1-50</u>**

92. Paragraph 92 of Plaintiff's Complaint reserves claims against Doe defendants and does not require a response. To the extent a response is required, Defendant denies the allegations contained in paragraph 92 of Plaintiff's Complaint, including the existence of a price-fixing conspiracy.

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

**ANSWER TO COMPLAINT**

# FACTUAL BACKGROUND

## I.   The Conspirators Own Multiple Properties in Solano County, California

93. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 93, and deny them on that basis.

### A. BLK Properties

94. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 94, and deny them on that basis.

95. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 95, and deny them on that basis.

96. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 96, and deny them on that basis.

97. Paragraph 97 of Plaintiff's Complaint defines the "BLK Properties" and does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 97, and deny them on that basis.

### B. Mahoney Properties

98. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 98, and deny them on that basis.

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

**ANSWER TO COMPLAINT**

99. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 99, and deny them on that basis.

100. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 100, and deny them on that basis.

101. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 101, and deny them on that basis.

102. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 102, and deny them on that basis.

103. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 103, and deny them on that basis.

104. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 104, and deny them on that basis.

105. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 105, and deny them on that basis.

106.	This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 106, and deny them on that basis.

107.	This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 107, and deny them on that basis.

108.	This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 108, and deny them on that basis.

109.	This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 109, and deny them on that basis.

110.	This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 110, and deny them on that basis.

111.	This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 111, and deny them on that basis.

112.	This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 112, and deny them on that basis.

113. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 113, and deny them on that basis.

114. Paragraph 114 of Plaintiff's Complaint defines the "Mahoney Properties" and does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 114, and deny them on that basis.

115. Paragraph 115 of Plaintiff's Complaint refers to subsequent paragraphs without asserting facts, and does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 115, and deny them on that basis.

**C. Anderson Properties**

116. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 116, and deny them on that basis.

117. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 117, and deny them on that basis.

118. Defendants admit the allegations contained in paragraph 118 of Plaintiff's Complaint.

119. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 119, and deny them on that basis.

120.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 120, and deny them on that basis.

121.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 121, and deny them on that basis.

122.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 122, and deny them on that basis.

123.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 123, and deny them on that basis.

124.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 124, and deny them on that basis.

125.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 125, and deny them on that basis.

126.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 126, and deny them on that basis.

**ANSWER TO COMPLAINT**

127.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 127, and deny them on that basis.

128.     Defendants admit the allegations contained in paragraph 128 of Plaintiff's Complaint.

129.     Defendants admit the allegations contained in paragraph 129 of Plaintiff's Complaint.

130.     Paragraph 130 of Plaintiff's Complaint defines the "Anderson Properties" and does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 130, and deny them on that basis.

131.     Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 131, and deny them on that basis.

**D. Hamilton Properties**

132.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 132, and deny them on that basis.

133.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 133, and deny them on that basis.

134.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 134, and deny them on that basis.

135.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 135, and deny them on that basis.

136.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 136, and deny them on that basis.

137.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 137, and deny them on that basis.

138.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 138, and deny them on that basis.

139.     Paragraph 139 of Plaintiff's Complaint defines the "Hamilton Properties" and does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 139, and deny them on that basis.

140.     Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 140, and deny them on that basis.

**II.    The Conspirators Paid Between $470/Acre and $2,800/Acre for Their Properties**

**A.   Transactions With and Without Wind Lease Income**

141.     Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 141, and deny them on that basis.

142.     Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 142, and deny them on that basis.

**ANSWER TO COMPLAINT**

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

143.     Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 143, and deny them on that basis.

144.     Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 144, and deny them on that basis.

145.     Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 145, and deny them on that basis.

146.     Paragraph 146 of Plaintiff's Complaint contains a description of Plaintiff's process for calculating the price per acre of properties, and does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 146, and deny them on that basis.

**B.   The Conspirators' Recent Purchasers**

147.     Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 147, and deny them on that basis.

148.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 148, and deny them on that basis.

149.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 149, and deny them on that basis.

150.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 150, and deny them on that basis.

151.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge

**ANSWER TO COMPLAINT**

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

1 | or information to form a belief about the truth of the allegations contained in paragraph 151, and

2 | deny them on that basis.

3 | **III.** **The Conspirators Represented To Tax Authorities That Their Properties Are Worth**

4 | **a Fraction of the Prices They Attempted To Extract From Flannery**

5 | 152. This paragraph does not pertain to these answering Defendants, and therefore does

6 | not require a response. To the extent a response is required, Defendants lack sufficient knowledge

7 | or information to form a belief about the truth of the allegations contained in paragraph 152, and

8 | deny them on that basis.

9 | 153. This paragraph does not pertain to these answering Defendants, and therefore does

10 | not require a response. To the extent a response is required, Defendants lack sufficient knowledge

11 | or information to form a belief about the truth of the allegations contained in paragraph 153, and

12 | deny them on that basis.

13 | 154. This paragraph does not pertain to these answering Defendants, and therefore does

14 | not require a response. To the extent a response is required, Defendants lack sufficient knowledge

15 | or information to form a belief about the truth of the allegations contained in paragraph 154, and

16 | deny them on that basis.

17 | 155. This paragraph does not pertain to these answering Defendants, and therefore does

18 | not require a response. To the extent a response is required, Defendants lack sufficient knowledge

19 | or information to form a belief about the truth of the allegations contained in paragraph 155, and

20 | deny them on that basis.

