SANJAY NANGIA (State Bar No. 264986)
sanjaynangia@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California 94111
Telephone: (415) 276-6500
Fax: (415) 276-6599

Attorneys for Defendant
WILLIAM DIETRICH
(individually and as trustee of the
Child's Trust FBO William C. Dietrich,
a subtrust under the Trust of William C. Dietrich
and Ivanna S. Dietrich)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLANNERY ASSOCIATES LLC, | **Case No. 2:23-cv-00927-TLN-AC** |
| Plaintiff, | |
| vs. | **DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT** |
| BARNES FAMILY RANCH ASSOCIATES, LLC, LAMBIE RANCH ASSOCIATES, LLC, KIRBY HILL ASSOCIATES, LLC, BARNES FAMILY RANCH CORPORATION, LAMBIE RANCH CORPORATION, KIRBY HILL CORPORATION, KIRK BEEBE, SUSAN BEEBE FURAY, MURRAY BANKHEAD (INDIVIDUALLY AND AS TRUSTEE FOR THE BAUMBACH FAMILY TRUST), MICHAEL RICE (INDIVIDUALLY AND AS TRUSTEE FOR THE RICE FAMILY TRUST); CHRISTINE MAHONEY LIMITED PARTNERSHIP, CHRISTINE MAHONEY LIMITED PARTNERSHIP MANAGEMENT COMPANY, EMIGH LAND LP, EL GENERAL PARTNER, LLC, CHRISTINE MAHONEY (INDIVIDUALLY AND AS TRUSTEE OF THE MAHONEY 2005 FAMILY TRUST), DANIEL MAHONEY INDIVIDUALLY AND AS TRUSTEE OF THE MAHONEY 2005 FAMILY TRUST); IAN ANDERSON (INDIVIDUALLY AND AS TRUSTEE OF THE IAN AND MARGARET ANDERSON FAMILY TRUST), MARGARET ANDERSON (INDIVIDUALLY AND AS TRUSTEE OF THE IAN AND MARGARET ANDERSON FAMILY TRUST), NEIL ANDERSON, MARYN ANDERSON, WILLIAM DIETRICH (INDIVIDUALLY | Assigned to Hon. Troy L. Nunley<br>Trial Date:    None Set |

AND AS TRUSTEE OF THE CHILD'S
TRUST FBO WILLIAM C. DIETRICH, A
SUBTRUST UNDER THE TRUST OF
WILLIAM C. DIETRICH AND IVANNA S.
DIETRICH), PAUL DIETRICH
(INDIVIDUALLY AND AS TRUSTEE OF
THE CHILD'S TRUST FBO PAUL S.
DIETRICH, A SUBTRUST UNDER THE
TRUST OF WILLIAM C. DIETRICH AND
IVANNA S. DIETRICH), JOHN ALSOP
(INDIVIDUALLY AND AS TRUSTEE OF
THE JOHN G. ALSOP LIVING TRUST),
NANCY ROBERTS (INDIVIDUALLY AND
AS TRUSTEE OF THE NANCY C. ROBERTS
LIVING TRUST), JANET ZANARDI
(INDIVIDUALLY AND AS TRUSTEE OF
TRUST A UNDER THE ZANARDI
REVOCABLE TRUST), RONALD GURULE
(INDIVIDUALLY AND AS TRUSTEE OF
THE RONALD GURULE 2013 FAMILY
TRUST), RICHARD ANDERSON
(INDIVIDUALLY AND AS TRUSTEE OF
THE REA PROPERTIES TRUST), DAVID
ANDERSON (INDIVIDUALLY AND AS
TRUSTEE OF THE IRWIN E. ANDERSON
SURVIVOR'S TRUST), DEBORAH
WORKMAN (INDIVIDUALLY AND AS
TRUSTEE OF THE IRWIN E. ANDERSON
SURVIVOR'S TRUST), CAROL HOFFMAN
(INDIVIDUALLY AND AS TRUSTEE OF
THE IRWIN E. ANDERSON SURVIVOR'S
TRUST), NED ANDERSON
(INDIVIDUALLY AND AS TRUSTEE OF
THE NED KIRBY ANDERSON TRUST),
NEIL ANDERSON, GLENN ANDERSON,
JANET BLEGEN (INDIVIDUALLY AND AS
TRUSTEE OF THE JANET ELIZABETH
BLEGEN SEPARATE PROPERTY TRUST),
ROBERT ANDERSON (INDIVIDUALLY
AND AS TRUSTEE OF THE ROBERT TODD

ANDERSON LIVING TRUST), STAN
ANDERSON, LYNNE MAHRE, SHARON
TOTMAN, AMBER BAUMAN,
CHRISTOPHER WYCOFF;
AND JOHN DOES 1-50,

Defendants.

Defendant William Dietrich (individually and as trustee of the Child's Trust FBO William C. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich) ("William Dietrich" or "Defendant"), in response to the Complaint ("Complaint") filed by Plaintiff Flannery Associates, LLC. ("Plaintiff" or "Flannery"), admits, denies, and alleges as follows:

## JURISDICTION

1.      Paragraph 1 contains legal conclusions and plaintiff's characterization of its claims to which no response is required. To the extent a response is required, William Dietrich denies the allegations in paragraph 1, and denies that plaintiff is entitled to any relief.

2.      Paragraph 2 consists of legal conclusions to which no response is required. To the extent a response is required, William Dietrich denies the allegations in paragraph 2.

3.      Paragraph 3 contains legal conclusions and plaintiff's characterization of its claims to which no response is required. To the extent that an answer is required, William Dietrich denies the allegations contained in Paragraph 3 at least to the extent they relate to William Dietrich. William Dietrich denies the accuracy and use of "Conspirators" as plaintiff has defined it, and denies every reference to "Conspirators" throughout plaintiff's Complaint. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 3 to the extent they relate to other Defendants, and, therefore denies all such allegations.

## VENUE

4.      Paragraph 4 contains legal conclusions and plaintiff's characterization of its claims to which no response is required. To the extent that an answer is required, William Dietrich denies the allegations contained in Paragraph 4 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 4 to the extent they relate to other Defendants, and, therefore denies all such allegations.

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

## NATURE OF THE CASE

5.      Paragraph 5 contains legal conclusions and plaintiff's characterization of its claims to which no response is required. To the extent that an answer is required, William Dietrich denies the allegations contained in Paragraph 5 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 5 to the extent they relate to other Defendants, and, therefore denies all such allegations.

