MATTHEW M. MARTINO (*pro hac vice*)
matthew.martino@skadden.com
MICHAEL H. MENITOVE (*pro hac vice*)
michael.menitove@skadden.com
EVAN LEVICOFF (*pro hac vice*)
evan.levicoff@skadden.com
THOMAS J. SMITH (*pro hac vice*)
thomas.smith@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (917) 777-3000

LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Attorneys for Plaintiff*
*FLANNERY ASSOCIATES LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Flannery Associates LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>Barnes Family Ranch Associates, LLC, *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-00927-TLN-AC<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT OF CLAIMS AGAINST NANCY ROBERTS, JANET ZANARDI, AND JOHN ALSOP** |

Pursuant to Local Rule 160(a), Plaintiff Flannery Associates LLC ("Flannery") hereby notifies the Court that Flannery has reached an agreement with Defendants Nancy Roberts (individually and as trustee of the Nancy C. Roberts Living Trust), Janet Zanardi (individually and as trustee of Trust A under the Zanardi Revocable Trust), and John Alsop (individually and as trustee of the John G. Alsop Living Trust) (together, the "Settling Defendants") to settle its claims in this action against Settling Defendants only.

In accordance with Local Rule 160(b), Flannery will concurrently move the Court to dismiss

1

Flannery's claims against the Settling Defendants with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

DATED: July 3, 2024            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                               By: ___/s/ *Michael H. Menitove*___
                                   Michael H. Menitove
                                   *Attorney for Plaintiff*
                                   *Flannery Associates LLC*