MATTHEW M. MARTINO (*pro hac vice*)
matthew.martino@skadden.com
MICHAEL H. MENITOVE (*pro hac vice*)
michael.menitove@skadden.com
EVAN LEVICOFF (*pro hac vice*)
evan.levicoff@skadden.com
THOMAS J. SMITH (*pro hac vice*)
thomas.smith@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (917) 777-3000

LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Attorneys for Plaintiff*
*FLANNERY ASSOCIATES LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Flannery Associates LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Barnes Family Ranch Associates, LLC, *et al*.,<br><br>　　　　Defendants. | Case No.: 2:23-cv-00927-TLN-AC<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANT RICHARD ANDERSON TO PRODUCE DOCUMENTS RESPONSIVE TO FLANNERY'S FIRST SET OF REQUESTS FOR PRODUCTION**<br><br>Judge: Hon. Allison Claire<br>Date: September 18, 2024<br>Time: 10:00 A.M.<br>Courtroom: 26 |

1       TO ALL PARTIES, AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE
2 that on Wednesday, September 18, at 10:00 a.m., or as soon thereafter as the matter may be heard,
3 in Courtroom 26, 8th Floor, before United States Magistrate Judge Allison Claire of the above-
4 entitled Court located at Robert T. Matsui United States Courthouse, 501 I Street, Sacramento,
5 California 95814, Plaintiff Flannery Associates LLC ("Flannery") will and hereby does move the
6 Court for an order compelling Defendant Richard Anderson to produce documents responsive to
7 Flannery's First Set of Requests for Production of Documents, Request Nos. 1 through 7.

8       This Motion is made pursuant to Federal Rule of Civil Procedure 37 and Local Rule 251 on
9 the grounds that good cause exists for the Court to issue an order compelling Richard Anderson to
10 provide full and complete responses to Request Nos. 1 through 7, including by conducting a
11 reasonable search of his electronically stored information using agreed-upon search terms and
12 producing all responsive, non-privileged documents.

13       This Motion is based upon this Notice of Motion and Motion, on the Joint Statement
14 Regarding Discovery Disagreement to be filed timely before the hearing date pursuant to Local
15 Rule 251, on any declarations and exhibits attached thereto, on the papers and pleadings on file
16 herein, and on such oral and documentary evidence as may be presented to the Court at the time of
17 the hearing of the Motion or otherwise.

| | |
|---|---|
| Dated: August 20, 2024 | By:   /s/ *Michael H. Menitove*   |
| | Matthew Martino (*pro hac vice*) |
| | matthew.martino@skadden.com |
| | Michael H. Menitove (*pro hac vice*) |
| | michael.menitove@skadden.com |
| | Evan Levicoff (*pro hac vice*) |
| | evan.levicoff@skadden.com |
| | Thomas J. Smith (*pro hac vice*) |
| | thomas.smith@skadden.com |
| | SKADDEN, ARPS, SLATE, |
| |   MEAGHER & FLOM LLP |
| | One Manhattan West |
| | New York, New York 10001 |
| | Telephone: (212) 735-3000 |
| | Facsimile: (917) 777-3000 |
| | |
| | Lance A. Etcheverry (SBN 199916) |
| | lance.etcheverry@skadden.com |
| | SKADDEN, ARPS, SLATE, |
| |   MEAGHER & FLOM LLP |
| | 525 University Avenue |
| | Palo Alto, California 94301 |
| | Telephone: (650) 470-4500 |
| | Facsimile: (650) 470-4570 |
| | |
| | *Attorneys for Plaintiff* |
| | *Flannery Associates LLC* |