MATTHEW M. MARTINO (*pro hac vice*)
matthew.martino@skadden.com
MICHAEL H. MENITOVE (*pro hac vice*)
michael.menitove@skadden.com
EVAN LEVICOFF (*pro hac vice*)
evan.levicoff@skadden.com
THOMAS J. SMITH (*pro hac vice*)
thomas.smith@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (917) 777-3000

LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Attorneys for Plaintiff*
*FLANNERY ASSOCIATES LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Flannery Associates LLC,<br><br>Plaintiff,<br><br>v.<br><br>Barnes Family Ranch Associates, LLC, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-00927-TLN-AC<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT OF CLAIMS AGAINST DEFENDANTS IAN ANDERSON, MARGARET ANDERSON, NEIL ANDERSON, MARYN ANDERSON, NED ANDERSON, NEIL ANDERSON, GLENN ANDERSON, JANET BLEGEN, ROBERT ANDERSON, STAN ANDERSON, LYNNE MAHRE, SHARON TOTMAN, AMBER BAUMAN, AND CHRISTOPHER WYCOFF** |

Pursuant to Local Rule 160(a), Plaintiff Flannery Associates LLC ("Flannery") hereby notifies the Court that Flannery has reached agreements with Defendants Ian Anderson (individually and as trustee of the Ian and Margaret Anderson Family Trust), Margaret Anderson (individually and as trustee of the Ian and Margaret Anderson Family Trust), Neil Anderson, Maryn Anderson, Ned Anderson (individually and as trustee of the Ned Kirby Anderson Trust),

Neil Anderson, Glenn Anderson, Janet Blegen (individually and as trustee of the Janet Elizabeth Blegen Separate Property Trust), Robert Anderson (individually and as trustee of the Robert Todd Anderson Living Trust), Stan Anderson, Lynne Mahre, Sharon Totman, Amber Bauman, and Christopher Wycoff (together, the "Settling Defendants") to settle its claims in this action against Settling Defendants only.

In accordance with Local Rule 160(b), Flannery will concurrently move the Court to dismiss Flannery's claims against the Settling Defendants with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

DATED:  September 13, 2024            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ *Michael H. Menitove*_____
Michael H. Menitove
*Attorney for Plaintiff*
*Flannery Associates LLC*