MATTHEW M. MARTINO (*pro hac vice*)
matthew.martino@skadden.com
MICHAEL H. MENITOVE (*pro hac vice*)
michael.menitove@skadden.com
EVAN LEVICOFF (*pro hac vice*)
evan.levicoff@skadden.com
THOMAS J. SMITH (*pro hac vice*)
thomas.smith@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (917) 777-3000

LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Attorneys for Plaintiff*
FLANNERY ASSOCIATES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Flannery Associates LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Barnes Family Ranch Associates, LLC, *et al*.,<br><br>　　　　Defendants. | Case No.: 2:23-cv-00927-TLN-AC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS CLAIMS WITH PREJUDICE AGAINST DEFENDANTS IAN ANDERSON, MARGARET ANDERSON, NEIL ANDERSON, MARYN ANDERSON, NED ANDERSON, NEIL ANDERSON, GLENN ANDERSON, JANET BLEGEN, ROBERT ANDERSON, STAN ANDERSON, LYNNE MAHRE, SHARON TOTMAN, AMBER BAUMAN, AND CHRISTOPHER WYCOFF** |

Having considered all of the papers filed in connection with Plaintiff's Motion to Voluntarily Dismiss Claims With Prejudice Against Defendants Ian Anderson, Margaret Anderson, Neil Anderson, Maryn Anderson, Ned Anderson, Neil Anderson, Glenn Anderson, Janet Blegen, Robert Anderson, Stan Anderson, Lynne Mahre, Sharon Totman, Amber Bauman, and Christopher Wycoff, the Court finds good cause exists to grant the motion. Accordingly:

**IT IS HEREBY ORDERED** that Plaintiff Flannery Associates LLC's claims against Defendants Ian Anderson (individually and as trustee of the Ian and Margaret Anderson Family Trust), Margaret Anderson (individually and as trustee of the Ian and Margaret Anderson Family Trust), Neil Anderson, Maryn Anderson, Ned Anderson (individually and as trustee of the Ned Kirby Anderson Trust), Neil Anderson, Glenn Anderson, Janet Blegen (individually and as trustee of the Janet Elizabeth Blegen Separate Property Trust), Robert Anderson (individually and as trustee of the Robert Todd Anderson Living Trust), Stan Anderson, Lynne Mahre, Sharon Totman, Amber Bauman, and Christopher Wycoff are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

**IT IS SO ORDERED.**

Dated: September 16, 2024

Troy L. Nunley
United States District Judge