MATTHEW M. MARTINO (*pro hac vice*)
matthew.martino@skadden.com
MICHAEL H. MENITOVE (*pro hac vice*)
michael.menitove@skadden.com
EVAN LEVICOFF (*pro hac vice*)
evan.levicoff@skadden.com
THOMAS J. SMITH (*pro hac vice*)
thomas.smith@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (917) 777-3000

LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Attorneys for Plaintiff*
*FLANNERY ASSOCIATES LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Flannery Associates LLC, <br><br> Plaintiff, <br><br> v. <br><br> Barnes Family Ranch Associates, LLC, *et al.*, <br><br> Defendants. | Case No.: 2:23-cv-00927-TLN-AC <br><br> **AMENDED NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS IN RESPONSE TO SUBPOENAS SERVED ON NON-PARTY BLK ENTITIES** <br><br> Judge: Hon. Allison Claire <br> Date: November 13, 2024 <br> Time: 10:00 A.M. <br> Courtroom: 26 |

TO THE BLK ENTITIES, ALL PARTIES, AND THEIR COUNSEL OF RECORD,

PLEASE TAKE NOTICE that on Wednesday, November 13, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 26, 8th Floor, before United States Magistrate Judge Allison Claire of the above-entitled Court located at Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California 95814, Plaintiff Flannery Associates LLC ("Flannery") will and hereby does move the Court for an order compelling Non-Parties Kirk Beebe, Susan Beebe Furay, Barnes Family Ranch Associates, LLC, Barnes Family Ranch Corporation, Lambie Ranch Associates, LLC, Lambie Ranch Corporation, Kirby Hill Associates, LLC, and Kirby Hill Corporation (the "BLK Entities") to produce documents responsive to Flannery's subpoenas served on the BLK Entities.  This Motion was previously noticed for November 6, but Flannery is amending the hearing date to November 13 to ensure that the BLK Entities have sufficient time to respond to Flannery's positions set forth in the Joint Statement Regarding Discovery Disagreement contemplated by Local Rule 251.

This Motion is made pursuant to Federal Rule of Civil Procedure 45 and Local Rule 251 on the grounds that good cause exists for the Court to issue an order compelling the BLK Entities to produce responsive documents sent from or to Kirk Beebe's work email address that have been improperly withheld or redacted based on attorney-client privilege claims.

This Motion is based upon this Notice of Motion and Motion, on the Joint Statement Regarding Discovery Disagreement to be filed timely before the hearing date pursuant to Local Rule 251, on any declarations and exhibits attached thereto, on the papers and pleadings on file herein, and on such oral and documentary evidence as may be presented to the Court at the time of the hearing of the Motion or otherwise.

| | |
|---|---|
| Dated: October 23, 2024 | By:   /s/ *Michael H. Menitove*   |

                                               Matthew Martino (*pro hac vice*)
matthew.martino@skadden.com
Michael H. Menitove (*pro hac vice*)
michael.menitove@skadden.com
Evan Levicoff (*pro hac vice*)
evan.levicoff@skadden.com
Thomas J. Smith (*pro hac vice*)
thomas.smith@skadden.com
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (917) 777-3000

Lance A. Etcheverry (SBN 199916)
lance.etcheverry@skadden.com
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Attorneys for Plaintiff*
*Flannery Associates LLC*

**PROOF OF SERVICE**

**CASE NO.: 2:23-CV-00927-TLN-AC**

I am employed in the County of New York, State of New York.  I am over the age of 18 and not a party to the within action; my business address is One Manhattan West, New York, New York 10001.

On October 23, 2024, I served the foregoing document described as

**AMENDED NOTICE OF MOTION AND MOTION TO**

**COMPEL PRODUCTION OF DOCUMENTS IN RESPONSE**

**TO SUBPOENAS SERVED ON NON-PARTY BLK ENTITIES**

via electronic mail to the counsel of the interested parties as follows:

| David J. Bowie | dave@bowieschafferlaw.com |
|---|---|
| Eric C. Schaffer | eric@bowieschafferlaw.com |

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on October 23, 2024 at New York, New York.

/s/ *Michael H. Menitove*
Michael H. Menitove

4

AM. MOT. TO COMPEL PRODUCTION OF DOCUMENTS
FROM NON-PARTY BLK ENTITIES                                              CASE NO. 2:23-CV-00927-TLN-AC