MATTHEW M. MARTINO (*pro hac vice*)
matthew.martino@skadden.com
MICHAEL H. MENITOVE (*pro hac vice*)
michael.menitove@skadden.com
EVAN LEVICOFF (*pro hac vice*)
evan.levicoff@skadden.com
THOMAS J. SMITH (*pro hac vice*)
thomas.smith@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (917) 777-3000

LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Attorneys for Plaintiff*
*FLANNERY ASSOCIATES LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Flannery Associates LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Barnes Family Ranch Associates, LLC, *et al.*,<br><br>　　　　Defendants. | Case No.: 2:23-cv-00927-TLN-AC<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO VOLUNTARILY DISMISS CLAIMS WITH PREJUDICE AGAINST DEFENDANT RICHARD ANDERSON; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>Date:　　　December 19, 2024<br>Time:　　　2:00 p.m.<br>Courtroom: 2, 15th Floor<br>Judge:　　　Hon. Troy L. Nunley |

TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE THAT, on December 19, 2024 at 2:00 p.m. in Courtroom 2 of the above-entitled Court, located at 501 I Street, Sacramento, CA 95814, Plaintiff Flannery Associates LLC ("Flannery") will move and hereby does move the Court to voluntarily dismiss with prejudice its claims against Defendant Richard Anderson (individually and as trustee of the REA Properties Trust), pursuant to Federal Rule of Civil Procedure 41(a)(2).

Flannery moves the Court to dismiss Richard Anderson with prejudice because Flannery has reached a settlement agreement with Richard Anderson pursuant to which Flannery has agreed to dismiss Richard Anderson from this case. Richard Anderson consents to this dismissal. This dismissal is appropriate because it will not prejudice the remaining defendants in this action.

This Motion is based upon this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the concurrently filed Declaration of Michael H. Menitove, the Complaint and other pleadings on file in this matter, and any and all other material that may properly come before the Court at or before the hearing on this Motion.

DATED: November 5, 2024              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ *Michael H. Menitove*_____
Michael H. Menitove
*Attorney for Plaintiff*
*Flannery Associates LLC*

**MEMORANDUM OF POINTS AND AUTHORITIES**

Federal Rule of Civil Procedure 41(a)(2) provides that "an action may be dismissed at the plaintiffs' request only by court order."  A plaintiff "may seek to dismiss some or all of its claims under Rule 41." *Plasse v. Ford*, No. 2:17-CV-01136-TLN-JDP, 2021 WL 3912257, at *1 (E.D. Cal. Sept. 1, 2021) (Nunley, J.).  The Ninth Circuit has held that "[a] district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer plain legal prejudice," which "means 'prejudice to some legal interest, some legal claim, some legal argument.'" *Smith v. Lenches*, 263 F.3d 972, 975-76 (9th Cir. 2001) (quoting *Westlands Water Dist. v. United States*, 100 F.3d 94, 97 (9th Cir. 1996)).  Courts in the Eastern District of California routinely dismiss claims against individual defendants pursuant to Rule 41(a)(2) when a plaintiff has reached a settlement agreement with those defendants.  *See, e.g.*, *Yu-Santos v. Ford Motor Co.*, No. 1:06-CV-1773-AWI-DLB, 2008 WL 1833986, at *2 (E.D. Cal. Apr. 22, 2008); *Capitol Audio Access, Inc. v. Umemoto*, No. 2:13-CV-00134-GEB, 2014 WL 4417773, at *2 (E.D. Cal. Sept. 5, 2014); ECF No. 123 (dismissing claims against three other defendants in this case).

Here, dismissal of Richard Anderson with prejudice is warranted because Flannery and Richard Anderson have reached an agreement to settle Flannery's claims against Richard Anderson.  (*See* Menitove Decl.)  Richard Anderson consents to the dismissal, and it is in the best interest of the parties and the Court to resolve Flannery's claims against Richard Anderson without additional litigation expenses or use of judicial resources.  Moreover, no other defendant remaining in this action will suffer any legal prejudice as a result of the proposed dismissal because no remaining defendant will lose any "legal interest, claims[,] or argument" if Richard Anderson is dismissed.  *Capitol Audio Access, Inc.*, 2014 WL 4417773, at *2.

Thus, Flannery respectfully requests that the Court grant its request to voluntarily dismiss Flannery's claims against Richard Anderson with prejudice pursuant to Rule 41(a)(2).

DATED: November 5, 2024           SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ *Michael H. Menitove*_____
Michael H. Menitove
*Attorney for Plaintiff*
*Flannery Associates LLC*

3