MATTHEW M. MARTINO (*pro hac vice*)
matthew.martino@skadden.com
MICHAEL H. MENITOVE (*pro hac vice*)
michael.menitove@skadden.com
EVAN LEVICOFF (pro hac vice)
evan.levicoff@skadden.com
THOMAS J. SMITH (pro hac vice)
thomas.smith@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (917) 777-3000

LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Attorneys for Plaintiff*
*FLANNERY ASSOCIATES LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Flannery Associates LLC,<br><br>Plaintiff,<br><br>v.<br><br>Barnes Family Ranch Associates, LLC, *et al*.,<br><br>Defendants. | Case No.: 2:23-cv-00927-TLN-AC<br><br>**DECLARATION OF MICHAEL H. MENITOVE IN SUPPORT OF PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS CLAIMS WITH PREJUDICE AGAINST DEFENDANT RICHARD ANDERSON** |

I, MICHAEL H. MENITOVE, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for Plaintiff Flannery Associates LLC ("Flannery"), and am admitted to practice *pro hac vice* in this Court. I submit this declaration in support of Plaintiff's Motion to Voluntarily Dismiss Claims With Prejudice Against Defendant Richard Anderson. I am familiar with the files and records in this action and the facts set forth in this declaration. If called as a witness, I could and would testify competently to such facts.

2. On May 18, 2023, Flannery filed a complaint against Defendants, including Defendant Richard Anderson (individually and as trustee of the REA Properties Trust), alleging a price-fixing conspiracy in violation of Section 1 of the Sherman Act, California's Cartwright Act, and California's Unfair Competition Law.

3. On March 29, 2024, this Court denied in its entirety Defendants' motion to dismiss the complaint.

4. Flannery and counsel for Richard Anderson engaged in negotiations to discuss the possibility of settlement.

5. In November 2024, Flannery entered into a settlement agreement with Defendant Richard Anderson (individually and as trustee of the REA Properties Trust). Pursuant to this agreement, Flannery agreed to dismiss its claims with prejudice against Richard Anderson (individually and as trustee of the REA Properties Trust).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th Day of November, 2024, at New York, New York.

/s/ *Michael H. Menitove*
*(as authorized on November 5, 2024)*
Michael H. Menitove