MATTHEW M. MARTINO (*pro hac vice*)
matthew.martino@skadden.com
MICHAEL H. MENITOVE (*pro hac vice*)
michael.menitove@skadden.com
EVAN LEVICOFF (*pro hac vice*)
evan.levicoff@skadden.com
THOMAS J. SMITH (*pro hac vice*)
thomas.smith@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (917) 777-3000

LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Attorneys for Plaintiff*
FLANNERY ASSOCIATES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Flannery Associates LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>Barnes Family Ranch Associates, LLC, *et al.*,<br><br>    Defendants. | Case No.: 2:23-cv-00927-TLN-AC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS CLAIMS WITH PREJUDICE AGAINST DEFENDANT RICHARD ANDERSON** |

Having considered all of the papers filed in connection with Plaintiff's Motion to Voluntarily Dismiss Claims With Prejudice Against Defendant Richard Anderson, the Court finds good cause exists to grant the motion. Accordingly:

**IT IS HEREBY ORDERED** that Plaintiff Flannery Associates LLC's claims against Defendant Richard Anderson (individually and as trustee of the REA Properties Trust) are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

**IT IS SO ORDERED.**

Dated: November 6, 2024

_____
Troy L. Nunley
Chief United States District Judge