MICHAEL J. IOANNOU (SBN 95208)
DAVID B. DRAPER (SBN 107790)
KEVIN W. ISAACSON (SBN 281067)
ROPERS MAJESKI PC
333 W. Santa Clara St., Suite 930
San Jose, CA  95113
Telephone:  408.287.6262
Facsimile:  408.918.4501
Email: michael.ioannou@ropers.com
       david.draper@ropers.com
       kevin.isaacson@ropers.com

Attorneys for Defendant Paul S. Dietrich (individually and as trustee of the Child's Trust FBO Paul S. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich; William Dietrich (individually and as trustee of the Child's Trust FBO William C. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Flannery Associates LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>Barnes Family Ranch Associates, LLC, et al.,<br><br>  Defendants. | Case No. 2:23-cv-00927-TLN-AC<br><br>**DEFENDANTS PAUL S. DIETRICH AND WILLIAM C. DIETRICH'S SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:       March 20, 2025<br>Time:       2:00 p.m.<br>Courtroom:  2, 15th floor<br>Judge:      The Honorable Troy L. Nunley |

Defendant Paul S. Dietrich and William C. Dietrich hereby submit this separate statement of uncontroverted facts and conclusions of law in support of their motion for summary judgment.

| Moving Party's Undisputed Material Facts | Supporting Evidence: |
|---|---|
| 1. Paul S. Dietrich is a Trustee of the Child's Trust a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich dated May 31, 1994. | Decl. of Paul S. Dietrich; The 1994 Trust, pg.13, sec. 7; the Dietrich Child's Trust Agreement and Plan od Distribution, pg. 2, Paras. 5-6 |

| Moving Party's Undisputed Material Facts | Supporting Evidence: |
|---|---|
| 2. William C. Dietrich is a Trustee of the Child's Trust a subtrust of the Trust of William C. Dietrich and Ivanna S. Dietrich dated May 31, 1994. | Decl. of William C. Dietrich; The 1994 Trust, pg.13, sec. 7; the Dietrich Child's Trust Agreement and Plan of Distribution, pg. 2, Paras. 5-6 |
| 3. The Child's Trust, a subtrust of the Trust of William C. Dietrich and Ivanna S. Dietrich dated May 31, 1994 is the owner of the fee title to the real property located in Solano County, California APN #'s 0048-130-220, 0048-160-350, 0048-160-360 (the "Property"). | Decls. of Paul S. Dietrich and William C. Dietrich; The 1994 Trust, pg.13, sec. 7; the Dietrich Child's Trust Agreement and Plan of Distribution, pg. 2, Paras. 5-6 |
| 4. Paul S. Dietrich and William C. Dietrich hold life estates in the Property pursuant to the terms of the Child's Trust. | Decls. of Paul S. Dietrich and William C. Dietrich; The 1994 Trust, pg.13, sec. 7; the Dietrich Child's Trust Agreement and Plan of Distribution, pg. 2, Paras. 5-6 |
| 5. The current final beneficiaries of the Child's Trust are the children of Paul S. Dietrich. | Decls. of Paul S. Dietrich and William C. Dietrich; The 1994 Trust, pg.13, sec. 7; the Dietrich Child's Trust Agreement and Plan of Distribution, pg. 2, Paras. 5-6 |
| 6. The Child's Trust does not allow for the sale of the Property for the benefit of Paul S. Dietrich or William C. Dietrich. | Decls. of Paul S. Dietrich and William C. Dietrich; The 1994 Trust, pg.13, sec. 7; the Dietrich Child's Trust Agreement and Plan of Distribution, pg. 2, Paras. 5-6 |
| 7. Paul S, Dietrich never wanted to sell the Property or his interest in the Property to Flannery Associates LLC. | Decl. of Paul S. Dietrich |
| 8. William C. Dietrich never wanted to sell the Property or his interest in the Property to Flannery Associates LLC. | Decl. of William C. Dietrich |
| 9. Paul S. Dietrich never told anyone that he was willing to sell the Property to Flannery Associates LLC. | Decl. of Paul S. Dietrich |
| 10. William C. Dietrich never told anyone that he was willing to sell the Property to Flannery Associates LLC. | Decl. of William C. Dietrich |
| 11. William C. Dietrich never communicated with anyone from or representing Flannery Associates LLC. | Decl. of William C. Dietrich |

