MICHAEL J. IOANNOU (SBN 95208)
DAVID B. DRAPER (SBN 107790)
KEVIN W. ISAACSON (SBN 281067)
ROPERS MAJESKI PC
333 W. Santa Clara St., Suite 930
San Jose, CA  95113
Telephone:  408.287.6262
Facsimile:  408.918.4501
Email: michael.ioannou@ropers.com
       david.draper@ropers.com
       kevin.isaacson@ropers.com

Attorneys for Defendant Paul S. Dietrich (individually and as trustee of the Child's Trust FBO Paul S. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich; William C. Dietrich (individually and as trustee of the Child's Trust FBO William C. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Flannery Associates LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Barnes Family Ranch Associates, LLC, et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-00927-TLN-AC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS PAUL S. DIETRICH AND WILLIAM C. DIETRICH'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　　March 25, 2025<br>Time:　　　2:00 p.m.<br>Courtroom: 2, 15th Floor<br>Judge:　　　Hon. Troy L. Nunley |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　Defendants Paul S. Dietrich and William C. Dietrich's Motion for Summary Judgment came on regularly for hearing before the Honorable Troy L. Nunley of the above-entitled Court on March 20, 2025.

　　　Having considered all moving, opposing, and reply documents, the exhibits and the oral argument of counsel by the Court and GOOD CAUSE APPEARING therefore,

　　　**IT IS HEREBY ORDERED THAT:**

　　　The Motion for Summary Judgment is GRANTED in its entirety as there are no triable,

1  genuine issues of fact to be decided. Plaintiff has failed to produce any specific evidence that Paul
2  and William Dietrich participated in any alleged price-fixing conspiracy as alleged in the
3  Complaint. All Plaintiff's claims against Defendants Paul S. Dietrich and William C. Dietrich are
4  dismissed with prejudice.
5      Judgment shall be entered in favor of Paul S. Dietrich and William C. Dietrich and against
6  Flannery Associates LLC.
7      Defendants, as prevailing parties, are entitled to be reimbursed for the costs of this
8  litigation.
9      **IT IS SO ORDERED.**
10 Dated: _____

                                            HONORABLE TROY L. NUNLEY
                                            JUDGE OF THE DISTRICT COURT