MATTHEW M. MARTINO (*pro hac vice*)
matthew.martino@skadden.com
MICHAEL H. MENITOVE (*pro hac vice*)
michael.menitove@skadden.com
EVAN LEVICOFF (*pro hac vice*)
evan.levicoff@skadden.com
THOMAS J. SMITH (*pro hac vice*)
thomas.smith@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (917) 777-3000

LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

*Attorneys for Plaintiff*
*FLANNERY ASSOCIATES LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Flannery Associates LLC, <br><br> Plaintiff, <br><br> v. <br><br> Barnes Family Ranch Associates, LLC, *et al*., <br><br> Defendants. | Case No.: 2:23-cv-00927-TLN-AC <br><br> **DECLARATION OF MICHAEL H. MENITOVE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED R. CIV. P. 56(D)** |

I, MICHAEL H. MENITOVE, declare and state as follows:

1.      I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for Plaintiff Flannery Associates LLC ("Flannery"), and am admitted to practice *pro hac vice* in this Court. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56(d). I am familiar with the files and records in this action and the facts set forth in this declaration. If called as a witness, I could and would testify competently to such facts.

2.      Additional discovery is needed to develop the factual record regarding the extent of Paul Dietrich and William Dietrich's communications with Conspirators and participation in the conspiracy because, despite Flannery's diligent efforts to pursue discovery over the course of its litigation, it has not yet been able to receive substantial discovery from many of the former Defendants with whom Flannery has resolved its claims via settlement.

3.      Flannery requires additional time to pursue document discovery from former Defendants who have now settled with Flannery, as well as any follow-up discovery, such as depositions, warranted by information revealed in the documents.

4.      This discovery is needed to resolve the merits of the Dietrichs' summary judgment motion because it speaks to the core issues of the extent of the Dietrichs' communications with other Conspirators and involvement in the conspiracy, factual disputes that are the basis for the Dietrichs' motion.

5.      This Declaration sets forth facts regarding the progression of discovery over the course of this litigation, as well as facts regarding exhibits submitted by Flannery in support of its opposition and statement of disputed facts.

6.      On November 10, 2023, Flannery served subpoenas for documents on Richard Hamilton, Stacy Hamilton, Kirk Beebe, Susan Beebe Furay, Barnes Family Ranch Corporation, Barnes Family Ranch Associates, LLC, Lambie Ranch Corporation, Lambie Ranch Associates, LLC, Kirby Hill Corporation, and Kirby Hill Associates, LLC.

7.      On November 13, 2023, Flannery served a subpoena for documents on Cushman & Wakefield.

8.  On March 14, 2024, counsel for John Alsop, Nancy Roberts, Janet Zanardi, and Paul Dietrich delivered six pages of documents to counsel for Flannery via email, which counsel stated were the documents from these parties responsive to Flannery's discovery requests.

9.  On April 10, 2024, Flannery served subpoenas for documents on Richard Hamilton, Stacy Hamilton, Christine Mahoney, Daniel Mahoney, Christine Mahoney Limited Partnership, Christine Mahoney Limited Partnership Management Company, LLC, Emigh Land LP, and El General Partner LLC.

10.  On April 11, 2024, Flannery served subpoenas for documents on Kirk Beebe, Susan Beebe Furay, Barnes Family Ranch Corporation, Barnes Family Ranch Associates, LLC, Lambie Ranch Corporation, Lambie Ranch Associates, LLC, Kirby Hill Corporation, and Kirby Hill Associates, LLC.

11.  On April 18, 2024, counsel for Flannery reached out to counsel for Cushman & Wakefield via email to discuss Cushman & Wakefield's responses to the subpoena.

12.  From April 2024 through October 2024, counsel for Flannery corresponded regarding its subpoena with counsel for Cushman & Wakefield via email, telephone, and video conferencing.  Cushman & Wakefield produced documents in response to Flannery's subpoenas in productions dated May 24, 2024, June 21, 2024, and October 3, 2024.  In total, these productions consisted of over 7,000 pages of documents.

13.  From April 2024 through November 2024, counsel for Flannery corresponded regarding its subpoenas with counsel for Richard Hamilton and Stacy Hamilton via email and video conferencing.  These parties produced documents in response to Flannery's subpoenas on August 30, 2024, and November 18, 2024.  In total, these productions consisted of over 17,000 pages of documents.

14.  From April 2024 through September 2024, counsel for Flannery corresponded regarding its subpoenas with counsel for Christine Mahoney, Daniel Mahoney, Christine Mahoney Limited Partnership, Christine Mahoney Limited Partnership Management Company, LLC, Emigh Land LP, and El General Partner LLC via email and video conferencing.  These parties produced documents in response to Flannery's subpoenas on May 29, 2024, May 30, 2024, June 26, 2024,

3

1  and August 14, 2024.  In total, these productions consisted of over 50,000 pages of documents.

2  These productions included many communications involving Richard Anderson.

3        15.    From April 2024 through October 2024, counsel for Flannery corresponded

4  regarding its subpoenas with counsel for Kirk Beebe, Susan Beebe Furay, Barnes Family Ranch

5  Corporation, Barnes Family Ranch Associates, LLC, Lambie Ranch Corporation, Lambie Ranch

6  Associates, LLC, Kirby Hill Corporation, and Kirby Hill Associates, LLC via email and video

7  conferencing.  These parties produced over 10,000 pages of document in response to Flannery's

8  subpoenas on August 15, 2024.

9        16.    On May 7, 2024, counsel for Ned Anderson, Glenn Anderson, Janet Blegen, Robert

10 Anderson, Stan Anderson, Lynne Mahre, Amber Bauman, Christopher Wycoff, and Neil Anderson

11 produced 24 pages of documents in response to Flannery's discovery requests.

12       17.    On May 31, 2024, counsel for Paul Dietrich and William Dietrich propounded

13 written discovery requests directed at Flannery.

14       18.    On July 17, 2024, counsel for Flannery and counsel for then-Defendant Richard

15 Anderson participated in a meet-and-confer regarding Richard Anderson's objections to Flannery's

16 discovery request via videoconferencing.

17       19.    On July 19, 2024, counsel for Flannery and counsel for Paul Dietrich and William

18 Dietrich participated in a meet-and-confer via videoconferencing to discuss discovery between the

19 parties.

20       20.    On July 29, 2024, Flannery produced 1,211 pages of documents in response to the

21 discovery requests propounded by Paul Dietrich and William Dietrich.

22       21.    On August 8, 2024, Paul Dietrich produced 50 pages of documents in response to

23 the discovery requests propounded by Flannery.  On the same day, William Dietrich produced 123

24 pages of documents in response to the discovery requests propounded by Flannery.

25       22.    On September 4, 2024, counsel for Richard Anderson produced 13 pages of

26 documents in response to Flannery's discovery requests.

27       23.    On September 13, 2024, Flannery produced an additional 142 pages of documents

28 in response to the discovery requests propounded by Paul Dietrich and William Dietrich.

4

24.    On September 17, 2024, counsel for Flannery and counsel for Paul Dietrich and William Dietrich participated in a meet-and-confer via videoconferencing to discuss discovery between the parties.  During this meet-and-confer, counsel for Paul Dietrich and William Dietrich stated that the Dietrichs did not intend to file a motion for summary judgment.

25.    Flannery did not aggressively pursue discovery from Defendants with whom it was engaging in settlement negotiations because of the sensitivity of aggressively pressing for discovery while negotiating a resolution of Flannery's claims and the likelihood that settlement negotiations could be derailed by discovery motion practice.

26.    Flannery also refrained from aggressively pursuing discovery from former Defendants because of the success with which Flannery was able to arrive at resolution of its claims with the majority of Defendants via settlement.

27.    When it became clear that Paul Dietrich and William Dietrich were not willing to agree to a resolution of Flannery's claims via settlement, Flannery renewed its efforts to obtain discovery from former Defendants.

28.    On December 3, 2024, counsel for Flannery corresponded with counsel for Paul Dietrich and William Dietrich about Flannery's intention to request an extension of discovery in order to pursue additional documents from former Defendants that settled with Flannery.

29.    On December 4, 2024, Flannery delivered subpoenas to counsel for Ronald Gurule, Richard Anderson, David Anderson, Carol Hoffman, Deborah Workman, John Alsop, Nancy Roberts, and Janet Zanardi via email.

30.    On December 5, 2024, counsel for Flannery and counsel for Paul and William Dietrich participated in a meet-and-confer via videoconferencing to discuss Flannery's requested extension.

31.    On December 9, 2024, Flannery delivered subpoenas to counsel for Ned Anderson, Glenn Anderson, Janet Blegen, Robert Anderson, Stan Anderson, Lynne Mahre, Amber Bauman, Christopher Wycoff, and Neil Anderson via email.

32.    On December 20, 2024, counsel for John Alsop, Nancy Roberts, and Janet Zanardi delivered responses and objections to Flannery's subpoenas, which included 18 pages of

5

1   documents produced by John Alsop.

2       33.    Flannery has not received any additional document productions in response to its

3   December 2024 subpoenas to Ronald Gurule, Richard Anderson, David Anderson, Carol Hoffman,

4   Deborah Workman, Ned Anderson, Glenn Anderson, Janet Blegen, Robert Anderson, Stan

5   Anderson, Lynne Mahre, Amber Bauman, Christopher Wycoff, and Neil Anderson.

6       34.    Because Flannery's motion to extend the schedule of discovery remains pending

7   before the Court, Flannery has not engaged in efforts to obtain this outstanding discovery in light

8   of the originally scheduled December 16, 2024 discovery cut-off.

9       35.    Counsel for Paul Dietrich and William Dietrich did not notify Flannery before filing

10  their motion for summary judgment, nor did the parties meet-and-confer regarding the issues raised

11  in the motion.

12      36.    Attached as Exhibit 1 is a true and correct copy of email correspondence produced

13  by William Dietrich, Bates stamped W_DIETRICH-000108 to W_DIETRICH-0001011, with

14  personal email addresses redacted.

15      37.    Attached as Exhibit 2 is a true and correct copy of a document produced by William

16  Dietrich, Bates stamped W_DIETRICH-000081.

17      38.    Attached as Exhibit 3 is a true and correct copy of email correspondence produced

18  by Richard and Stacy Hamilton, Bates stamped HAMILTONS0002769, with personal email

19  addresses redacted.

20      39.    Attached as Exhibit 4 is a true and correct copy of a text message produced by

21  Christine Mahoney, Bates stamped MAH0034707, with personal phone numbers redacted.

22      40.    Attached as Exhibit 5 is a true and correct copy of a text message produced by

23  Christine Mahoney, Bates stamped MAH0053163, with personal phone numbers redacted.

24      41.    Attached as Exhibit 6 is a true and correct copy of a text message produced by

25  Christine Mahoney, Bates stamped MAH0034729, with personal phone numbers redacted.

26      42.    Attached as Exhibit 7 is a true and correct copy of a text message produced by

27  Christine Mahoney, Bates stamped MAH0034730, with personal phone numbers redacted.

28

6

1    43.    Attached as Exhibit 8 is a true and correct copy of email correspondence produced

2   by Richard and Stacy Hamilton, Bates stamped HAMILTONS0001244 to HAMILTONS0001245,

3   with personal email addresses redacted.

4    44.    Attached as Exhibit 9 is a true and correct copy of email correspondence produced

5   by the BLK Entities, Bates stamped BFRSubpoena_001544 to BFRSubpoena_001547, with

6   personal email addresses redacted.

7    45.    Attached as Exhibit 10 is a true and correct copy of text messages produced by

8   Richard and Stacy Hamilton, Bates stamped HAMILTONS0017006 to HAMILTONS0017008,

9   with personal phone numbers redacted.

10    46.    Attached as Exhibit 11 is a true and correct copy of email correspondence produced

11   by the BLK entities, Bates stamped BFRSubpoena_010542, with personal email addresses

12   redacted.

13    I declare under penalty of perjury under the laws of the United States of America that the

14   foregoing is true and correct.

15    Executed this 21st Day of February, 2025, at New York, New York.

16                                                     _/s/ Michael H. Menitove_____
                                                       *(as authorized on February 21, 2025)*
17                                                     Michael H. Menitove

18

19

20

21

22

23

24

25

26

27

28

7

# EXHIBIT 1

From:  <dietrich███████████>
To:  <jgalsop██████████, <bill███████████>
Subject: Re: Rio vista Land

7-20 -19

Hi John,

Yes, we received an offer too, no plans to sell, have not heard from anyone else. I owe Everett a call, so I will call him soon. Wondering what that outfit has in mind for all this land, as the price was much greater than the current return would justify.

Hope all are doing well,

Paul


Sent from Xfinity Connect Application


-----Original Message-----
From: jgalsop█████████
To: dietrich███████████
Sent: 2019-07-20 3:26:33 PM
Subject: Rio vista Land

Hi Paul -

Hope all is well with you all.  Last week Nancy, Janet and I received an offer to buy the Rio Vista land from Flannery Associates.  We're not planning to sell but we've been trying to check our this investment group and there's not much about it on-line, other than they've already purchased 30,000 acres in Solano County.  I was wondering if you received an offer letter as well or if you've heard anything about this.

I'd appreciate it if you could email me back or give me a call.

Thanks,


John
████████████

From: <dietrich██████████████
To: <jgalsop██████████████  <bill███████████████
Subject: Re: Rio vista Land

Do you have new address/contact information for Susan? Cooler than Stockton up there.

Thanks for the Flannery info, "verrrrry interesting" !

Paul


Sent from Xfinity Connect Application


-----Original Message-----
From: jgalsop█████████████
To: dietrich██████████████████
Sent: 2019-07-20 4:51:01 PM
Subject: Re: Rio vista Land

Hi Paul,

This is what I found on Flannery Associates. I also found a similar article in the San Jose Mercury. On another note, I received an email from Susan Martin last week saying that they moved up to Washington State with their son and family. I was kind of surprised.

We should get together sometime soon.

John

r/Sacramento - A mysterious corporation has quietly bought upwards of 30,000 acres of windswept agricultural land between Suisun Cityâ€™s Walmart and Rio Vista and around Travis AFB.


**r/Sacramento - A mysterious corporation has quietly bought upwards of 30...**

191 votes and 55 comments so far on Reddit


On Saturday, July 20, 2019, 04:06:03 PM PDT, dietrich███████████████████████wrote:

Hi John,

Yes, we received an offer too, no plans to sell, have not heard from anyone else. I owe Everett a call, so I will call him soon. Wondering what that outfit has in mind for all this land, as the price was much greater than the current return would justify.

Hope all are doing well,

Paul


Sent from Xfinity Connect Application


-----Original Message-----
From: jgalsor█████████████
To: dietrich█████████████████
Sent: 2019-07-20 3:26:33 PM
Subject: Rio vista Land

Hi Paul -

Hope all is well with you all. Last week Nancy, Janet and I received an offer to buy the Rio Vista land from Flannery Associates. We're not planning to sell but we've been trying to check our this investment group and there's not much about it on-line, other than they've already purchased 30,000 acres in Solano County. I was wondering if you received an offer letter as well or if you've heard anything about this.

I'd appreciate it if you could email me back or give me a call.

Thanks,


John
█████████████

W_DIETRICH-000110

5/21/2023

From: Paul Dietrich <dietrich████████████████████>
To: Bill Dietrich <bill█████████████>
Subject: Lastest offer for Rio Vista

Any thoughts you would care to share?

Hope you all are fairing well,

Paul

6-5-21

No apparat reply
by Bill

W_DIETRICH-000111
5/21/2023

# EXHIBIT 2

3.1.2022

Dear Mr. Dietrich,
    I have message from David Dietrich.
that you don't care to proceed with
this offer. I respectfully ask you
to reconsider once you have had a
chance to see it.
I would welcome the opportunity
to discuss this with you at
your convenience.
Very much appreciate your time and
consideration.

Sincerely,

Doug Pollak

# EXHIBIT 3

| | |
|---|---|
| **From:** | hamiltonbros |
| **Sent:** | Mon 10/12/2020 3:22:20 PM (UTC) |
| **To:** | Nicole Byrd Braddock████████████████; Tracy Ellison████████████ |
| **Subject:** | Flannery Associates LLC |

Hi Nicole and Tracy,

This past Saturday, Ian Anderson and I were having a discussion about Flannery Associates and their most recent land purchases. Ian told me that Flannery had recently purchased 2,000 acres from Kristen Farmsworth Meyers that is located between Birds Landing Rd and Montezuma Hills Rd and the purchase does extend south of Montezuma Hills Rd. They also have purchased 320 + acres from the Hagan Family between McCormack Rd. and Flannery Rd.. If you have an updated map of their purchases could you email it to me. Thanks!

As I told Ian, based on Flannery's purchases around and next to Travis Air Force Base, I would not be surprised that Flannery has cut a deal with the government in Washington DC to close down Travis in the future so the air base can become a public airport. I also told Ian that Solano County government is way behind in dealing with Flannery and do not truly understand the beast that they are dealing with. They need to recognize that Solano County is becoming another Owens Valley type project and I feel our county government will lay down for Flannery's plans for Solano County. It does not matter if they are planning urban growth or whatever, our county government needs to keep control of our county and they can do that by thinking like Flannery by addressing where they are policy weak against Flannery's plan. I suggested to Ian that the county needs to toughen the laws around the county general plan where a change to the general plan needs to super majority and not a simple majority. Ian agreed with me that changing to a super majority could bring out Flannery's intentions for their land purchases and give control back to the county on future growth within the county.

Flannery has mobilized most of the open land realtors around Rio Vista and the surrounding area by offering huge commissions in getting property to sell to Flannery. In the last 2 months, I have been approached by 3 realtors and I know that a realtor from Granite Bay has talked to Jeannie McCormack and Al Medvitz about their property. This realtor from Granite Bay has talked to me and he is very aggressive in getting people to put their property up for sale.

I know the coronavirus  has slow things down but if we are serious about protecting the future of the rural landscape of Solano County we need to start to take action. I told Ian that we need to educate the supervisors of the issue and get them to take action. I would like to get a meeting with John Vasquez and new supervisor who is replacing Skip Thomson. Ian agreed that we need a direct dialog with the supervisors especially with our new supervisor. Ian thought that Erin Hannigan would be supportive to protecting the future growth of Solano County.

Let me know what you think.

Richard

# EXHIBIT 4

**Type:**      Instant Message
**From:**      + ███████████ Matt Garland & Salmon salmon (Owner)
**To:**        + ███████████ Richard Anderson
**Timestamp:** 12/9/2021 9:44:01 AM -08:00
**Subject:**
**Source:**    Native Messages

Thanks

I talked with Ken & Kirk BeBee who have the land at Kirby Hills and the Lodi Gas Storage. They have done a lot of research on the carbon sequestering

They also gave me the name of their land attorney used on the gas storage project

I can share with you if you want

MAH0034707

# EXHIBIT 5

**Type:**       InstantMessage
**From:**       + ███████████ Richard Anderson
**To:**         + ███████████ Matt Garland & Salmon salmon (Owner)
**Timestamp:** 6/13/2022 3:21:39 PM -07:00
**Subject:**
**Source:**     Native Messages

Talk to David bowie he is in could you send him your address to confirm when you get this message and let me know. I have Ian Anderson Wes StewartAnd my cousins Nancy Janet and John attending

MAH0053163

# EXHIBIT 6

**Type:** InstantMessage

**From:** + █████████ Richard Anderson

**To:** + █████████ Matt Garland & Salmonsalmon (Owner)

**Timestamp:** 6/22/2022 2:06:38 PM -07:00

**Subject:**

**Source:** Native Messages

---

Good afternoon Christine just wanted to let you know that my cousin Paul Dietrich just got a phone call from a representative of chevron looking to lease some land for carbon sequestering.

MAH0034729

# EXHIBIT 7

**Type:** InstantMessage
**From:** +███████ Matt Garland & Salmon salmon (Owner)
**To:** +███████ Richard Anderson
**Timestamp:** 6/22/2022 2:29:53 PM -07:00
**Subject:**
**Source:** Native Messages

Good to know
I think this is just the beginning
Thanks

MAH0034730

# EXHIBIT 8

**From:** Stacy Gmail[█████████████████]

**Sent:** Wed 4/10/2024 5:21:26 AM (UTC)

**To:** hamilton████████████ █████████████████

**Cc:** White, Elizabeth H.[████████████████]

**Subject:** Re: Alex Cook Ranch LLC

# Redacted - Privileged

On Apr 9, 2024, at 6:46 PM, hamilton████████████wrote:

---

**From:** hamilton████████████████████

**Sent:** Saturday, July 23, 2022 6:23 PM

**To:** Dave Hamilton <████████████████; Warren Gomes, Jr. <████████████████████>

**Subject:** Alex Cook Ranch LLC

Hi Dave & Warren,

I wanted to email both of you last weekend but I was dealing with medical issues that caused me to get behind in a lot of things.

First, the easement has finally closed and is recorded. There still is a big interest for a burrowing owl easement on the abandoned railroad right a way which is also part of the easement that is closed. It would be an enhancement to the tiger salamander easement and they are talking $10,000 per ac for that easement. Also Dan Aguilar want to do another tiger salamander easement which would include ~ 200 acres and put the rest of the property in a mitigation bank. A mitigation bank opportunity could potentially create tremendous value on land that is very restrictive in land use.  With Melynk getting involved in the Alex Cook LLC that could complicate things but I do feel that we need to hear what they want to do and at what value. Knowing that value or the potential value is an opportunity that should be figured into any potential sale to Diversified Land or Flannery. Plus it is our job as LLC managers to hear any or all potential opportunities. Our just recorded easement was worth $4,218,873 or $3411.31 per acre and the LLC still owns the property. I think we should talk to Dan and Steve  Foreman.  Let me know your opinion.

# Redacted - Privileged

Lastly, today, I had a very interesting call from Kirk Beebe whose family owns ~ 4,000 next to the Alex Cook Ranch and the KIrby Hill area where Lodi Gas has their gas storage and some of the property in and around Lambie Industrial Park. Kirk's family has owned their properties since the 1840s and they are very similar to the Alex Cook Ranch LLC where we both had an Operating Agreement done by Sil Reggiardo and Richard Melynk has also penetrated their LLC by getting a family member to sell their LLC ownership interest that was also very questionable to their Operating

Agreement. Christine Mahoney gave Kirk my contact information. Kirk and his father by profession are in the commercial real estate business in Walnut Creek but he and his family have a very huge problem of how Melynk is doing business and is creating problems within their family ownership interests.  Kirk wants to work together in addressing Melynk and I know with what is happening to the Anderson's, Emigh's and Kirk's family that might not be a bad idea to consider. I do believe that there is a point on what price a person would be willing to sell. I have heard that Melynk has bought property in the Montezuma Hill for $23,000 per acre and Kirk has seen where two sales brought over $20,000 per acre. Personally, I do not want to sell but if the value gets ridiculous ($25,000 to $30,000 per acre) it is something to consider. The only way to lessen the pressure from Melynk is working together and the bigger the acres working together the more leverage we would have.  Just a thought! I am interested in your opinion.

Let me know how to proceed with Ralph and talking to Steve Foreman and Dan Aguilar on potential opportunities.

Richard

HAMILTONS0001245

# EXHIBIT 9

Message

**From:**  Beebe, Kirk @ Walnut Creek ██████████████████████
**Sent:**  7/27/2022 3:53:02 PM
**To:**  David Bowie ██████████████████████ ; Susan Furay ████████████████ KenBeebe ██████████████████
**Subject:**  Dave this is from Rich Hamilton-we need to slow things way down and make Melnyk play by our rules now
**Attachments:**  Screenshot 2022-07-27 at 3.51.31 PM.png.jpeg

BFRSubpoena_001545

3:51

RH

Rich ›

Today 3:45 PM

Melynk is bullying the last of the property owners.

In talking with Ian Anderson, he agrees that the remaining property owners should be in agreement on what we would want to sell our properties. So Melynk cannot play owners against owners.

I think we should have a meeting in the next two weeks to talk about Flannery.

Agree. I am talking with your attorney tomorrow who represent the gas

iMessage

Sent from my iPhone

BFRSubpoena_001547

# EXHIBIT 10

**Short Message Report**

| Conversations: 1 | Participants: 10 |
|---|---|
| Total Messages: 17 | Date Range: 7/29/2022 - 7/30/2022 |

**Outline of Conversations**



💬 **Hamilton Family** • 17 messages between 7/29/2022 - 7/30/2022 • Annie <██████████> • Brittany <██████████> • CHARLIE <██████████> • Dylan <██████████> • Garrett Enos <██████████> • Josie <██████████> • Maggie <██████████> • Maggie Hamilton <██████████████████> • Me <██████████> • Stacy <██████████>

**Messages in chronological order** (times are shown in GMT +00:00)



💬 **Hamilton Family**

S  **Stacy** ▬▬▬▬▬▬                                                           ► 7/29/2022, 3:08 PM
   Rumor has it that flannery has paid $47250/acre.
   We are trying to purposely spread this rumor to mess with Flannery. We don't want to have it traced to us. We use want
   people talking and then those thinking of selling to demand that price.
   Flannery has change the ground we lease wholly from them to a month to month lease. He has done it to Andersons
   and Emigh's

   Receipts • Me ▬▬▬▬▬ [R:7/30/2022, 4:48 AM]

> J  **Josie** ▬▬▬▬▬                                                          ► 7/29/2022, 3:23 PM
   I would suggest not sending this message further beyond our family

   Receipts • Me ▬▬▬▬▬ [R:7/30/2022, 4:48 AM]

>> J  **Josie** ▬▬▬▬                                                          ► 7/29/2022, 3:23 PM
   In case you guys get sued and they request phone records

   Receipts • Me ▬▬▬▬▬ [R:7/30/2022, 4:48 AM]

>>> S  **Stacy** ▬▬▬▬▬                                                        ► 7/29/2022, 3:24 PM
   Thank you

   Receipts • Me ▬▬▬▬▬ [R:7/30/2022, 4:48 AM]

>>>> S  **Stacy** ▬▬▬▬▬                                                       ► 7/29/2022, 3:26 PM
   Good advice. Darn it.

   Receipts • Me ▬▬▬▬▬ [R:7/30/2022, 4:48 AM]

>>>>> A  **Annie** ▬▬▬▬▬▬                                                     ► 7/29/2022, 7:12 PM
   Taking off see you guys soon!

   Receipts • Me ▬▬▬▬▬ [R:7/30/2022, 4:48 AM]

>>>>> > S  **Stacy** ▬▬▬▬▬                                                    ► 7/29/2022, 7:32 PM
   😭😭😭

   Receipts • Me ▬▬▬▬▬ [R:7/30/2022, 4:48 AM]

>>>>> >> A  **Annie** ▬▬▬▬▬                                                   ► 7/29/2022, 8:47 PM
   Just landed best quote from the flight attendant when someone said wow we got here fast: "drive it like you stole it.
   Land it like you own it"

   Receipts • Me ▬▬▬▬ [R:7/30/2022, 4:48 AM]

>>>>> >>> S  **Stacy** ▬▬▬▬▬                                                  ► 7/29/2022, 8:48 PM
   Laughed at "Just landed best quote from the flight attendant when someone said wow we got here fast: "drive it like you
   stole it. Land it like you own it""

   Receipts • Me ▬▬▬▬▬▬ [R:7/30/2022, 4:48 AM]

HAMILTONS0017007

>>>>> **Garrett Enos** ▓▓▓▓▓▓▓▓                                    ► 7/29/2022, 8:49 PM
>>>> Loved "Just landed best quote from the flight attendant when someone said wow we got here fast: "drive it like you stole
GE it. Land it like you own it""

Receipts • Me ▓▓▓▓▓▓▓▓ [R:7/30/2022, 4:48 AM]

>>>>> **Josie** ▓▓▓▓▓▓▓▓                                         ► 7/30/2022, 12:59 AM
>>>>> Send me your orders
J

Receipts • Me ▓▓▓▓▓▓▓▓ [R:7/30/2022, 4:48 AM]

>>>>> **Josie** ▓▓▓▓▓▓▓▓                                         ► 7/30/2022, 1:02 AM
>>>>> I ordered a margarita and gnocchi
J

Receipts • Me ▓▓▓▓▓▓▓▓ [R:7/30/2022, 4:48 AM]

>>>>> **Maggie** ▓▓▓▓▓▓▓▓                                        ► 7/30/2022, 2:18 AM
>>>>> Bday celebration 🎉
M

*File **"8ac905d9-bf9b-445e-8b3c-c25badbd1f45.jpeg"** is missing.*
*Image: ~_Library_SMS_Attachments_ad_13_7198D0B7-F257-4C30-A969-0B1944D830D1_IMG_2463.jpeg*

Receipts • Me ▓▓▓▓▓▓▓▓ [R:7/30/2022, 4:48 AM]

>>>>> **Maggie**▓▓▓▓▓▓▓▓                                         ► 7/30/2022, 2:18 AM
>>>>> IMG_2463.jpeg
https://p58-
content.icloud.com/ME3FF31B3836C2A64F9C684CC110620A37559FB3C8B223D18E6F2E7FBD8926C4E.C01USN00

Receipts • Me ▓▓▓▓▓▓▓▓ [R:7/30/2022, 4:48 AM]

>>>>> **Garrett Enos** ▓▓▓▓▓▓▓▓                                  ► 7/30/2022, 2:53 AM
>>>>> Loved an image
GE

Receipts • Me ▓▓▓▓▓▓▓▓ [R:7/30/2022, 4:48 AM]

>>>>> **CHARLIE**▓▓▓▓▓▓▓▓                                        ► 7/30/2022, 3:20 AM
>>>>> Loved an image
C

Receipts • Me ▓▓▓▓▓▓▓▓ [R:7/30/2022, 4:48 AM]

>>>>> **Brittany** ▓▓▓▓▓▓▓▓                                      ► 7/30/2022, 3:35 AM
>>>>> Loved an image
B

Receipts • Me ▓▓▓▓▓▓▓▓ [R:7/30/2022, 4:48 AM]

HAMILTONS0017008

# EXHIBIT 11

**From:** Beebe, Kirk @ Walnut Creek [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A4522FC485944BD993EA2B19C52E0FCE-KIRK.BEEBE@]
**Sent:** 11/15/2022 5:08:31 PM
**To:** dave@bowieschafferlaw.com
**CC:** KenBeebe⬛⬛⬛⬛⬛ (sfura⬛⬛⬛⬛⬛
**Subject:** More flannery activity

Dave,

Flannery made the Emigh's an offer on the 925 acres across from us at a $1.00 PSF.  They have made the sale contingent upon the Emighs trading some properties which they are unwilling to do and will be countering them on that point.  They also bought a large piece from SMUD in the last few weeks that has a wind farm on it and is allowing SMUD to operate the wind farm in perpetuity.  I was also told by our tenant that the ranch to the south of Lambie owned by Nick Orchioi just sold but title has not been updated yet.

Kirk Beebe | Senior Vice President | Lic. 00854169
CBRE, Inc.| Broker Lic. 00409987 | Advisory & Transaction Services - Office Properties
2175 N. California Blvd., Suite 300 | Walnut Creek, CA  94596
T⬛⬛⬛⬛⬛⬛⬛ ⬛
kirk.beebe⬛⬛⬛⬛⬛ | www.cbre.com | www.cbre.com/kirk.beebe