1  MATTHEW M. MARTINO (*pro hac vice*)
   matthew.martino@skadden.com
2  MICHAEL H. MENITOVE (*pro hac vice*)
   michael.menitove@skadden.com
3  EVAN LEVICOFF (*pro hac vice*)
   evan.levicoff@skadden.com
4  THOMAS J. SMITH (*pro hac vice*)
   thomas.smith@skadden.com
5  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   One Manhattan West
6  New York, New York 10001
   Telephone: (212) 735-3000
7  Facsimile: (917) 777-3000

8  LANCE A. ETCHEVERRY (SBN 199916)
   lance.etcheverry@skadden.com
9  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue
10 Palo Alto, California 94301
   Telephone: (650) 470-4500
11 Facsimile: (650) 470-4570

12 *Attorneys for Plaintiff*
   *FLANNERY ASSOCIATES LLC*
13

14                    UNITED STATES DISTRICT COURT

15                  EASTERN DISTRICT OF CALIFORNIA

16

17 Flannery Associates LLC,                    Case No.: 2:23-cv-00927-TLN-AC

18            Plaintiff,                        **PLAINTIFF'S STATEMENT OF
                                                DISPUTED FACTS**
19        v.

20 Barnes Family Ranch Associates, LLC, *et al*.,   Date:      March 20, 2025
                                                    Time:      2:00 p.m.
21            Defendants.                           Courtroom: 2, 15th Floor
                                                    Judge:     Hon. Troy L. Nunley
22

23

24

25

26

27

28

1    Pursuant to L.R. 260(b) and Fed. R. Civ. P. 56(c), Plaintiff Flannery Associates LLC

2  ("Flannery") submits this statement of facts giving rise to material factual disputes in opposition to

3  Defendants Paul and William Dietrich's Motion for Summary Judgment (ECF No. 147.)

4  **I.     The Child's Trust**

5    1.    Section 7.4 of the Trust defines the income beneficiaries of the Child's Trust as

6  William Dietrich and Paul Dietrich, and the principal beneficiaries as the class composed of

7  William Dietrich, Paul Dietrich, and any of their children.  (Trust § 7.4, W. Dietrich Decl. Ex. A,

8  ECF No. 148-1 at 15.)

9    2.    Section 9.4 of the Trust grants the trustee "the power to . . . sell (for cash or on

10  deferred payments with or without security), convey, exchange, partition [and] divide . . . trust

11  property."  (Trust § 9.4, W. Dietrich Decl. Ex. A, ECF No. 148-1 at 19.)

12    3.    Section 9.6 of the Trust grants the trustee "the power to invest and reinvest the trust

13  estate in every kind of property, real, personal, or mixed."  (Trust § 9.6, W. Dietrich Decl. Ex. A,

14  ECF No. 148-1 at 20.)

15  **II.    Material Facts About Communications**

16    4.    On May 15, 2019, Richard Melnyk, Flannery's attorney, wrote a letter to Paul

17  Dietrich and William Dietrich with an offer for Flannery to purchase their property.  In that offer,

18  Melnyk stated that Paul Dietrich discussed a potential offer with Flannery's former real estate

19  agent, Rosa La Cerva, who noted that Paul Dietrich's "desire to continue leasing [the property] to

20  Mr. Ian Anderson" was given as a reason Paul Dietrich was not looking to consider an offer.

21  (Draper Decl. Ex. K, ECF No. 150-11 at FLAN-0001212 to -0001213.)

22    5.    On July 16, 2019, Melnyk sent Paul Dietrich and William Dietrich an offer for

23  Flannery to purchase their property, which again noted a "desire to continue leasing [the property]

24  to Mr. Ian Anderson" as a reason given by Paul for not selling.  (Draper Decl. Ex. K, ECF No. 150-

25  11 at FLAN-0001259 to -0001260.)

26    6.    On July 20, 2019, John Alsop and Paul Dietrich exchanged emails with one another

27  about Flannery's offers on their properties.  Paul Dietrich wrote on behalf of himself and William

28  Dietrich, "we received an offer, no plans to sell" and that "the price was much greater than the

1

1  current return would justify." In response to information shared by John Alsop, Paul wrote later in

2  the same thread "Thanks for the Flannery info, 'verrrrry interesting'!" (Draper Decl. Ex. O, ECF

3  No. 150-15 at JA000006 to JA000007.)

4        7.    In the version of the above-mentioned email thread produced by William Dietrich,

5  he is included as a recipient of the messages. (Menitove Decl. Ex. 1 at W_DIETRICH-000108 to -

6  000110.)

7        8.    On July 22, 2019, Nancy Roberts sent Ian Anderson information about Flannery,

8  including the same link John Alsop sent to the Dietrichs on July 20, asking Ian Anderson to "keep

9  [her] in the loop for any information" about Flannery. (Draper Decl. Ex. O, ECF No. 150-15 at

10 JA000003.)

11       9.    On August 15, 2019, Melnyk had a phone conversation with Paul Dietrich regarding

12 Flannery's offer. (Draper Decl. Ex. K, ECF No. 150-11 at FLAN-0001319.)

13       10.   On August 28, 2019, Melnyk sent Paul Dietrich and William Dietrich a revised

14 offer following up on Melnyk's phone call with Paul Dietrich. (Draper Decl. Ex. K, ECF No. 150-

15 11 at FLAN-0001319.)

16       11.   On March 27, 2020, Melnyk sent Paul Dietrich, William Dietrich, John Alsop, Janet

17 Zanardi, and Nancy Roberts offers for Flannery to purchase their respective properties. (Draper

18 Decl. Ex. K, ECF No. 150-11 at FLAN-0001214 to -0001215.) In this offer, Melnyk wrote that his

19 conversation with Nancy Roberts involved discussion of issues of concern to the recipients. (*Id.*)

20       12.   On August 23, 2020, Ian Anderson wrote to Nancy Roberts that "Paul Dietrich says

21 he is not planning on selling at this time." Ian Anderson further asked Nancy Roberts to talk to

22 John Alsop and Janet Zanardi and stated that he hoped they would not want to sell their property.

23 (Draper Decl. Ex. O, ECF No. 150-15 at JA000002.) Nancy Roberts forwarded this email to John

24 Alsop and Janet Zanardi. (*Id.*)

25       13.   On October 12, 2020, Richard Hamilton emailed third parties Nicole Braddock and

26 Tracy Ellison, "[t]his past Saturday, Ian Anderson and I were having a discussion about Flannery

27 Associates and their most recent land purchases." In that email, Richard Hamilton wrote "we need

28 to start to take action" about Flannery's purchases. (Menitove Decl. Ex. 3.)

2

14. On May 24, 2021, Melnyk sent Paul Dietrich and William Dietrich an offer for Flannery to purchase their property. In that offer, Melnyk stated that "following up on [his] conversation with Paul . . . [He] understand[s] that [Paul and William] entertained selling, but had reservations about Flannery's plans for [their] property." (Draper Decl. Ex. K, ECF No. 150-11 at FLAN-0001218 to -0001221.)

15. On June 5, 2021, Paul Dietrich sent William Dietrich an email asking for "any thoughts [William] would care to share?" about Flannery's latest offer. (Menitove Decl. Ex. 1 at W-DIETRICH-000111.)

16. On December 9, 2021, Christine Mahoney texted Richard Anderson, "I talked with Ken and Kirk [Beebe]" about carbon sequestration, further writing that "[t]hey also gave me the name of their land attorney [David Bowie]." (Menitove Decl. Ex. 4.)

17. On March 1, 2022, Doug Pollak wrote to William Dietrich that "I have message from Paul Dietrich that you don't care to proceed with [an] offer" related to a lease on the Dietrichs' property. (Menitove Decl. Ex. 2.)

18. On June 13, 2022, Richard Anderson texted Christine Mahoney to "[t]alk to David bowie he is in" regarding an upcoming meeting. Richard Anderson also wrote "I have Ian Anderson . . . [a]nd my cousins Nancy [Roberts], Janet [Zanardi], and John [Alsop] attending." (Menitove Decl. Ex. 5.)

19. On June 21, 2022, Christine Mahoney and Richard Anderson attended a meeting with David Bowie to discuss lease proposals for their land. (Draper Decl. Ex. L at AND000008 to -000013.) Ian Anderson, Nancy Roberts, Janet Zanardi, and John Alsop were likely attendees of this meeting. (Menitove Decl. Ex. 5.)

20. On June 22, 2022, Richard Anderson texted Christine Mahoney that "my cousin Paul Dietrich just got a phone call" about an offer "to lease some land for carbon sequestering." (Menitove Decl. Ex. 6.) Christine Mahoney texted the same day, "Good to know . . . I think this is just the beginning." (Menitove Decl. Ex. 7.)

21. On June 22, 2022, Richard Anderson also emailed Paul Dietrich notes from a meeting among Christine Mahoney, Richard Anderson, and attorney David Bowie, among others.

3

1  (Draper Decl. Ex. L, ECF No. 150-12 at AND000008 to -000013.)

2        22.      On July 23, 2022, Richard Hamilton sent an email describing "a very interesting call

3  from Kirk Beebe" in which they discussed how "Kirk wants to work together in addressing

4  [Flannery's attorney]" to gain "leverage."  (Menitove Decl. Ex. 8.)

5        23.      On July 27, 2022, Kirk Beebe forwarded David Bowie an exchange in which

6  Richard Hamilton texted Defendant Kirk Beebe: "In talking with Ian Anderson, he agrees that the

7  remaining property owners should be in agreement on what we would want to sell our properties.

8  So [Flannery's attorney] cannot play owners against owners."  (Menitove Decl. Ex. 9 at

9  BFRSubpoena_001546.)  Mr. Beebe responded: "Agree."  (*Id.*)  The subject line of this email

10  stated "we need to slow things down and make Melnyk play by our rules now."  (*Id* at

11  BFRSubpoena_001544.)

12        24.      On July 29, 2022, Stacy Hamilton texted a family group message "Rumor has it that

13  flannery has paid $472350/acre.  We are trying to purposely spread this rumor to mess with

14  Flannery. . . .  We [just] want people talking and then those thinking of selling to demand that

15  price."  (Menitove Decl. Ex. 10 at HAMILTONS0017007.)

16        25.      On November 25, 2022, Kirk Beebe emailed David Bowie the details of an offer

17  from Flannery received by the Mahoney family.  (Menitove Decl. Ex. 11 at

18  BFRSubpoena_010542.)

19        26.      In December 2022, Richard Melnyk spoke to Paul Dietrich on the phone and Paul

20  Dietrich told him that he had recently spoken to Ian Anderson, and that this conversation made him

21  even less interested in selling.  (ECF No. 1 ¶ 266; ECF No. 114 ¶ 266 (Paul Dietrich denying only

22  that "he told Flannery's attorney at any time that he had any intention of selling").)

23

24

25

26

27

28

4

1  Dated: February 21, 2025

By:   /s/ *Michael H. Menitove*

2
3
Matthew Martino (*pro hac vice*)
matthew.martino@skadden.com
Michael H. Menitove (*pro hac vice*)
michael.menitove@skadden.com
Evan Levicoff (*pro hac vice*)
evan.levicoff@skadden.com
Thomas J. Smith (*pro hac vice*)
thomas.smith@skadden.com
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (917) 777-3000

4
5
6
7
8
9
Lance A. Etcheverry (SBN 199916)
lance.etcheverry@skadden.com
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

10
11
12
13
14
*Attorneys for Plaintiff*
*Flannery Associates LLC*

15
16
17
18
19
20
21
22
23
24
25
26
27
28

5