MICHAEL J. IOANNOU (SBN 95208)
DAVID B. DRAPER (SBN 107790)
KEVIN W. ISAACSON (SBN 281067)
ROPERS MAJESKI PC
333 W. Santa Clara St., Suite 930
San Jose, CA  95113
Telephone: 408.287.6262
Facsimile: 408.918.4501
Email: michael.ioannou@ropers.com
       david.draper@ropers.com
       kevin.isaacson@ropers.com

Attorneys for Defendants Paul Dietrich (individually and as trustee of the Child's Trust FBO Paul S. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich and William Dietrich (individually and as trustee of the Child's Trust FBO William C. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Flannery Associates LLC,<br><br>Plaintiff,<br><br>v.<br><br>Barnes Family Ranch Associates, LLC, et al.,<br><br>Defendants. | Case No. 2:23-cv-00927-TLN-AC<br><br>**REPLY TO PLAINTIFF'S STATEMENT OF DISPUTED FACTS**<br><br>Complaint Filed: May 18, 2023<br><br>No Trial Date Set |

Defendants Paul Dietrich and William Dietrich hereby reply to Plaintiff's Statement of Disputed Facts.

**I.      The Child's Trust**

1.      Section 7.4 of the Trust defines the income beneficiaries of the Child's Trust as William Dietrich and Paul Dietrich, and the principal beneficiaries as the class composed of William Dietrich, Paul Dietrich, and any of their children. (Trust § 7.4, W. Dietrich Decl. Ex. A, ECF No. 148-1 at 15.)

**Reply:** The Plan of Distribution fully executed as of June 14, 2013 modifies the Trust of William C. Dietrich and Ivanna S. Dietrich and the subtrusts The Dietrich Family Bypass Trust

1  and The Dietrich Surviving Spouse Trust making distributions of the remaining Trust' assets and

2  placing the Solano County farmland (the Property) into the Child's Trust. The Child's Trust is to

3  hold the Property in separate shares for William and Paul for their lifetime and upon their death

4  the shares to be distributed outright and free of trust to Paul's children as the sole descendants.

5  (Decl. of Paul S. Dietrich, Exhibit A, Plan of Distribution page 2, paragraphs 5 and 6)

6      2.    Section 9.4 of the Trust grants the trustee "the power to . . . sell (for cash or on

7  deferred payments with or without security), convey, exchange, partition [and] divide . . . trust

8  property." (Trust § 9.4, W. Dietrich Decl. Ex. A, ECF No. 148-1 at 19.)

9      **Reply:**  The Plan of Distribution fully executed as of June 14, 2013 modifies the Trust of

10 William C. Dietrich and Ivanna S. Dietrich and creates a distribution agreed to by the Trustees

11 and Beneficiaries of the Child's Trust. Having been distributed the Property is beyond any power

12 of the Trustee to the 1994 parent's Trust to sell. (Decl. of Paul S. Dietrich, Exhibit A, Plan of

13 Distribution page 2, paras. 5 and 6; the Trust of William C. Dietrich and Ivanna S. Dietrich page

14 20, sec. 10.8, page 21, sec. 10.11, 10.13),

15     3.    Section 9.6 of the Trust grants the trustee "the power to invest and reinvest the

16 trust estate in every kind of property, real, personal, or mixed." (Trust § 9.6, W. Dietrich Decl.

17 Ex. A, ECF No. 148-1 at 20.)

18     **Reply:**  The Plan of Distribution fully executed as of June 14, 2013 modifies the Trust of

19 William C. Dietrich and Ivanna S. Dietrich and creates a distribution agreed to by the Trustees

20 and Beneficiaries of the Child's Trust. Having been distributed the Property is beyond any power

21 of the Trustee to the 1994 parent's Trust to sell. (Decl. of Paul S. Dietrich, Exhibit A, Plan of

22 Distribution page 2, paras. 5 and 6; the Trust of William C. Dietrich and Ivanna S. Dietrich page

23 20, sec. 10.8, page 21, sec. 10.11, 10.13),

24 **II.**    **Material Facts About Communications**

25     4.    On May 15, 2019, Richard Melnyk, Flannery's attorney, wrote a letter to Paul

26 Dietrich and William Dietrich with an offer for Flannery to purchase their property. In that offer,

27 Melnyk stated that Paul Dietrich discussed a potential offer with Flannery's former real estate

28 agent, Rosa La Cerva, who noted that Paul Dietrich's "desire to continue leasing [the property] to

Mr. Ian Anderson" was given as a reason Paul Dietrich was not looking to consider an offer. (Draper Decl. Ex. K, ECF No. 150-11 at FLAN-0001212 to -0001213.)

**Reply**: Both Mr. Melnyk's and Ms. La Rosa's statements are hearsay. The documents referenced were produced in discovery and lack foundation as evidence.

5. On July 16, 2019, Melnyk sent Paul Dietrich and William Dietrich an offer for Flannery to purchase their property, which again noted a "desire to continue leasing [the property] to Mr. Ian Anderson" as a reason given by Paul for not selling. (Draper Decl. Ex. K, ECF No. 150-11 at FLAN-0001259 to -0001260.)

**Reply**: Mr. Melnyk's statements are hearsay. The documents referenced were produced in discovery and lack foundation.

6. On July 20, 2019, John Alsop and Paul Dietrich exchanged emails with one another about Flannery's offers on their properties. Paul Dietrich wrote on behalf of himself and William Dietrich, "we received an offer, no plans to sell" and that "the price was much greater than the current return would justify." In response to information shared by John Alsop, Paul wrote later in the same thread "Thanks for the Flannery info, 'verrrrry interesting'!" (Draper Decl. Ex. O, ECF No. 150-15 at JA000006 to JA000007.)

**Reply**: No dispute.

7. In the version of the above-mentioned email thread produced by William Dietrich, he is included as a recipient of the messages. (Menitove Decl. Ex. 1 at W_DIETRICH-000108 to -000110.)

**Reply**: Objection as to foundation and speculation. The email is undated and it is a document numbered "1 of 1" and therefore not in an email thread.

8. On July 22, 2019, Nancy Roberts sent Ian Anderson information about Flannery, including the same link John Alsop sent to the Dietrichs on July 20, asking Ian Anderson to "keep [her] in the loop for any information" about Flannery. (Draper Decl. Ex. O, ECF No. 150-15 at JA000003.)

**Reply**: Not disputed.

9. On August 15, 2019, Melnyk had a phone conversation with Paul Dietrich

1  regarding Flannery's offer. (Draper Decl. Ex. K, ECF No. 150-11 at FLAN-0001319.)

2  **Reply:** Objection as to lack of foundation and hearsay.

3  10.  On August 28, 2019, Melnyk sent Paul Dietrich and William Dietrich a revised offer following up on Melnyk's phone call with Paul Dietrich. (Draper Decl. Ex. K, ECF No. 150-11 at FLAN-0001319.)

6  **Reply:** Objection as to lack of foundation and hearsay.

7  11.  On March 27, 2020, Melnyk sent Paul Dietrich, William Dietrich, John Alsop, Janet Zanardi, and Nancy Roberts offers for Flannery to purchase their respective properties. (Draper Decl. Ex. K, ECF No. 150-11 at FLAN-0001214 to -0001215.) In this offer, Melnyk wrote that his conversation with Nancy Roberts involved discussion of issues of concern to the recipients. (*Id*.)

12  **Reply:** Objection as to lack of foundation and hearsay.

13  12.  On August 23, 2020, Ian Anderson wrote to Nancy Roberts that "Paul Dietrich says he is not planning on selling at this time." Ian Anderson further asked Nancy Roberts to talk to John Alsop and Janet Zanardi and stated that he hoped they would not want to sell their property. (Draper Decl. Ex. O, ECF No. 150-15 at JA000002.) Nancy Roberts forwarded this email to John Alsop and Janet Zanardi. (*Id*.)

18  **Reply:** Objection as to lack of foundation, speculation and hearsay. Plaintiff also misstates the language of the email. Anderson stated "Talk to John and Janet and see how we can proceed." While he was talking about building a fence, and the expense which was to be shared, on their property to keep his livestock from wandering. Anderson said I hope this doesn't make you want to sell." Not that "…they would not want to sell."

23  13.  On October 12, 2020, Richard Hamilton emailed third parties Nicole Braddock and Tracy Ellison, "[t]his past Saturday, Ian Anderson and I were having a discussion about Flannery Associates and their most recent land purchases." In that email, Richard Hamilton wrote "we need to start to take action" about Flannery's purchases. (Menitove Decl. Ex. 3.)

27  **Reply:** Objection as to lack of foundation and hearsay.

28  14.  On May 24, 2021, Melnyk sent Paul Dietrich and William Dietrich an offer for

Flannery to purchase their property. In that offer, Melnyk stated that "following up on [his] conversation with Paul . . . [He] understand[s] that [Paul and William] entertained selling, but had reservations about Flannery's plans for [their] property." (Draper Decl. Ex. K, ECF No. 150-11 at FLAN-0001218 to -0001221.)

**Reply:** Objection as to lack of foundation, hearsay and speculation.

15. On June 5, 2021, Paul Dietrich sent William Dietrich an email asking for "any thoughts [William] would care to share?" about Flannery's latest offer. (Menitove Decl. Ex. 1 at W-DIETRICH-000111.)

**Reply:** Objection as to lack of foundation and speculation. The email is not dated.

16. On December 9, 2021, Christine Mahoney texted Richard Anderson, "I talked with Ken and Kirk [Beebe]" about carbon sequestration, further writing that "[t]hey also gave me the name of their land attorney [David Bowie]." (Menitove Decl. Ex. 4.)

**Reply:** Not disputed.

17. On March 1, 2022, Doug Pollak wrote to William Dietrich that "I have message from Paul Dietrich that you don't care to proceed with [an] offer" related to a lease on the Dietrichs' property. (Menitove Decl. Ex. 2.)

**Reply:** Objection as to lack of foundation.

18. On June 13, 2022, Richard Anderson texted Christine Mahoney to "[t]alk to David bowie he is in" regarding an upcoming meeting. Richard Anderson also wrote "I have Ian Anderson . . . [a]nd my cousins Nancy [Roberts], Janet [Zanardi], and John [Alsop] attending." (Menitove Decl. Ex. 5.)

**Reply:** Objection as to lack of foundation and hearsay.

19. On June 21, 2022, Christine Mahoney and Richard Anderson attended a meeting with David Bowie to discuss lease proposals for their land. (Draper Decl. Ex. L at AND000008 to -000013.) Ian Anderson, Nancy Roberts, Janet Zanardi, and John Alsop were likely attendees of this meeting. (Menitove Decl. Ex. 5.)

**Reply:** Objection to Mr. Menitove's declaration as to lack of foundation, hearsay and speculation. Mr. Menitove is not a competent witness to testify who may or may not have been at

1  any particular meetings and his guess is speculation.

2  20. On June 22, 2022, Richard Anderson texted Christine Mahoney that "my cousin Paul Dietrich just got a phone call" about an offer "to lease some land for carbon sequestering." (Menitove Decl. Ex. 6.) Christine Mahoney texted the same day, "Good to know . . . I think this is just the beginning." (Menitove Decl. Ex. 7.)

**Reply**: Objection as to lack of foundation, relevance and speculation.

21. On June 22, 2022, Richard Anderson also emailed Paul Dietrich notes from a meeting among Christine Mahoney, Richard Anderson, and attorney David Bowie, among others. (Draper Decl. Ex. L, ECF No. 150-12 at AND000008 to -000013.)

**Reply**: No dispute.

22. On July 23, 2022, Richard Hamilton sent an email describing "a very interesting call from Kirk Beebe" in which they discussed how "Kirk wants to work together in addressing [Flannery's attorney]" to gain "leverage." (Menitove Decl. Ex. 8.)

**Reply**: Objection as to lack of foundation, hearsay and speculation.

23. On July 27, 2022, Kirk Beebe forwarded David Bowie an exchange in which Richard Hamilton texted Defendant Kirk Beebe: "In talking with Ian Anderson, he agrees that the remaining property owners should be in agreement on what we would want to sell our properties. So [Flannery's attorney] cannot play owners against owners." (Menitove Decl. Ex. 9 at BFRSubpoena_001546.) Mr. Beebe responded: "Agree." (Id.) The subject line of this email stated "we need to slow things down and make Melnyk play by our rules now." (Id at BFRSubpoena_001544.)

**Reply**: Objection as to lack of foundation, hearsay and speculation.

24. On July 29, 2022, Stacy Hamilton texted a family group message "Rumor has it that Flannery has paid $472350/acre. We are trying to purposely spread this rumor to mess with Flannery. . . . We [just] want people talking and then those thinking of selling to demand that price." (Menitove Decl. Ex. 10 at HAMILTONS0017007.)

Reply:  Objection as to lack of foundation, hearsay and speculation.

25. On November 25, 2022, Kirk Beebe emailed David Bowie the details of an offer

from Flannery received by the Mahoney family. (Menitove Decl. Ex. 11 at BFRSubpoena_010542.)

**Reply:** Objection as to lack of foundation, hearsay and speculation.

26. In December 2022, Richard Melnyk spoke to Paul Dietrich on the phone and Paul Dietrich told him that he had recently spoken to Ian Anderson, and that this conversation made him even less interested in selling. (ECF No. 1 ¶ 266; ECF No. 114 ¶ 266 (Paul Dietrich denying only that "he told Flannery's attorney at any time that he had any intention of selling").)

**Reply:** Objection, hearsay, lack of foundation.

Dated:  March 3, 2025                              ROPERS MAJESKI PC


By:  /s/ *David B. Draper*
    MICHAEL J. IOANNOU
    DAVID B. DRAPER
    KEVIN W. ISAACSON
    Attorneys for Defendant
    Paul Dietrich (individually and as trustee of the Child's Trust FBO Paul S. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich; William Dietrich (individually and as trustee of the Child's Trust FBO William C. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich)