MICHAEL J. IOANNOU (SBN 95208)
DAVID B. DRAPER (SBN 107790)
KEVIN W. ISAACSON (SBN 281067)
ROPERS MAJESKI PC
333 W. Santa Clara St., Suite 930
San Jose, CA 95113
Telephone: 408.287.6262
Facsimile: 408.918.4501
Email: michael.ioannou@ropers.com
       david.draper@ropers.com
       kevin.isaacson@ropers.com

Attorneys for Defendant Paul S. Dietrich (individually and as trustee of the Child's Trust FBO Paul S. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich; William Dietrich (individually and as trustee of the Child's Trust FBO William C. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Flannery Associates LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Barnes Family Ranch Associates, LLC, et al.,<br><br>    Defendants. | Case No. 2:23-cv-00927-TLN-AC<br><br>**DESIGNATION OF COUNSEL**<br><br>William Dietrich (individually and as trustee of the Child's Trust FBO William C. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich) |

**NOTICE IS HEREBY GIVEN** that Allison Davis is no longer counsel of record in this action. Ropers Majeski PC, by Michael J. Ioannou and David B. Draper, are Counsel of Record for William Dietrich (individually and as trustee of the Child's Trust FBO William C. Dietrich, a sub-trust under the Trust of William C. Dietrich and Ivanna S. Dietrich).

///

///

///

///

///

DESIGNATION OF COUNSEL
CASE NO. 2:23-CV-00927-TLN-AC

4915-5898-0446.1

Dated: August 13, 2025          ROPERS MAJESKI PC

By: /s/ *David B. Draper*
MICHAEL J. IOANNOU
DAVID B. DRAPER
KEVIN W. ISAACSON
Attorneys for Defendant
Paul Dietrich (individually and as trustee of the Child's Trust FBO Paul S. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich; William Dietrich (individually and as trustee of the Child's Trust FBO William C. Dietrich, a subtrust under the Trust of William C. Dietrich and Ivanna S. Dietrich)