21 | 156. This paragraph does not pertain to these answering Defendants, and therefore does

22 | not require a response. To the extent a response is required, Defendants lack sufficient knowledge

23 | or information to form a belief about the truth of the allegations contained in paragraph 156, and

24 | deny them on that basis.

25 | 157. This paragraph does not pertain to these answering Defendants, and therefore does

26 | not require a response. To the extent a response is required, Defendants lack sufficient knowledge

27 | or information to form a belief about the truth of the allegations contained in paragraph 157, and

28 | deny them on that basis.

BUCHALTER
A Professional Corporation
Sacramento

**ANSWER TO COMPLAINT**

158.      This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 158, and deny them on that basis.

159.      This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 159, and deny them on that basis.

160.      This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 160, and deny them on that basis.

**IV.      Flannery's Purchases in the Area**

161.      Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 161, and deny them on that basis.

162.      Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 162, and deny them on that basis.

163.      Defendants admit only that they received letters from Plaintiff offering to purchase their properties with various monetary and non-monetary terms. Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations contained in paragraph 163 of Plaintiff's Complaint, and deny them on that basis.

164.      Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 164, and deny them on that basis.

165.      Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 165, and deny them on that basis.

166.      Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 166, and deny them on that basis.

167. The allegation that Plaintiff will use its properties for interstate commerce contained in paragraph 167 of Plaintiff's Complaint constitute legal conclusions which require no response. To the extent a response is required, Defendants deny the allegations contained in paragraph 167 of Plaintiff's Complaint. Plaintiff has now acknowledged that it purchased its land holdings for the purpose of incorporating a new city. The incorporation and operation of a city is an inherently intrastate activity. As to any remaining allegations, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 167, and deny them on that basis.

**V.     Flannery's Attempts to Purchase Property From the Conspirators**

168. Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 168, and deny them on that basis.

**A. BLK Properties**

169. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 169, and deny them on that basis.

170. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 170, and deny them on that basis.

171. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 171, and deny them on that basis.

172. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 172, and deny them on that basis.

173.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 173, and deny them on that basis.

174.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 174, and deny them on that basis.

175.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 175, and deny them on that basis.

176.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 176, and deny them on that basis.

177.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 177, and deny them on that basis.

**B. Mahoney Properties**

178.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 178, and deny them on that basis.

179.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge

or information to form a belief about the truth of the allegations contained in paragraph 179, and deny them on that basis.

180.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 180, and deny them on that basis.

181.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 181, and deny them on that basis.

182.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 182, and deny them on that basis.

183.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 183, and deny them on that basis.

184.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 184, and deny them on that basis.

185.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 185, and deny them on that basis.

186.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge

or information to form a belief about the truth of the allegations contained in paragraph 186, and deny them on that basis.

187.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 187, and deny them on that basis.

188.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 188, and deny them on that basis.

189.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 189, and deny them on that basis.

190.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 190, and deny them on that basis.

191.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 191, and deny them on that basis.

192.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 192, and deny them on that basis.

193.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge

**ANSWER TO COMPLAINT**

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

1    or information to form a belief about the truth of the allegations contained in paragraph 193, and

2    deny them on that basis.

3    194.    This paragraph does not pertain to these answering Defendants, and therefore does

4    not require a response. To the extent a response is required, Defendants lack sufficient knowledge

5    or information to form a belief about the truth of the allegations contained in paragraph 194, and

6    deny them on that basis.

7    195.    This paragraph does not pertain to these answering Defendants, and therefore does

8    not require a response. To the extent a response is required, Defendants lack sufficient knowledge

9    or information to form a belief about the truth of the allegations contained in paragraph 195, and

10   deny them on that basis.

11   196.    This paragraph does not pertain to these answering Defendants, and therefore does

12   not require a response. To the extent a response is required, Defendants lack sufficient knowledge

13   or information to form a belief about the truth of the allegations contained in paragraph 196, and

14   deny them on that basis.

15   197.    This paragraph does not pertain to these answering Defendants, and therefore does

16   not require a response. To the extent a response is required, Defendants lack sufficient knowledge

17   or information to form a belief about the truth of the allegations contained in paragraph 197, and

18   deny them on that basis.

19   198.    This paragraph does not pertain to these answering Defendants, and therefore does

20   not require a response. To the extent a response is required, Defendants lack sufficient knowledge

21   or information to form a belief about the truth of the allegations contained in paragraph 198, and

22   deny them on that basis.

23   199.    This paragraph does not pertain to these answering Defendants, and therefore does

24   not require a response. To the extent a response is required, Defendants lack sufficient knowledge

25   or information to form a belief about the truth of the allegations contained in paragraph 199, and

26   deny them on that basis.

27   200.    This paragraph does not pertain to these answering Defendants, and therefore does

28   not require a response. To the extent a response is required, Defendants lack sufficient knowledge

or information to form a belief about the truth of the allegations contained in paragraph 200, and deny them on that basis.

201.      This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 201, and deny them on that basis.

202.      This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 202, and deny them on that basis. Defendants specifically deny the existence of a price-fixing conspiracy.

**C.  Anderson Properties**

      1.  Mason, Zadwick, Neil Anderson, Maryn Anderson, and Russell Properties

203.      This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 203, and deny them on that basis.

204.      This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 204, and deny them on that basis.

205.      This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 205, and deny them on that basis.

206.      This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 206, and deny them on that basis.

**ANSWER TO COMPLAINT**

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

207.        This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 207, and deny them on that basis.

208.        This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 208, and deny them on that basis.

209.        This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 209, and deny them on that basis.

210.        This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 210, and deny them on that basis.

211.        This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 211, and deny them on that basis.

212.        This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 212, and deny them on that basis.

213.        This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 213, and deny them on that basis.

214.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 214, and deny them on that basis.

215.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 215, and deny them on that basis.

216.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 216, and deny them on that basis.

217.     The Exhibit summarized in paragraph 217 of Plaintiff's Complaint speaks for itself, and does not require a response. To the extent a response is required, Defendants deny the Exhibit evidences any price-fixing conspiracy, or implicated Defendants in any manner.

218.     Defendants deny the allegations contained in paragraph 218 of Plaintiff's Complaint.

2.     <u>Dietrich, Alsop, and Gurule Properties</u>

219.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 219, and deny them on that basis.

220.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 220, and deny them on that basis.

221.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge

**ANSWER TO COMPLAINT**

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

or information to form a belief about the truth of the allegations contained in paragraph 221, and deny them on that basis.

3. Ila, Richard Anderson, Irwin Anderson, and McKinnon 18 Properties

222. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 222, and deny them on that basis.

223. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 223, and deny them on that basis.

224. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 224, and deny them on that basis.

225. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 225, and deny them on that basis.

226. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 226, and deny them on that basis.

4. Anderson 1,005 and 153 Properties

227. Defendants admit that, in early January 2019, Plaintiff's attorney spoke to Defendant Stan Anderson about Mr. Anderson's lease of a property that Plaintiff had just purchased from another landowner. Defendants admit that, in that conversation, Plaintiff's counsel raised the prospect of purchasing Defendants' property and that Defendant Stan

Anderson expressed that he would review the offer from Flannery's attorney. Defendants deny the remainder of the allegations contained in paragraph 227 of Plaintiff's Complaint, including that Defendant Anderson made express representations that he was interested in selling or that he solicited the offer from Plaintiff.

228.     Defendants admit the allegations contained in paragraph 228 of Plaintiff's Complaint.

229.     Defendants admit only that some Anderson Defendants spoke to a broker in the summer of 2019. Defendants deny the remaining allegations contained in paragraph 229 of Plaintiff's Complaint, including the characterizations of conversations between Defendants or Defendants and the broker.

230.     Defendants admit only that On July 31, 2019, Flannery delivered a second offer on the Anderson 1,005 Property and Anderson 153 with the terms described in paragraph 230 of Plaintiff's Complaint. Defendants deny the remaining allegations contained in paragraph 230 inasmuch as Defendants were not privy to the conversations described between Plaintiff and the broker, and deny them on that basis.

231.     Defendants admit the allegations contained in paragraph 231 of Plaintiff's Complaint.

232.     Defendants admit only that Defendant Sharon Totman exchanged phone calls with Plaintiff's attorney in which she inquired whether Plaintiff was seeking to purchase her individual interest. Defendants deny the remaining allegations contained in paragraph 232 of Plaintiff's Complaint, including the characterizations of Defendant Sharon Totman's conversation with Plaintiff's attorney or other Defendants.

233.     Defendants admit the allegations contained in paragraph 233 of Plaintiff's Complaint.

234.     Defendants admit the allegations contained in paragraph 234 of Plaintiff's Complaint.

235.     Defendants admit only that Defendant Stan Anderson spoke with Plaintiff's attorney in February 2021. Defendants deny the remaining allegations contained in paragraph 235

of Plaintiff's Complaint, including the characterizations of Defendant Stan Anderson's conversation with Plaintiff's attorney or that Defendants represented they would sell their property at $27,500 per acre.

236.     Defendants admit only that Plaintiff issued two offer letters to Defendants Sharon Totman and Lynne Mahre on or about May 19, 2021. Defendants deny the remaining allegations contained in paragraph 236 of Plaintiff's Complaint, including Plaintiff's incomplete characterization of the offer letters, that Ryan Totman communicated the offers were being rejected only because the prices were too low, or that Defendants' response to Plaintiff's further offers and solicitations was due to joining any alleged illegal price-fixing conspiracy.

237.     Defendants admit the allegations contained in paragraph 237 of Plaintiff's Complaint.

**D.  Hamilton Properties**

238.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 238, and deny them on that basis.

239.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 239, and deny them on that basis.

240.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 240, and deny them on that basis.

241.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 241, and deny them on that basis.

1    242.    This paragraph does not pertain to these answering Defendants, and therefore does
2  not require a response. To the extent a response is required, Defendants lack sufficient knowledge
3  or information to form a belief about the truth of the allegations contained in paragraph 242, and
4  deny them on that basis.

5    243.    This paragraph does not pertain to these answering Defendants, and therefore does
6  not require a response. To the extent a response is required, Defendants lack sufficient knowledge
7  or information to form a belief about the truth of the allegations contained in paragraph 243, and
8  deny them on that basis.

9    244.    This paragraph does not pertain to these answering Defendants, and therefore does
10  not require a response. To the extent a response is required, Defendants lack sufficient knowledge
11  or information to form a belief about the truth of the allegations contained in paragraph 244, and
12  deny them on that basis.

13    245.    This paragraph does not pertain to these answering Defendants, and therefore does
14  not require a response. To the extent a response is required, Defendants lack sufficient knowledge
15  or information to form a belief about the truth of the allegations contained in paragraph 245, and
16  deny them on that basis.

17    246.    This paragraph does not pertain to these answering Defendants, and therefore does
18  not require a response. To the extent a response is required, Defendants lack sufficient knowledge
19  or information to form a belief about the truth of the allegations contained in paragraph 246, and
20  deny them on that basis.

21    247.    This paragraph does not pertain to these answering Defendants, and therefore does
22  not require a response. To the extent a response is required, Defendants lack sufficient knowledge
23  or information to form a belief about the truth of the allegations contained in paragraph 247, and
24  deny them on that basis.

25    248.    This paragraph does not pertain to these answering Defendants, and therefore does
26  not require a response. To the extent a response is required, Defendants lack sufficient knowledge
27  or information to form a belief about the truth of the allegations contained in paragraph 248, and
28  deny them on that basis.

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

**ANSWER TO COMPLAINT**

## VI.    The Conspirators Agreed To Fix Prices at Artificially High Levels

249.    Defendants deny the allegations contained in paragraph 249 of Plaintiff's Complaint.

250.    This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 250, and deny them on that basis. Defendants specifically deny the existence of any price-fixing conspiracy, or that they are in any way implicated in the communications discussed in this paragraph.

251.    This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 251, and deny them on that basis. Defendants specifically deny the existence of any price-fixing conspiracy, or that they are in any way implicated in the communications discussed in this paragraph.

252.    Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 252, and deny them on that basis.

253.    This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 253, and deny them on that basis. Defendants specifically deny that they "communicate frequently" with other defendant groups or that they conspired with other defendant groups to sell their properties to Plaintiff.

254.    Defendants admit only that the Anderson Defendants are comprised of immediate and extended family members, that some Anderson Defendants own mineral rights under each other's properties, and that some Anderson Defendants have leases with one another. Defendants lack sufficient knowledge or information to form a belief about the truth of the remaining allegations contained in paragraph 254, and deny them on that basis.

255. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 255, and deny them on that basis.

256. Defendants deny the allegations contained in paragraph 256 of Plaintiff's Complaint.

257. Defendants deny the allegations contained in paragraph 257 of Plaintiff's Complaint.

258. The Exhibit summarized in paragraph 258 of Plaintiff's Complaint speaks for itself, and does not require a response. To the extent a response is required, Defendants deny the Exhibit evidences any price-fixing conspiracy, or implicated Defendants in any manner.

259. The Exhibit summarized in paragraph 259 of Plaintiff's Complaint speaks for itself, and does not require a response. To the extent a response is required, Defendants deny the Exhibit evidences any price-fixing conspiracy, or implicated Defendants in any manner.

260. This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 260, and deny them on that basis.

261. The Exhibit summarized in paragraph 261 of Plaintiff's Complaint speaks for itself, and does not require a response. To the extent a response is required, Defendants deny the Exhibit evidences any price-fixing conspiracy, or implicated Defendants in any manner.

262. The Exhibit summarized in paragraph 262 of Plaintiff's Complaint speaks for itself, and does not require a response. To the extent a response is required, Defendants deny the Exhibit evidences any price-fixing conspiracy, or implicated Defendants in any manner.

263. The Exhibit summarized in paragraph 263 of Plaintiff's Complaint speaks for itself, and does not require a response. To the extent a response is required, Defendants deny the Exhibit evidences any price-fixing conspiracy, or implicated Defendants in any manner.

264.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 264, and deny them on that basis. Defendants specifically deny the existence of any price-fixing conspiracy, or that they are in any way implicated in the communications discussed in this paragraph.

265.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 265, and deny them on that basis. Defendants specifically deny the existence of any price-fixing conspiracy, or that they are in any way implicated in the communications discussed in this paragraph.

266.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 266, and deny them on that basis. Defendants specifically deny the existence of any price-fixing conspiracy, or that they are in any way implicated in the communications discussed in this paragraph.

267.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 267, and deny them on that basis. Defendants specifically deny the existence of any price-fixing conspiracy, or that they are in any way implicated in the communications discussed in this paragraph.

268.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 268, and deny them on that basis. Defendants specifically deny the existence of any price-fixing

**ANSWER TO COMPLAINT**

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

conspiracy, or that they are in any way implicated in the communications discussed in this paragraph.

269.    This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 269, and deny them on that basis. Defendants specifically deny the existence of any price-fixing conspiracy, or that they are in any way implicated in the communications discussed in this paragraph.

270.    This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 270, and deny them on that basis. Defendants specifically deny the existence of any price-fixing conspiracy, or that they are in any way implicated in the communications discussed in this paragraph.

271.    This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 271, and deny them on that basis. Defendants specifically deny the existence of any price-fixing conspiracy, or that they are in any way implicated in the communications discussed in this paragraph.

**VII.    The Conspirators Agreed To Fix Prices at Artificially High Levels**

272.    Defendants deny the allegations contained in paragraph 272 of Plaintiff's Complaint.

273.    Defendants deny the allegations contained in paragraph 273 of Plaintiff's Complaint.

274.    Defendants deny the allegations contained in paragraph 274 of Plaintiff's Complaint.

275.     Defendants deny the allegations contained in paragraph 275 of Plaintiff's Complaint.

**A.  Overcharge Damages for Purchases From the Conspirators and Their Co-Owners**

1.  Purchases From the Conspirators

276.     Defendants deny the allegations contained in paragraph 276 of Plaintiff's Complaint.

277.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 277, and deny them on that basis.

278.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 278, and deny them on that basis.

279.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 279, and deny them on that basis.

280.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 280, and deny them on that basis.

281.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 281, and deny them on that basis. Defendants specifically deny the existence of a price-fixing conspiracy.

2. <u>Purchases From Co-Owners of the Conspirators</u>

282.     Defendants deny the allegations contained in paragraph 282 of Plaintiff's Complaint.

283.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 283, and deny them on that basis.

284.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 284, and deny them on that basis. Defendants specifically deny the existence of any price-fixing conspiracy, that Defendants are responsible for any purported overpayments for land by Plaintiff, or that Defendants are liable to Plaintiff in any manner.

285.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 285, and deny them on that basis. Defendants specifically deny the existence of any price-fixing conspiracy, that Defendants are responsible for any purported overpayments for land by Plaintiff, or that Defendants are liable to Plaintiff in any manner.

286.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 286, and deny them on that basis. Defendants specifically deny the existence of any price-fixing conspiracy, that Defendants are responsible for any purported overpayments for land by Plaintiff, or that Defendants are liable to Plaintiff in any manner.

287.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 287, and

1   deny them on that basis. Defendants specifically deny the existence of any price-fixing

2   conspiracy, that Defendants are responsible for any purported overpayments for land by Plaintiff,

3   or that Defendants are liable to Plaintiff in any manner.

4       288.     This paragraph does not pertain to these answering Defendants, and therefore does

5   not require a response. To the extent a response is required, Defendants lack sufficient knowledge

6   or information to form a belief about the truth of the allegations contained in paragraph 288, and

7   deny them on that basis. Defendants specifically deny the existence of any price-fixing

8   conspiracy, that Defendants are responsible for any purported overpayments for land by Plaintiff,

9   or that Defendants are liable to Plaintiff in any manner.

10  **B.   <u>Lost Profits From Inability To Purchase Properties From The Conspirators</u>**

11      289.     Defendants deny the allegations contained in paragraph 289 of Plaintiff's

12  Complaint.

13      290.     This paragraph does not pertain to these answering Defendants, and therefore does

14  not require a response. To the extent a response is required, Defendants lack sufficient knowledge

15  or information to form a belief about the truth of the allegations contained in paragraph 290, and

16  deny them on that basis.

17      291.     This paragraph does not pertain to these answering Defendants, and therefore does

18  not require a response. To the extent a response is required, Defendants lack sufficient knowledge

19  or information to form a belief about the truth of the allegations contained in paragraph 291, and

20  deny them on that basis.

21      292.     Defendants admit only that Defendants did not sell the properties they own to

22  Plaintiff. The remainder of this paragraph does not pertain to these answering Defendants, and

23  therefore does not require a response. To the extent a response is required, Defendants lack

24  sufficient knowledge or information to form a belief about the truth of the allegations contained in

25  paragraph 292, and deny them on that basis.

26      293.     This paragraph does not pertain to these answering Defendants, and therefore does

27  not require a response. To the extent a response is required, Defendants lack sufficient knowledge

28

or information to form a belief about the truth of the allegations contained in paragraph 293, and deny them on that basis.

294.    Defendants deny the allegations contained in paragraph 294 of Plaintiff's Complaint, including the allegations that Defendants engaged in price-fixing, that Defendants prevented Plaintiff from purchasing other properties, that Plaintiff was harmed by Defendants, or that Defendants are liable to Plaintiff in any manner.

## C. <u>Overcharge Damages for Purchases From Third Parties</u>

295.    Defendants deny the allegations contained in paragraph 295 of Plaintiff's Complaint.

296.    This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 296, and deny them on that basis. Defendants specifically deny the existence of any price-fixing conspiracy, that Defendants are responsible for any purported overpayments for land by Plaintiff, or that Defendants are liable to Plaintiff in any manner.

297.    This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 297and deny them on that basis. Defendants specifically deny the existence of any price-fixing conspiracy, that Defendants are responsible for any purported overpayments for land by Plaintiff, that Defendants are the reason Plaintiff was unable to purchase land from others, or that Defendants are liable to Plaintiff in any manner.

298.    This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 298, and deny them on that basis.

299.    This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge

**ANSWER TO COMPLAINT**

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

1   or information to form a belief about the truth of the allegations contained in paragraph 299, and

2   deny them on that basis.

3       300.      This paragraph does not pertain to these answering Defendants, and therefore does

4   not require a response. To the extent a response is required, Defendants lack sufficient knowledge

5   or information to form a belief about the truth of the allegations contained in paragraph 300, and

6   deny them on that basis. Defendants specifically deny the existence of any price-fixing

7   conspiracy, that Defendants are responsible for any purported overpayments for land by Plaintiff,

8   that Defendants are the reason Plaintiff was unable to purchase land from others, or that

9   Defendants are liable to Plaintiff in any manner.

10       301.      Defendants deny the allegations contained in paragraph 301 of Plaintiff's

11   Complaint.

12       302.      Defendants deny the allegations contained in paragraph 302 of Plaintiff's

13   Complaint.

14       303.      This paragraph does not pertain to these answering Defendants, and therefore does

15   not require a response. To the extent a response is required, Defendants lack sufficient knowledge

16   or information to form a belief about the truth of the allegations contained in paragraph 303, and

17   deny them on that basis. Defendants specifically deny the existence of any price-fixing

18   conspiracy, that Defendants are responsible for any purported overpayments for land by Plaintiff,

19   that Defendants are the reason Plaintiff was unable to purchase land from others, or that

20   Defendants are liable to Plaintiff in any manner.

21       304.      This paragraph does not contain any factual allegations and therefore does not

22   require a response. To the extent a response is required, Defendants lack sufficient knowledge or

23   information to form a belief about the truth of the allegations contained in paragraph 304, and

24   deny them on that basis.

25       305.      Defendants deny the allegations contained in paragraph 305 of Plaintiff's

26   Complaint.

27

28

**D.  <u>Lost Profits From Inability to for Purchase Properties From Third Parties</u>**

306.     This paragraph does not contain any factual allegations and therefore does not require a response. To the extent a response is required, Defendants deny the allegations contained in paragraph 306 of Plaintiff's Complaint.

307.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 307, and deny them on that basis. Defendants specifically deny the existence of any price-fixing conspiracy, that Defendants are responsible for any purported overpayments for land by Plaintiff, that Defendants are the reason Plaintiff was unable to purchase land from others, or that Defendants are liable to Plaintiff in any manner.

308.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 308, and deny them on that basis. Defendants specifically deny the existence of any price-fixing conspiracy, that Defendants are responsible for any purported overpayments for land by Plaintiff, that Defendants are the reason Plaintiff was unable to purchase land from others, or that Defendants are liable to Plaintiff in any manner.

309.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 309, and deny them on that basis. Defendants specifically deny the existence of any price-fixing conspiracy, that Defendants are responsible for any purported overpayments for land by Plaintiff, that Defendants are the reason Plaintiff was unable to purchase land from others, or that Defendants are liable to Plaintiff in any manner.

310.     This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 310, and

**ANSWER TO COMPLAINT**

BUCHALTER
A Professional Corporation
Sacramento

deny them on that basis. Defendants specifically deny the existence of any price-fixing conspiracy, that Defendants are responsible for any purported overpayments for land by Plaintiff, that Defendants are the reason Plaintiff was unable to purchase land from others, or that Defendants are liable to Plaintiff in any manner.

311.    This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 311, and deny them on that basis. Defendants specifically deny the existence of any price-fixing conspiracy, that Defendants are responsible for any purported overpayments for land by Plaintiff, that Defendants are the reason Plaintiff was unable to purchase land from others, or that Defendants are liable to Plaintiff in any manner.

312.    This paragraph does not pertain to these answering Defendants, and therefore does not require a response. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the allegations contained in paragraph 312, and deny them on that basis. Defendants specifically deny the existence of any price-fixing conspiracy, that Defendants are responsible for any purported overpayments for land by Plaintiff, that Defendants are the reason Plaintiff was unable to purchase land from others, or that Defendants are liable to Plaintiff in any manner.

313.    Defendants deny the allegations contained in paragraph 313 of Plaintiff's Complaint. Defendants specifically deny the existence of any price-fixing conspiracy, that Defendants are responsible for any purported overpayments for land by Plaintiff, that Defendants are the reason Plaintiff was unable to purchase land from others, or that Defendants are liable to Plaintiff in any manner.

## CAUSES OF ACTION

### COUNT ONE

### (Violation of Section 1 of the Sherman Act, 15 U.S.C. § 1)

314.    Defendants repeat and incorporate by reference the answers set forth in Paragraphs 1 through 313 as if fully set forth herein.

315.     The allegations contained in paragraph 315 of Plaintiff's Complaint constitute a statement of law which requires no response.

316.     Defendants deny the allegations contained in paragraph 316 of Plaintiff's Complaint.

317.     Defendants deny the allegations contained in paragraph 317 of Plaintiff's Complaint.

318.     Defendants deny the allegations contained in paragraph 318 of Plaintiff's Complaint.

319.     Defendants deny the allegations contained in paragraph 319 of Plaintiff's Complaint.

320.     Defendants deny the allegations contained in paragraph 320 of Plaintiff's Complaint.

321.     Defendants deny the allegations contained in paragraph 321 of Plaintiff's Complaint.

322.     Defendants deny the allegations contained in paragraph 322 of Plaintiff's Complaint.

## COUNT TWO

### (Violation of Cartwright Act, Cal. Bus. & Prof. Code §§ 16720 *et seq.*)

323.     Defendants repeat and incorporate by reference the answers set forth in Paragraphs 1 through 322 as if fully set forth herein.

324.     The allegations contained in paragraph 324 of Plaintiff's Complaint constitute legal conclusions which require no response. To the extent a response is required, Defendants deny the allegations contained in paragraph 324 of Plaintiff's Complaint.

325.     The allegations contained in paragraph 325 of Plaintiff's Complaint constitute a statement of law which requires no response.

326.     Defendants admit that they are individuals and entities that hold interests in property. Defendants deny the remaining allegations contained in paragraph 326 of Plaintiff's

Complaint, including the allegation that Defendants formed a conspiracy by agreeing to only sell their properties at artificially high and supracompetitive prices.

327. Defendants deny the allegations contained in paragraph 327 of Plaintiff's Complaint.

328. Defendants deny the allegations contained in paragraph 328 of Plaintiff's Complaint.

329. Defendants deny the allegations contained in paragraph 329 of Plaintiff's Complaint.

330. Defendants deny the allegations contained in paragraph 330 of Plaintiff's Complaint.

331. Defendants deny the allegations contained in paragraph 331 of Plaintiff's Complaint.

**COUNT THREE**

**(Violation of Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200 *et seq.*)**

332. Defendants repeat and incorporate by reference the answers set forth in Paragraphs 1 through 331 as if fully set forth herein.

333. The allegations contained in paragraph 333 of Plaintiff's Complaint constitute legal conclusions which require no response. To the extent a response is required, Defendants deny the allegations contained in paragraph 333 of Plaintiff's Complaint.

334. Defendants deny the allegations contained in paragraph 334 of Plaintiff's Complaint.

335. Defendants deny the allegations contained in paragraph 335 of Plaintiff's Complaint.

336. Defendants deny the allegations contained in paragraph 336 of Plaintiff's Complaint.

337. Defendants deny the allegations contained in paragraph 337 of Plaintiff's Complaint.

338. Defendants deny the allegations contained in paragraph 338 of Plaintiff's

**ANSWER TO COMPLAINT**

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

Complaint.

339.     Defendants deny the allegations contained in paragraph 339 of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses to Plaintiff's Complaint and the causes of action alleged therein, and to each of them, and without conceding they bear the burden of proof or persuasion as to any defense, Defendants allege as follows:

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

1.     Plaintiff has failed to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Statute of Limitations)

2.     Plaintiff's claims are barred by the applicable statute of limitations.

## THIRD AFFIRMATIVE DEFENSE

### (Unclean Hands)

3.     Plaintiff's alleged losses and/or damages may be barred, in whole or in part, by the doctrine of unclean hands. Specifically, Plaintiff engaged in aggressive and secretive tactics to force the sale of land in this area. Such tactics were anticompetitive and monopolistic in nature, and potentially fraudulent.

## FOURTH AFFIRMATIVE DEFENSE

### (Waiver)

4.     Plaintiff's alleged losses and/or damages may be barred, in whole or in part, by the doctrine of waiver. By Plaintiff's own conduct, including ceasing communications with Defendants at Defendants' request, and subsequently pursuing and overpaying for other properties, Plaintiff waived any claim or alleged damages against Defendants.

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

**ANSWER TO COMPLAINT**

1

## FIFTH AFFIRMATIVE DEFENSE

2

### (Laches)

3    5.    Plaintiff's alleged losses and/or damages may be barred, in whole or in part, by the

4  doctrine of laches. Plaintiff did not promptly bring this action or notify Defendants of potential

5  claims against them following Defendants rejection of Plaintiff's offers.

6

## SIXTH AFFIRMATIVE DEFENSE

7

### (Estoppel)

8    6.    Plaintiff's alleged losses and/or damages may be barred, in whole or in part, by the

9  doctrine of estoppel.

10

## SEVENTH AFFIRMATIVE DEFENSE

11

### (Mootness)

12    7.    Plaintiff's claims are moot, including because Plaintiff has publically declared that

13  it has obtained all the land it sought, and is no longer seeking additional land for its purported

14  development project.

15

## EIGHTH AFFIRMATIVE DEFENSE

16

### (Mitigation)

17    8.    Plaintiff failed to mitigate damages, including by increasing demand and

18  voluntarily overpaying for properties both before and after Plaintiff's attempts to purchase land

19  from Defendants.

20

## NINTH AFFIRMATIVE DEFENSE

21

### (Excessive Penalties, Award, or Restitution Unconstitutional)

22    9.    The restitution and penalties claimed by Plaintiff are excessive punitive, and

23  disproportionate to any alleged injury suffered by Plaintiff and thus violate Defendants' rights

24  under the state and federal Constitutions.

25

## TENTH AFFIRMATIVE DEFENSE

26

### (No Section 17200 Standing)

27    10.    Plaintiff's claims under Business & Professions Code section 17200, *et seq.*, are

28  barred to the extent that Plaintiff lacks standing to sue.

### ELEVENTH AFFIRMATIVE DEFENSE

#### (No Recovery Under UCL)

11.　　Plaintiff improperly seeks through its causes of action under Business & Professions Code section 17200, *et seq.* (the "UCL") to recover monies that are not recoverable under the UCL.

### TWELFTH AFFIRMATIVE DEFENSE

#### (Antitrust Standing)

12.　　Plaintiff's claims are barred, in whole or in part, because it lacks antitrust standing.

### THIRTEENTH AFFIRMATIVE DEFENSE

#### (Antitrust Injury)

13.　　Plaintiff's claims are barred, in whole or in part, there was no antitrust injury and any purported antitrust injury is too remote.

### FOURTEENTH AFFIRMATIVE DEFENSE

#### (Damages)

14.　　Plaintiff's alleged damages are speculative, and Defendants were not the proximate cause of the loss or damages, if any, to Plaintiff. Specifically, to the extent Plaintiff alleges it overpaid for property or was unable to acquire property, Plaintiff's aggressive and secretive purchases increased demand and prices, Plaintiff voluntarily paid inflated prices, and Plaintiff's alleged damages were the cause of market conditions or decisions of others beyond the control of Defendants.

### FIFTEENTH AFFIRMATIVE DEFENSE

#### (Legitimate Justifications)

15.　　Defendants allege, without admitting any liability whatsoever, that at all times their conduct was reasonable and that their actions were undertaken in good faith to advance legitimate interests, and had the effect of promoting, encouraging, and increasing competition. Defendants' actions were taken unilaterally and were not the product of any unlawful contract, combination or conspiracy.

### SIXTEENTH AFFIRMATIVE DEFENSE

**(Fraud)**

16.     Plaintiff's own fraudulent conduct bars Plaintiff's claims, including Plaintiff's misrepresentations and omissions regarding its identity and intended use of the properties.

### SEVENTEENTH AFFIRMATIVE DEFENSE

**(Illegality)**

17.     Plaintiff's own illegal conduct, including prohibited monopolistic behavior, bars Plaintiff's claims in whole or in part.

### EIGHTEENTH AFFIRMATIVE DEFENSE

**(Improper Joinder)**

18.     Plaintiff's claims are improperly joined within the meaning of the Federal Rules of Civil Procedure because they did not arise out of the same transaction, occurrence, or series of transactions or occurrences. Aside from reference to extended family connections, Plaintiff has not alleged, nor can Plaintiff prove, that Defendants' decision not to sell their property was a result of a conspiracy, or in any way connected to Plaintiff's dealings with other parties on separate transactions. Defendants had no involvement or influence in Plaintiff's negotiations for properties of other defendants and third parties.

### NINETEENTH AFFIRMATIVE DEFENSE

**(Duplicative Recovery)**

19.     Plaintiff's claims are barred to the extent any recovery by Plaintiff would be duplicative of recovery.

### TWENTIETH AFFIRMATIVE DEFENSE

**(No Right to Injunction or Equitable Relief)**

20.     Plaintiff's claims for an injunction or other equitable relief are barred, in whole or in part, because Plaintiff has available an adequate remedy at law and there is no threatened future or continuing harm.

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

**ANSWER TO COMPLAINT**

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Set Off)

21.    Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, because any claimed injury or damage has been offset by benefits that Plaintiff received with respect to the challenged conduct. Such set offs include any benefit conferred to Plaintiff by any other Defendants or alleged co-conspirators who have settled, or do settle, Plaintiff's claims against them in this matter.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Insufficient Nexus to Commerce)

22.    Plaintiff's claims are barred, in whole or in part, because there is no sufficient nexus between the transactions at issue and U.S. trade or commerce.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Voluntary Payment)

23.    Plaintiff's claims are barred, in whole or in part, by the voluntary payment doctrine, under which Plaintiff is not entitled to recover payments made with full knowledge of the facts. Plaintiff voluntarily overpaid for property while concealing its identity and intended uses because, by its own admission, it recognized that if it did not do so there would be a potential land grab in which Plaintiff would have been required to pay higher market prices.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Acts of Plaintiff and Third Parties)

24.    Plaintiff's claims are barred, in whole or in part, to the extent the injuries alleged in the Complaint, the fact and extent of which are expressly denied by Defendants, were directly and proximately caused by or contributed to by the statements, acts, or omissions of Plaintiff or third persons or entities unaffiliated with William Dietrich.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (Reservation and Incorporation of Defenses)

25.    Upon further investigation and/or discovery, Defendants may have additional affirmative defenses to the causes of action of Plaintiff. Accordingly, Defendants reserve the right

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

**ANSWER TO COMPLAINT**

to add, delete or modify the affirmative defenses alleged herein and to amend these affirmative defenses to conform to proof at trial. Defendants further incorporate by reference and assert to the extent applicable all other additional and/or affirmative defenses set forth in the answers to the Complaint of each of the other defendants.

**WHEREFORE,** Defendants prays for judgment as follows:

1.  That Plaintiff take nothing by his Complaint;

2.  That the Complaint be dismissed with prejudice and/or that judgment be entered in favor of Defendants and against Plaintiff on all causes of action;

3.  That Defendants be awarded reasonable attorneys' fees according to proof, as applicable;

4.  That Defendants be awarded the costs of suit incurred herein; and

5.  That Defendants be awarded such other and further relief as the Court may deem appropriate and proper.

**JURY DEMAND**

Defendants demand a trial by jury on all issues triable by a jury.

DATED:  April 19, 2024

BUCHALTER
A Professional Corporation

By: _____
        KEVIN T. COLLINS
        ADAM P. SMITH
        NATALIYA SHTEVNINA
        Attorneys for Defendants
Janet Blegen, individually and as Trustee of the Janet Elizabeth Blegen Separate Property Trust; Robert Anderson, individually and as Trustee of the Robert Todd Anderson Living Trust; Ned Anderson, individually and as Trustee of the Ned Kirby Anderson Trust; Stan Anderson; Neil Anderson; Lynn Mahre; Glenn Anderson; Sharon Totman; Christopher Wycoff; Amber Bauman