6.      William Dietrich denies the allegations contained in Paragraph 6 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 6 to the extent they relate to other Defendants, and, therefore denies all such allegations.

7.      William Dietrich denies the allegations contained in Paragraph 7 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 7 to the extent they relate to other Defendants, and, therefore denies all such allegations.

8.      Paragraph 8 contains legal conclusions and plaintiff's characterization of its claims to which no response is required. To the extent that an answer is required, William Dietrich denies the allegations contained in Paragraph 8.

9.      The first sentence of Paragraph 9 contains legal conclusions and plaintiff's characterization of its claims to which no response is required. To the extent that an answer is required, William Dietrich denies the allegations contained in Paragraph 9. The second sentence of Paragraph 9 purports to characterize or restate a document, which speaks for itself and no response is required. To the extent a response is required, William Dietrich denies the remaining allegations in Paragraph 9 for lack of knowledge or information sufficient to form a belief as to their truth.

10.      William Dietrich denies the allegations contained in Paragraph 10 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

form a belief as to the truth of the allegations of Paragraph 10 to the extent they relate to other Defendants, and, therefore denies all such allegations.

11.     Paragraph 11 contains legal conclusions and plaintiff's characterization of its claims to which no response is required. To the extent that an answer is required, William Dietrich denies the allegations contained in Paragraph 11 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 11 to the extent they relate to other Defendants, and, therefore denies all such allegations.

12.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 12 and, therefore, denies the allegations of Paragraph 12.

13.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 13 and, therefore, denies the allegations of Paragraph 13.

14.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 14 and, therefore, denies the allegations of Paragraph 14.

15.     William Dietrich denies the allegations contained in Paragraph 15 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 15 to the extent they relate to other Defendants, and, therefore denies all such allegations.

16.     William Dietrich denies the allegations contained in Paragraph 16 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 16 to the extent they relate to other Defendants, and, therefore denies all such allegations.

17.     William Dietrich denies the allegations contained in Paragraph 17 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 17 to the extent they relate to other Defendants, and, therefore denies all such allegations.

18.     William Dietrich denies the allegations contained in Paragraph 18 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

form a belief as to the truth of the allegations of Paragraph 18 to the extent they relate to other Defendants, and, therefore denies all such allegations.

19.     William Dietrich denies the allegations contained in Paragraph 19 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 19 to the extent they relate to other Defendants, and, therefore denies all such allegations.

20.     William Dietrich denies the allegations contained in Paragraph 20 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 20 to the extent they relate to other Defendants, and, therefore denies all such allegations.

21.     This contains legal conclusions and plaintiff's characterization of its claims to which no response is required. To the extent a response is required, William Dietrich denies the allegations contained in Paragraph 21 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 21 to the extent they relate to other Defendants, and, therefore denies all such allegations.

22.     Paragraph 22 purports to characterize or restate a document, which speaks for itself and no response is required. To the extent a response is required, William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 22 and, therefore, denies the allegations of Paragraph 22.

23.     Paragraph 23 purports to characterize or restate a document, which speaks for itself and no response is required. To the extent a response is required, William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 23 and, therefore, denies the allegations of Paragraph 23.

24.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 24 and, therefore, denies the allegations of Paragraph 24.

25.     Paragraph 25 purports to characterize or restate a document, which speaks for itself and no response is required. To the extent a response is required, William Dietrich lacks

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 25 and, therefore, denies the allegations of Paragraph 25.

26.     Paragraph 26 purports to characterize or restate a document, which speaks for itself and no response is required. To the extent a response is required, William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 26 and, therefore, denies the allegations of Paragraph 26.

27.     Paragraph 27 purports to characterize or restate a document, which speaks for itself and no response is required. To the extent a response is required, William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 27 and, therefore, denies the allegations of Paragraph 27.

28.     Paragraph 28 contains legal conclusions, plaintiff's characterization of its case and purports to characterize or restate documents, which speak for themselves, and no response is required. To the extent a response is required, William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 28 and, therefore, denies the allegations of Paragraph 28.

29.     William Dietrich denies the allegations contained in Paragraph 29 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 29 to the extent they relate to other Defendants, and, therefore denies all such allegations.

30.     William Dietrich denies the allegations contained in Paragraph 30 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 30 to the extent they relate to other Defendants, and, therefore denies all such allegations.

31.     William Dietrich denies the allegations contained in Paragraph 31 to the extent they relate to William Dietrich. Further, Paragraph 31 purports to characterize or restate a document, which speaks for itself and no response is required. To the extent a response is required, William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 31 and, therefore, denies the allegations of Paragraph 31.

32.     Paragraph 32 contains legal conclusions and plaintiff's characterization of its case, and no response is required. To the extent a response is required, William Dietrich denies the allegations contained in Paragraph 32 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 32 to the extent they relate to other Defendants, and, therefore denies all such allegations.

33.     Paragraph 33 contains legal conclusions and plaintiff's characterization of its case, and no response is required. To the extent a response is required, William Dietrich denies the allegations contained in Paragraph 33 and denies that plaintiff is entitled to relief.

## THE PARTIES

### A.     Flannery

34.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 34 and, therefore, denies the allegations of Paragraph 34.

### B.     BLK Defendants

35.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 35 and, therefore, denies the allegations of Paragraph 35.

36.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 36 and, therefore, denies the allegations of Paragraph 36.

37.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 37 and, therefore, denies the allegations of Paragraph 37.

38.     William Dietrich admits that plaintiff refers to Barnes LLC, Lambie LLC, and Kirby LLC as "BLK LLCs."

39.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 39 and, therefore, denies the allegations of Paragraph 39.

40.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 40 and, therefore, denies the allegations of Paragraph 40.

41.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 41 and, therefore, denies the allegations of Paragraph 41.

42.     William Dietrich admits that plaintiff refers to Barnes Corp., Lambie Corp., and Kirby Corp. as the "Beebe Corporations." William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 42 and, therefore, denies the remaining allegations of Paragraph 42.

43.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 43 and, therefore, denies the allegations of Paragraph 43.

44.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 44 and, therefore, denies the allegations of Paragraph 44.

45.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 45 and, therefore, denies the allegations of Paragraph 45.

46.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 46 and, therefore, denies the allegations of Paragraph 46.

47.     William Dietrich admits that plaintiff refers to BLK LLCs, the Beebe Corporations, Kirk Beebe, Susan Beebe Furay, Murray Bankhead, and Michael Rice as "BLK Defendants."

**C.     Mahoney Defendants**

48.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 48 and, therefore, denies the allegations of Paragraph 48.

49.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 49 and, therefore, denies the allegations of Paragraph 49.

50.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 50 and, therefore, denies the allegations of Paragraph 50.

51.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 51 and, therefore, denies the allegations of Paragraph 51.

52.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 52 and, therefore, denies the allegations of Paragraph 52.

53.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 53 and, therefore, denies the allegations of Paragraph 53.

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

54.     William Dietrich admits that plaintiff refers to Mahoney LP, Christine Mahoney Limited Partnership Management Company LLC, Emigh Land LP, El General Partner LLC, Christine Mahoney, and Daniel Mahoney as "Mahoney Defendants."

**D.     Anderson Defendants**

55.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 55 and, therefore, denies the allegations of Paragraph 55.

56.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 56 and, therefore, denies the allegations of Paragraph 56.

57.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 57 and, therefore, denies the allegations of Paragraph 57.

58.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 58 and, therefore, denies the allegations of Paragraph 58.

59.     In response to the first sentence of Paragraph 59, William Dietrich admits he is a resident of California.  The second sentence of Paragraph 59 purports to characterize or restate a document, which speaks for itself and no response is required. To the extent a response is required, William Dietrich states that he is Trustee of the Trust of William C. Dietrich and Ivanna S. Dietrich which has a sub trust called the Dietrich Child's Trust, but denies all other allegations in this sentence. The fourth sentence of Paragraph 59 characterizes plaintiff's claim and no response is required. To the extent a response is required, William Dietrich admits that the Complaint names him as a defendant in the manner described but denies all allegations asserting wrongdoing contained in the Complaint and denies that plaintiff is entitled to relief.

60.     William Dietrich admits that Paul Dietrich is a resident of California, and he is a trustee of the Paul S. Dietrich Child's Trust.  The fourth sentence of Paragraph 60 characterizes plaintiff's claim and no response is required. To the extent a response is required, William Dietrich admits that the Complaint names Paul Deitrich as a defendant in the manner described but denies all allegations asserting wrongdoing contained in the Complaint and denies that plaintiff is entitled to relief.

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

61. William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 61 and, therefore, denies the allegations of Paragraph 61.

62. William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 62 and, therefore, denies the allegations of Paragraph 62.

63. William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 63 and, therefore, denies the allegations of Paragraph 63.

64. William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 64 and, therefore, denies the allegations of Paragraph 64.

65. William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 65 and, therefore, denies the allegations of Paragraph 65.

66. William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 66 and, therefore, denies the allegations of Paragraph 66.

67. William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 67 and, therefore, denies the allegations of Paragraph 67.

68. William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 68 and, therefore, denies the allegations of Paragraph 68.

69. William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 69 and, therefore, denies the allegations of Paragraph 69.

70. William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 70 and, therefore, denies the allegations of Paragraph 70.

71. William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 71 and, therefore, denies the allegations of Paragraph 71.

72. William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 72 and, therefore, denies the allegations of Paragraph 72.

73. William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 73 and, therefore, denies the allegations of Paragraph 73.

74. William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 74 and, therefore, denies the allegations of Paragraph 74.

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

75.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 75 and, therefore, denies the allegations of Paragraph 75.

76.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 76 and, therefore, denies the allegations of Paragraph 76.

77.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 77 and, therefore, denies the allegations of Paragraph 77.

78.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 78 and, therefore, denies the allegations of Paragraph 78.

79.     William Dietrich admits that plaintiff refers to these entities and individuals as the "Anderson Defendants," but denies all other allegations of Paragraph 79.

**E.     <u>The Hamilton Conspirators</u>**

80.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 80 and, therefore, denies the allegations of Paragraph 80.

81.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 81 and, therefore, denies the allegations of Paragraph 81.

82.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 82 and, therefore, denies the allegations of Paragraph 82.

83.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 83 and, therefore, denies the allegations of Paragraph 83.

84.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 84 and, therefore, denies the allegations of Paragraph 84.

85.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 85 and, therefore, denies the allegations of Paragraph 85.

86.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 86 and, therefore, denies the allegations of Paragraph 86.

87.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 87 and, therefore, denies the allegations of Paragraph 87.

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

88.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 88 and, therefore, denies the allegations of Paragraph 88.

89.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 89 and, therefore, denies the allegations of Paragraph 89.

90.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 90 and, therefore, denies the allegations of Paragraph 90.

91.     William Dietrich admits that plaintiff refers to Richard Hamilton, Anastasia Hamilton, David Hamilton Sr., David Hamilton Jr., Catherine Hamilton, Peter Hamilton, Charles Hamilton, Clayton Hamilton-Alexander, Margaret Hamilton Giordanengo, David Hamilton Properties LLC, and Hamilton Montezuma Properties LLC as "Hamilton Conspirators."

**F. JOHN DOES 1-50**

92.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 92 and, therefore, denies the allegations of Paragraph 92.

**FACTUAL BACKGROUND**

**I.   The Conspirators Own Multiple Properties in Solano County, California**

93.     William Dietrich denies the allegations contained in Paragraph 93 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 93 to the extent they relate to other Defendants, and, therefore denies all such allegations.

**A. BLK Properties**

94.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 94 and, therefore, denies the allegations of Paragraph 94.

95.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 95 and, therefore, denies the allegations of Paragraph 95.

96.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 96 and, therefore, denies the allegations of Paragraph 96.

97.     William Dietrich admits that plaintiff refers to the Barnes Property, Lambie Property, and Kirby Property collectively as the "BLK Properties".

**B. Mahoney Properties**

98.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 98 and, therefore, denies the allegations of Paragraph 98.

99.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 99 and, therefore, denies the allegations of Paragraph 98.

100.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 100 and, therefore, denies the allegations of Paragraph 100.

101.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 101 and, therefore, denies the allegations of Paragraph 101.

102.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 102 and, therefore, denies the allegations of Paragraph 102.

103.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 103 and, therefore, denies the allegations of Paragraph 103.

104.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 104 and, therefore, denies the allegations of Paragraph 104.

105.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 105 and, therefore, denies the allegations of Paragraph 105.

106.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 106 and, therefore, denies the allegations of Paragraph 106.

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

107.    William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 107 and, therefore, denies the allegations of Paragraph 107.

108.    William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 108 and, therefore, denies the allegations of Paragraph 108.

109.    William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 109 and, therefore, denies the allegations of Paragraph 109.

110.    William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 110 and, therefore, denies the allegations of Paragraph 110.

111.    William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 111 and, therefore, denies the allegations of Paragraph 111.

112.    William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 112 and, therefore, denies the allegations of Paragraph 112.

113.    William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 113 and, therefore, denies the allegations of Paragraph 113.

114.    William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 114 and, therefore, denies the allegations of Paragraph 114.

115.    William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 115 and, therefore, denies the allegations of Paragraph 115.

CASE No. 2:23-cv-00927-TLN-AC

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

## C. **Anderson Properties**

116.    William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 116 and, therefore, denies the allegations of Paragraph 116.

117.    William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 117 and, therefore, denies the allegations of Paragraph 117.

118.    William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 118 and, therefore, denies the allegations of Paragraph 118.

119.    William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 119 and, therefore, denies the allegations of Paragraph 119.

120.    William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 120 and, therefore, denies the allegations of Paragraph 120.

121.    William Dietrich admits that he has a financial interest in the "Dietrich Property," as defined, but denies the remaining allegations of Paragraph 121.

122.    William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 122 and, therefore, denies the allegations of Paragraph 122.

123.    William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 123 and, therefore, denies the allegations of Paragraph 123.

124.    William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 124 and, therefore, denies the allegations of Paragraph 124.

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

125.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 125 and, therefore, denies the allegations of Paragraph 125.

126.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 126 and, therefore, denies the allegations of Paragraph 126.

127.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 127 and, therefore, denies the allegations of Paragraph 127.

128.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 128 and, therefore, denies the allegations of Paragraph 128.

129.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 129 and, therefore, denies the allegations of Paragraph 129.

130.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 130 and, therefore, denies the allegations of Paragraph 130.

131.     William Dietrich admits only that he is aware that some of the so-called "Anderson Defendants" have mineral rights under certain other properties but does not know the extent or details of the rights. William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 131 and, therefore, denies the remaining allegations of Paragraph 131.

**D.  Hamilton Properties**

132.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 132 and, therefore, denies the allegations of Paragraph 132.

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

133.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 133 and, therefore, denies the allegations of Paragraph 133.

134.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 134 and, therefore, denies the allegations of Paragraph 134.

135.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 135 and, therefore, denies the allegations of Paragraph 135.

136.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 136 and, therefore, denies the allegations of Paragraph 136.

137.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 137 and, therefore, denies the allegations of Paragraph 137.

138.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 138 and, therefore, denies the allegations of Paragraph 138.

139.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 139 and, therefore, denies the allegations of Paragraph 139.

140.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 140 and, therefore, denies the allegations of Paragraph 140.

**The Conspirators Paid Between $470/Acre and $2800/Acre for Their Properties**

**A.  Transactions With and Without Wind Lease Income**

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

141.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 141 and, therefore, denies the allegations of Paragraph 141.

142.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 142 and, therefore, denies the allegations of Paragraph 142.

143.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 143 and, therefore, denies the allegations of Paragraph 143.

144.     William Dietrich denies the allegations contained in Paragraph 144 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 144 to the extent they relate to other Defendants, and, therefore denies all such allegations.

145.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 145 and, therefore, denies the allegations of Paragraph 145.

146.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 146 and, therefore, denies the allegations of Paragraph 146.

**B.  The Conspirators' Recent Purchases**

147.     William Dietrich denies the allegations contained in Paragraph 147 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 147 to the extent they relate to other Defendants, and, therefore denies all such allegations.

148.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 148 and, therefore, denies the allegations of Paragraph 148.

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

149.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 149 and, therefore, denies the allegations of Paragraph 149.

150.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 150 and, therefore, denies the allegations of Paragraph 150.

151.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 151 and, therefore, denies the allegations of Paragraph 151.

**II.   The Conspirators Represented to Tax Authorities That Their Properties Are Worth <u>a Fraction of the Prices They Attempted to Extract from Flannery</u>**

152.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 152 and, therefore, denies the allegations of Paragraph 152.

153.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 153 and, therefore, denies the allegations of Paragraph 153.

154.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 154 and, therefore, denies the allegations of Paragraph 154.

155.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 155 and, therefore, denies the allegations of Paragraph 155.

156.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 156 and, therefore, denies the allegations of Paragraph 156.

157.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 157 and, therefore, denies the allegations of Paragraph 157.

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

158.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 158 and, therefore, denies the allegations of Paragraph 158.

159.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 159 and, therefore, denies the allegations of Paragraph 159.

160.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 160 and, therefore, denies the allegations of Paragraph 160.

**III.** **Flannery's Purchases in the Area**

161.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 161 and, therefore, denies the allegations of Paragraph 161.

162.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 162 and, therefore, denies the allegations of Paragraph 162.

163.     William Dietrich denies the allegations contained in Paragraph 163 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 163 to the extent they relate to other Defendants, and, therefore denies all such allegations.

164.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 164 and, therefore, denies the allegations of Paragraph 164.

165.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 165 and, therefore, denies the allegations of Paragraph 165.

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

166.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 166 and, therefore, denies the allegations of Paragraph 166.

167.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 167 and, therefore, denies the allegations of Paragraph 167.

**IV. Flannery's Attempts to Purchase Property From the Conspirators**

168.     William Dietrich admits only that he received correspondence with what purported to be certain offers from Flannery on or about July 2019, March 2020, and May 2021.  William Dietrich denies all remaining allegations in Paragraph 168, including specifically,  that he had any "discussions" with Flannery or any of its representatives at any time about offers to purchase property.

**A.  BLK Properties**

169.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 169 and, therefore, denies the allegations of Paragraph 169.

170.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 170 and, therefore, denies the allegations of Paragraph 170.

171.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 171 and, therefore, denies the allegations of Paragraph 171.

172.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 172 and, therefore, denies the allegations of Paragraph 172.

173.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 173 and, therefore, denies the allegations of Paragraph 173.

174.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 174 and, therefore, denies the allegations of Paragraph 174.

175.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 175 and, therefore, denies the allegations of Paragraph 175.

176.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 176 and, therefore, denies the allegations of Paragraph 176.

177.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 177 and, therefore, denies the allegations of Paragraph 177.

**B. Mahoney Properties**

178.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 178 and, therefore, denies the allegations of Paragraph 178.

179.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 179 and, therefore, denies the allegations of Paragraph 179.

180.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 180 and, therefore, denies the allegations of Paragraph 180.

181.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 181 and, therefore, denies the allegations of Paragraph 181.

182.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 182 and, therefore, denies the allegations of Paragraph 182.

CASE NO. 2:23-cv-00927-TLN-AC
DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

183.   William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 183 and, therefore, denies the allegations of Paragraph 183.

184.   William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 184 and, therefore, denies the allegations of Paragraph 184.

185.   William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 185 and, therefore, denies the allegations of Paragraph 185.

186.   William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 186 and, therefore, denies the allegations of Paragraph 186.

187.   William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 187 and, therefore, denies the allegations of Paragraph 187.

188.   William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 188 and, therefore, denies the allegations of Paragraph 188.

189.   William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 189 and, therefore, denies the allegations of Paragraph 189.

190.   William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 190 and, therefore, denies the allegations of Paragraph 190.

191.   William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 191 and, therefore, denies the allegations of Paragraph 191.

192.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 192 and, therefore, denies the allegations of Paragraph 192.

193.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 193 and, therefore, denies the allegations of Paragraph 193.

194.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 194 and, therefore, denies the allegations of Paragraph 194.

195.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 195 and, therefore, denies the allegations of Paragraph 195.

196.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 196 and, therefore, denies the allegations of Paragraph 196.

197.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 197 and, therefore, denies the allegations of Paragraph 197.

198.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 198 and, therefore, denies the allegations of Paragraph 198.

199.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 199 and, therefore, denies the allegations of Paragraph 199.

200.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 200 and, therefore, denies the allegations of Paragraph 200.

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

201.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 201 and, therefore, denies the allegations of Paragraph 201.

202.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 202 and, therefore, denies the allegations of Paragraph 202.

**C.  <u>Anderson Properties</u>**

    1.     <u>Mason, Zadwick, Neil Anderson, Maryn Anderson, and Russell Properties</u>

203.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 203 and, therefore, denies the allegations of Paragraph 203.

204.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 204 and, therefore, denies the allegations of Paragraph 204.

205.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 205 and, therefore, denies the allegations of Paragraph 205.

206.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 206 and, therefore, denies the allegations of Paragraph 206.

207.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 207 and, therefore, denies the allegations of Paragraph 207.

208.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 208 and, therefore, denies the allegations of Paragraph 208.

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

209.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 209 and, therefore, denies the allegations of Paragraph 209.

210.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 210 and, therefore, denies the allegations of Paragraph 210.

211.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 211 and, therefore, denies the allegations of Paragraph 211.

212.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 212 and, therefore, denies the allegations of Paragraph 212.

213.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 213 and, therefore, denies the allegations of Paragraph 213.

214.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 214 and, therefore, denies the allegations of Paragraph 214.

215.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 215 and, therefore, denies the allegations of Paragraph 215.

216.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 216 and, therefore, denies the allegations of Paragraph 216.

217.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 217 and, therefore, denies the allegations of Paragraph 217.

CASE No. 2:23-cv-00927-TLN-AC

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

218.     William Dietrich denies the allegations contained in Paragraph 218 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 218 to the extent they relate to other Defendants, and, therefore denies all such allegations.

2.     Dietrich, Alsop, and Gurule Properties

219.     William Dietrich admits that he received correspondence with what purported to be offers on or about July 2019, March 2020, and May 2021.  William Dietrich is also aware of correspondence between other Defendants indicating that Flannery made an offer on a property owned by another Defendant in or around July 2019.  William Dietrich denies all remaining allegations in Paragraph 219 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 219 as they relate to other defendants and, therefore, denies the same.

220.     William Dietrich denies the allegations contained in Paragraph 220 to the extent they relate to William Dietrich, including specifically, the allegation that Paul Dietrich and/or Nancy Roberts acted on behalf of William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 220 to the extent they relate to other Defendants, and, therefore denies all such allegations.

221.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 221 and, therefore, denies the allegations of Paragraph 221.

3.     Ila, Richard Anderson, Irwin Anderson, and McKinnon 18 Properties

222.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 222 and, therefore, denies the allegations of Paragraph 222.

223.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 223 and, therefore, denies the allegations of Paragraph 223.

224.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 224 and, therefore, denies the allegations of Paragraph 224.

225.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 225 and, therefore, denies the allegations of Paragraph 225.

226.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 226 and, therefore, denies the allegations of Paragraph 226.

4.     <u>Anderson 1.005 and 153 Properties</u>

227.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 227 and, therefore, denies the allegations of Paragraph 227.

228.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 228 and, therefore, denies the allegations of Paragraph 228.

229.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 229 and, therefore, denies the allegations of Paragraph 229.

230.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 230 and, therefore, denies the allegations of Paragraph 230.

231.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 231 and, therefore, denies the allegations of Paragraph 231.

232.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 232 and, therefore, denies the allegations of Paragraph 232.

233.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 233 and, therefore, denies the allegations of Paragraph 233.

234.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 234 and, therefore, denies the allegations of Paragraph 234.

235.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 235 and, therefore, denies the allegations of Paragraph 235.

236.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 236 and, therefore, denies the allegations of Paragraph 236.

237.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 237 and, therefore, denies the allegations of Paragraph 237.

**D. <u>Hamilton Properties</u>**

238.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 238 and, therefore, denies the allegations of Paragraph 238.

239.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 239 and, therefore, denies the allegations of Paragraph 239.

240.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 240 and, therefore, denies the allegations of Paragraph 240.

241.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 241 and, therefore, denies the allegations of Paragraph 241.

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

242.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 242 and, therefore, denies the allegations of Paragraph 242.

243.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 243 and, therefore, denies the allegations of Paragraph 243.

244.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 244 and, therefore, denies the allegations of Paragraph 244.

245.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 245 and, therefore, denies the allegations of Paragraph 245.

246.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 246 and, therefore, denies the allegations of Paragraph 246.

247.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 247 and, therefore, denies the allegations of Paragraph 247.

248.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 248 and, therefore, denies the allegations of Paragraph 248.

**V.   The Conspirators Agreed to Fix at Artificially High Levels**

249.     William Dietrich denies the allegations contained in Paragraph 249 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 249 to the extent they relate to other Defendants, and, therefore denies all such allegations.

250.     Paragraph 250 purports to characterize or restate a document, which speaks for itself and no response is required. To the extent a response is required, William Dietrich lacks

knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 250 and, therefore, denies the allegations of Paragraph 250.

251.    Paragraph 251 purports to characterize or restate a document, which speaks for itself and no response is required. To the extent a response is required, William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 252 and, therefore, denies the allegations of Paragraph 251.

252.    William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 252 and, therefore, denies the allegations of Paragraph 252.

253.    William Dietrich denies the allegations contained in Paragraph 253 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 253 to the extent they relate to other Defendants, and, therefore denies all such allegations.

254.    William Dietrich admits that at least some of the so-called "Anderson Defendants" have fractional mineral rights under certain other properties but does not know the extent or details of the rights.  William Dietrich also admits that Ian Anderson leases the Dietrich Property.  William Dietrich denies the remaining allegations contained in Paragraph 254 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 254 to the extent they relate to other Defendants, and, therefore denies all such allegations.

255.    William Dietrich denies the allegations contained in Paragraph 255 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 255 to the extent they relate to other Defendants, and, therefore denies all such allegations.

256.    William Dietrich denies the allegations contained in Paragraph 256 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 256 to the extent they relate to other Defendants, and, therefore denies all such allegations.

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

257.     William Dietrich denies the allegations contained in Paragraph 257 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 257 to the extent they relate to other Defendants, and, therefore denies all such allegations.

258.     Paragraph 258 purports to characterize or restate a document, which speaks for itself and no response is required. To the extent a response is required, William Dietrich denies the allegations contained in Paragraph 258 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 258 to the extent they relate to other Defendants, and, therefore denies all such allegations.

259.     Paragraph 259 purports to characterize or restate a document, which speaks for itself and no response is required. To the extent a response is required, William Dietrich denies the allegations contained in Paragraph 259 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 259 to the extent they relate to other Defendants, and, therefore denies all such allegations.

260.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 260 and, therefore, denies the allegations of Paragraph 260.

261.     Paragraph 261 purports to characterize or restate a document, which speaks for itself and no response is required. To the extent a response is required, William Dietrich denies the allegations contained in Paragraph 261 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 261 to the extent they relate to other Defendants, and, therefore denies all such allegations.

262.     Paragraph 262 purports to characterize or restate a document, which speaks for itself and no response is required. To the extent a response is required, William Dietrich denies the allegations contained in Paragraph 262 to the extent they relate to William Dietrich. William

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 262 to the extent they relate to other Defendants, and, therefore denies all such allegations.

263.     Paragraph 263 purports to characterize or restate a document, which speaks for itself and no response is required. To the extent a response is required, William Dietrich denies the allegations contained in Paragraph 263 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 263 to the extent they relate to other Defendants, and, therefore denies all such allegations.

264.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 264 and, therefore, denies the allegations of Paragraph 264.

265.     William Dietrich denies the allegations contained in Paragraph 265 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 265 to the extent they relate to other Defendants, and, therefore denies all such allegations.

266.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 266 and, therefore, denies the allegations of Paragraph 266.

267.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 267 and, therefore, denies the allegations of Paragraph 267.

268.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 268 and, therefore, denies the allegations of Paragraph 268.

269.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 269 and, therefore, denies the allegations of Paragraph 269.

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

270.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 270 and, therefore, denies the allegations of Paragraph 270.

271.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 271 and, therefore, denies the allegations of Paragraph 271.

**VI. Flannery Has Suffered Antitrust Injury as a Result of the Price-Fixing Conspiracy**

272.     Paragraph 272 contains legal conclusions and plaintiff's characterization of its claims to which no response is required. To the extent that an answer is required, William Dietrich denies the allegations contained in Paragraph 272.

273.     Paragraph 273 contains legal conclusions and plaintiff's characterization of its claims to which no response is required. To the extent that an answer is required, William Dietrich denies the allegations contained in Paragraph 273.

274.     Paragraph 274 contains legal conclusions and plaintiff's characterization of its claims to which no response is required. To the extent that an answer is required, William Dietrich denies the allegations contained in Paragraph 274.

275.     Paragraph 275 contains legal conclusions and plaintiff's characterization of its claims to which no response is required. To the extent that an answer is required, William Dietrich denies the allegations contained in Paragraph 275.

**A.   Overcharge Damages for Purchases From the Conspirators and Their Co-Owners**

1.   Purchases From the Conspirators

276.     Paragraph 276 contains legal conclusions and plaintiff's characterization of its claims to which no response is required. To the extent that an answer is required, William Dietrich denies the allegations contained in Paragraph 276 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 276 to the extent they relate to other Defendants, and, therefore denies all such allegations.

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

277.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 277 and, therefore, denies the allegations of Paragraph 277.

278.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 278 and, therefore, denies the allegations of Paragraph 278.

279.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 279 and, therefore, denies the allegations of Paragraph 279.

280.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 280 and, therefore, denies the allegations of Paragraph 280.

281.     Paragraph 281 contains legal conclusions and plaintiff's characterization of its claims to which no response is required. To the extent that an answer is required, William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 281 to the extent they relate to other Defendants, and, therefore denies all such allegations.

2.     <u>Purchases From Co-Owners of the Conspirators</u>

282.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 282 and, therefore, denies the allegations of Paragraph 282.

283.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 283 and, therefore, denies the allegations of Paragraph 283.

284.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 284 and, therefore, denies the allegations of Paragraph 284.

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

285.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 285 and, therefore, denies the allegations of Paragraph 285.

286.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 286 and, therefore, denies the allegations of Paragraph 286.

287.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 287 and, therefore, denies the allegations of Paragraph 287.

288.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 288 and, therefore, denies the allegations of Paragraph 288.

**B.  <u>Lost Profits From Inability To Purchase Properties From the Conspirators</u>**

289.     William Dietrich denies the allegations contained in Paragraph 289 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 289 to the extent they relate to other Defendants, and, therefore denies all such allegations.

290.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 290 and, therefore, denies the allegations of Paragraph 290.

291.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 291 and, therefore, denies the allegations of Paragraph 291.

292.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 292 and, therefore, denies the allegations of Paragraph 292.

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

293.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 293 and, therefore, denies the allegations of Paragraph 293.

294.     Paragraph 294 contains legal conclusions and plaintiff's characterization of its claims to which no response is required. To the extent that an answer is required, William Dietrich denies the allegations contained in Paragraph 294 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 294 to the extent they relate to other Defendants, and, therefore denies all such allegations.

### C.     Overcharge Damages for Purchases From Third Parties

295.     Paragraph 295 contains legal conclusions and plaintiff's characterization of its claims to which no response is required. To the extent a response is required, William Dietrich denies the allegations contained in Paragraph 295 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 295 to the extent they relate to other Defendants, and, therefore denies all such allegations.

296.     William Dietrich denies the allegations contained in Paragraph 296 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 296 to the extent they relate to other Defendants, and, therefore denies all such allegations.

297.     William Dietrich denies the allegations contained in Paragraph 297 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 297 to the extent they relate to other Defendants, and, therefore denies all such allegations.

298.     Paragraph 298 purports to characterize or restate a document, which speaks for itself and no response is required. To the extent a response is required, William Dietrich denies the allegations contained in Paragraph 298 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

allegations of Paragraph 298 to the extent they relate to other Defendants, and, therefore denies all such allegations.

299.     William Dietrich denies the allegations contained in Paragraph 299 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 299 to the extent they relate to other Defendants, and, therefore denies all such allegations.

300.     William Dietrich denies the allegations contained in Paragraph 300 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 300 to the extent they relate to other Defendants, and, therefore denies all such allegations.

301.     William Dietrich denies the allegations contained in Paragraph 301 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 301 to the extent they relate to other Defendants, and, therefore denies all such allegations.

302.     William Dietrich denies the allegations contained in Paragraph 302 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 302 to the extent they relate to other Defendants, and, therefore denies all such allegations.

303.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 303 and, therefore, denies the allegations of Paragraph 303.

304.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 304 and, therefore, denies the allegations of Paragraph 304.

305.     Paragraph 305 contains legal conclusions and plaintiff's characterization of its claims to which no response is required. To the extent that an answer is required, William Dietrich denies the allegations contained in Paragraph 305 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

truth of the allegations of Paragraph 305 to the extent they relate to other Defendants, and, therefore denies all such allegations.

**D. <u>Lost Profits From Inability To Purchase Properties From Third Parties</u>**

306. Paragraph 306 contains legal conclusions and plaintiff's characterization of its claims to which no response is required. To the extent that an answer is required, William Dietrich denies the allegations contained in Paragraph 306 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 306 to the extent they relate to other Defendants, and, therefore denies all such allegations.

307. Paragraph 307 contains legal conclusions and plaintiff's characterization of its claims to which no response is required. To the extent that an answer is required, William Dietrich denies the allegations contained in Paragraph 307 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 307 to the extent they relate to other Defendants, and, therefore denies all such allegations.

308. Paragraph 308 contains legal conclusions and plaintiff's characterization of its claims to which no response is required. To the extent that an answer is required, William Dietrich denies the allegations contained in Paragraph 308 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 308 to the extent they relate to other Defendants, and, therefore denies all such allegations.

309. William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 309 and, therefore, denies the allegations of Paragraph 309.

310. William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 310 and, therefore, denies the allegations of Paragraph 310.

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

311.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 311 and, therefore, denies the allegations of Paragraph 311.

312.     William Dietrich lacks knowledge or information sufficient to form a belief about the truth of the allegations of Paragraph 312 and, therefore, denies the allegations of Paragraph 312.

313.     William Dietrich denies the allegations contained in Paragraph 313 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 313 to the extent they relate to other Defendants, and, therefore denies all such allegations.

## CAUSES OF ACTION

### COUNT ONE

### (Violation of Section 1 of the Sherman Act, 15 U.S.C. § 1)

314.     William Dietrich repeats and incorporates his responses the allegations set forth in Paragraphs 1 through 313 as if fully set forth herein.

315.     Paragraph 315 purports to characterize or restate a statute, which speaks for itself and no response is required. To the extent a response is required, William Dietrich denies the allegations contained in Paragraph 298 to the extent they relate to William Dietrich.

316.     William Dietrich admits that he is a distinct individual, and that William C. Dietrich and Ivanna S. Dietrich trust is a distinct entity.  William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 316 to the extent they relate to other Defendants, and, therefore denies all such allegations. William Dietrich denies all remaining allegations of Paragraph 316.

317.     William Dietrich denies all remaining allegations in Paragraph 317.

318.     William Dietrich denies the allegations contained in Paragraph 318 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 318 to the extent they relate to other Defendants, and, therefore denies all such allegations.

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

319.     William Dietrich denies the allegations contained in Paragraph 319 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 319 to the extent they relate to other Defendants, and, therefore denies all such allegations.

320.     William Dietrich denies the allegations contained in Paragraph 320 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 320 to the extent they relate to other Defendants, and, therefore denies all such allegations.

321.     William Detrich denies the allegations contained in Paragraph 321.

322.     William Detrich denies the allegations contained in Paragraph 322.

323.     William Detrich denies the allegations contained in Paragraph 323.

## COUNT TWO

### (Violation of Cartwright Act, Cal. Bus. & Prof. Code §§ 16720 et seq.)

324.     William Dietrich repeats and incorporates his responses the allegations set forth in Paragraphs 1 through 313 as if fully set forth herein.

325.     Paragraph 325 contains legal conclusions to which no response is required. To the extent that an answer is required, William Dietrich denies the allegations contained in Paragraph 325.

326.     Paragraph 326 purports to characterize or restate a statute, which speaks for itself and no response is required. To the extent a response is required, William Dietrich denies the allegations contained in Paragraph 326.

327.     William Detrich denies the allegations contained in Paragraph 327 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 327 to the extent they relate to other Defendants, and, therefore denies all such allegations.

328.     William Detrich denies the allegations contained in Paragraph 328.

329.     William Detrich denies the allegations contained in Paragraph 329.

330.     William Detrich denies the allegations contained in Paragraph 330.

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

331.     William Detrich denies the allegations contained in Paragraph 331.

## COUNT THREE

### (Violation of Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200 et seq.)

332.     William Dietrich repeats and incorporates his responses the allegations set forth in Paragraphs 1 through 313 as if fully set forth herein.

333.     Paragraph 333 contains legal conclusions to which no response is required. To the extent that an answer is required, William Dietrich denies the allegations contained in Paragraph 333.

334.     Paragraph 334 contains legal conclusions to which no response is required. To the extent that an answer is required, William Dietrich denies the allegations contained in Paragraph 334.

335.     William Detrich denies the allegations contained in Paragraph 335 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 335 to the extent they relate to other Defendants, and, therefore denies all such allegations.

336.     William Detrich denies the allegations contained in Paragraph 336 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 336 to the extent they relate to other Defendants, and, therefore denies all such allegations.

337.     William Detrich denies the allegations contained in Paragraph 337 to the extent they relate to William Dietrich. William Dietrich lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 337 to the extent they relate to other Defendants, and, therefore denies all such allegations.

338.     William Detrich denies the allegations contained in Paragraph 338.

339.     William Detrich denies the allegations contained in Paragraph 339.

## ADDITIONAL OR AFFIRMATIVE DEFENSES

William Dietrich asserts the following affirmative defenses to plaintiff's Complaint:

## FIRST AFFIRMATIVE DEFENSE

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

The Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff has suffered no antitrust injury.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are improperly joined within the meaning of the Federal Rules of Civil Procedure because they did not arise out of the same transaction, occurrence, or series of transactions or occurrences. Specifically, Plaintiff has not alleged, nor can Plaintiff prove, that Plaintiff's entirely speculative claim against William Dietrich arose out of, or relates in any way, to the Plaintiff's claims against other Defendants, many of whom William Dietrich does not know and/or has not interacted with for many years.  William Dietrich had no knowledge of, or involvement in, Plaintiff's negotiations regarding properties of other Defendants.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, to the extent the alleged damages are too remote or speculative to allow recovery to the extent Plaintiff's purchases increased demand for property, impacting property values, and Plaintiff voluntarily paid inflated prices.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred to the extent their alleged damages were caused solely or proximately by market conditions or the acts and omissions of others and were not the result of any act or omission alleged in the Complaint.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred to the extent any recovery by Plaintiff would be duplicative of recovery.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred to the extent the alleged actions or practices that are subject of the Complaint were undertaken unilaterally for legitimate reasons and in pursuit of independent interests, and were not the product of any unlawful contract, combination or conspiracy.

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, to the extent Plaintiff lacks standing to bring or maintain the claims set forth in the Complaint.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiff is barred from the recovery of damages, if any, to the extent any damages—the fact and extent of which are expressly denied by William Dietrich—were caused by Plaintiff's own actions and by Plaintiff's failure to mitigate its damages. Specifically, they are barred to the extent Plaintiff voluntarily overpaid for property and increased demand, thereby impacting property values.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred by the applicable statutes of limitation.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims for an injunction or other equitable relief are barred, in whole or in part, because Plaintiff has available an adequate remedy at law and there is no threatened future or continuing harm.

**TWELFTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred in whole or in part by the doctrines of waiver, estoppel, unclean hands, and/or laches.

**THIRTEENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, because any actions or practices that are the subject of the Complaint (which William Dietrich expressly denies) were not a product of any contract, combination, or conspiracy.

**FOURTEENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims should be dismissed to the extent that they are barred, in whole or in part, because any claimed injury or damage has been offset by benefits that Plaintiff received with respect to the challenged conduct.

**FIFTEENTH AFFIRMATIVE DEFENSE**

43

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

Plaintiff's claims are barred, in whole or in part, from recovery of damages to the extent that any restitution or award of damages to Plaintiff would be excessive, punitive, and disproportionate to any alleged injury suffered by Plaintiff.

### SIXTEENTH AFFIRMATIVE DEFENSE

Without admitting the existence of any contract, combination, or conspiracy in restraint of trade, William Dietrich avers that he is entitled to set off any benefit conferred to Plaintiff by any other Defendants or alleged co-conspirators who have settled, or do settle, Plaintiff's claims against them in this matter.

### SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because there is no sufficient nexus between the transactions at issue and U.S. trade or commerce.

### EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the voluntary payment doctrine, under which Plaintiff is not entitled to recover payments made with full knowledge of the facts.

### NINETEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, to the extent the injuries alleged in the Complaint, the fact and extent of which are expressly denied by William Dietrich, were directly and proximately caused by or contributed to by the statements, acts, or omissions of Plaintiff or third persons or entities unaffiliated with William Dietrich.

### TWENTIETH AFFIRMATIVE DEFENSE

Plaintiff's claims should be dismissed to the extent they are barred, in whole or in part, because William Dietrich's actions did not lessen competition in the relevant market.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by reason of Plaintiff's ratification of, acquiescence in, agreement with, or consent to the conduct alleged in the Complaint.

DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

1

## TWENTY-SECOND AFFIRMATIVE DEFENSE

2

William Dietrich incorporates by reference and asserts to the extent applicable all other

3

additional and/or affirmative defenses set forth in the answers to the Complaint of each of the

4

other Defendants.

5

## TWENTY-THIRD AFFIRMATIVE DEFENSE

6

William Dietrich reserves the right to assert other defenses as this action proceeds up to

7

and including the time of trial.

8

## PRAYER FOR RELIEF

9

WHEREFORE, William Dietrich prays as follows:

10

1. That the Complaint be dismissed with prejudice;

11

2. That the Court enter judgment in favor of William Dietrich;

12

3. That the Court award William Dietrich, his respective costs and expenses; and

13

4. That the Court award further relief as deemed just and proper.

14

## DEMAND FOR JURY TRIAL

15

Defendant hereby demands a trial by jury as to all issues so triable in this action.

16

17

Dated: April 19, 2024                   DAVIS WRIGHT TREMAINE LLP
                                        SANJAY M. NANGIA
18

19

                                        By: *(s) Sanjay M. Nangia*
20                                      Attorneys for Defendant
                                        WILLIAM DIETRICH (individually and as trustee
21                                      of the Child's Trust FBO William C. Dietrich, a
                                        subtrust under the Trust of William C. Dietrich and
22                                      Ivanna S. Dietrich)

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I certify that on the date shown below, I served the foregoing

### DEFENDANT WILLIAM DIETRICH'S ANSWER TO COMPLAINT

☑ BY CM/ECF NOTICE OF ELECTRONIC FILING:  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on April 19, 2024 at San Francisco, CA.

*/s/ Sanjay M. Nangia*
Attorney for Defendant

1