| | **Moving Party's Undisputed Material Facts** | **Supporting Evidence:** |
|---|---|---|
| 12. | Paul S. Dietrich told representatives of Flannery Associates LLC that he was not interested in selling the Property to Flannery Associates LLC. | Decl. Paul S. Dietrich |
| 13. | Paul S. Dietrich never talked to or communicated with anyone concerning any agreement or understanding that sales of real property to Flannery Associates LLC should only occur at artificially high or supra competitive purchase prices. | Decl. of Paul S. Dietrich |
| 14. | William C. Dietrich never talked to or communicated with anyone concerning any agreement or understanding that sales of real property to Flannery Associates LLC should only occur at artificially high or supra competitive purchase prices. | Decl. of William C. Dietrich |
| 15. | Paul S. Dietrich's refusal to sell the Property to Flannery Associates LLC is due to the terms of the Child's Trust. | Decl. of Paul S. Dietrich |
| 16. | William C. Dietrich's refusal to sell the Property to Flannery Associates LLC is due to the terms of the Child's Trust. | Decl. of William C. Dietrich |
| 17. | Neither Paul S. Dietrich or William C. Dietrich were involved in any agreement, contract, combination or conspiracy to restrain the trade of real property in Solano County, California. | Decls. of Paul S. Dietrich and William C. Dietrich |
| 18. | Flannery Associates LLC has no evidence that it was not able to purchase any other person's real property in Solano County, California due to Paul S. Dietrich and William C. Dietrich's refusal to sell their Property to Flannery Associates LLC. | Flannery Associates LLC responses to Defendants Interrogatories and Requests for Production of Documents, Ex. J to the Decl. of David B. Draper |
| 19. | Flannery Associates LLC has no evidence that any owners of real property in Solano County, California were influenced to demand higher sales prices for their land from Flannery Associates LLC by Paul S. Dietrich and William C. Dietrich's refusal to sell their Property to Flannery Associates LLC. | Flannery Associates LLC responses to Defendants Interrogatories and Requests for Production of Documents, Ex. J to the Decl. of David B. Draper |
| 20. | Flannery Associates LLC has no evidence that it was damaged in any way by Paul S. Dietrich and William C. Dietrich's refusal to sell their Property to Flannery Associates LLC. | Flannery Associates LLC responses to Defendants Interrogatories and Requests for Production of Documents, Ex. J to the Decl. of David B. Draper |
| 21. | Flannery Associates LLC's claims against Paul S. Dietrich and William C. Dietrich are based entirely on its claim of circumstantial evidence. | Flannery Associates LLC responses to Defendants Interrogatories and Requests for Production of Documents, Ex. J to the Decl. of David B. Draper |

| Moving Party's Undisputed Material Facts | Supporting Evidence: |
|---|---|
| 22. Flannery Associates LLC does not have any specific, direct evidence that Paul S. Dietrich was involved in a conspiracy to fix the prices of real property in Solano County, California. | Flannery Associates LLC responses to Defendants Interrogatories and Requests for Production of Documents, Ex. J to the Decl. of David B. Draper |
| 23. Flannery Associates LLC does not have any specific, direct evidence that William C. Dietrich was involved in a conspiracy to fix the prices of real property in Solano County, California. | Flannery Associates LLC responses to Defendants Interrogatories and Requests for Production of Documents, Ex. J to the Decl. of David B. Draper |

Dated: February 6, 2025                ROPERS MAJESKI PC

By: /s/ *David B. Draper*
MICHAEL J. IOANNOU
DAVID B. DRAPER
KEVIN W. ISAACSON
Attorneys for Defendant
Paul Dietrich (individually and as trustee of the Child's Trust FBO Paul S. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich; William Dietrich (individually and as trustee of the Child's Trust FBO William C. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich)